9/30/2021 12:00 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 57732486
By: Joshua Hall
Filed: 9/30/2021 12:00 AM

NO. _____

| | | |
|---|---|---|
| **GEORGE DODD** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **CHUBB NATIONAL INSURANCE** | § | |
| **COMPANY and ALLEN, STEIN &** | § | |
| **DURBIN, P.C.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |

<u>**PLAINTIFF'S ORIGINAL PETITION**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW George Dodd, hereinafter called Plaintiff, complaining of Chubb National Insurance Company (sometimes referred to herein as "Chubb" and/or "Defendant") and Allen, Stein & Durbin, P.C. (sometimes referred to herein as "ASD" and/or "Defendant"), and files this, his Plaintiff's Original Petition, and for cause of action would respectfully show unto the Court the following:

**DISCOVERY CONTROL PLAN**

1.      Pursuant to the provisions of the Texas Rules of Civil Procedure Rule 190.1, this suit is filed as a Level II and the scope of discovery conducted in this case shall be given pursuant to the conditions of Rule 190.3.

2.      Plaintiff invokes self-authentication rights pursuant to Tex. R. Civ. P. 193.7, and specifically that documents/items made available by opposing party through discovery process may be used at trial and/or in pre-trial proceedings.

**PARTIES, VENUE, AND JURISDICTION**

3.      Plaintiff, George Dodd, is resident of Harris County, Texas.

**EXHIBIT 3**

4.     Defendant Chubb National Insurance Company is a duly incorporated insurance company engaging in the business of insurance in the State of Texas. Defendant may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201. Issuance of citation is requested at this time. This Court has personal jurisdiction over Defendant Chubb, because this Defendant engages in the business of insurance in the State of Texas, and Plaintiff's causes of action arise out of Defendant Chubb's business activities in the State of Texas. Defendant Chubb has tortiously committed acts and omissions related to this lawsuit in Harris County, Texas, where the underlying motor vehicle collision occurred.

5.     Defendant Allen, Stein & Durbin, P.C. is a duly incorporated professional corporation incorporated in Texas and doing business in the State of Texas and Harris County. Defendant may be served with process through its registered agent, Robert Allen, at the registered agent address of 6243 IH-10 West, Suite 700, San Antonio, Texas 78201. Issuance of citation is requested at this time.

6.     Plaintiff specifically invokes the right to institute this suit against whatever entities or persons that were conducting business using the assumed or common names of "Chubb National Insurance Company" and/or "Chubb" with regards to the events described in this Petition. Plaintiff expressly invokes his right under Rule 28 of the Texas Rules of Civil Procedure to have the true name of these parties substituted at a later time on a motion by any party or on the Court's own motion.

7.     In the event any Chubb parties are misnamed or are not included herein, it is Plaintiff's contention that such was a "misidentification", "misnomer" and/or such parties are/were "alter egos" of the parties named herein. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice.

8.      The damages sought are within the jurisdictional limits of this Honorable Court. Venue is proper in Harris County, Texas because it is the county in which the underlying collision making the basis of this suit occurred. All or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas. Therefore, venue is proper pursuant to § 15.001 and § 15.002(a)(l) of the Texas Civil Practice & Remedies Code. Additionally, the facts show that the convenience of the parties and the witnesses and the interest of justice would be best served in Harris County.

## RULE 47 STATEMENT

9.      Pursuant to Rule 47(c), Plaintiff states that he seeks to recover monetary relief over $1,000,000.00.

## INTRODUCTION

10.     This is a first-party uninsured/underinsured motorist ("UM/UIM") insurance case that Plaintiff has been forced to bring against his own insurer, Chubb, and Chubb's outside adjuster, ASD, due to Defendants' egregious conduct in connection with handling Plaintiff's UM/UIM claim. Unlike many first-party UM/UIM cases, the parties in this case do not dispute Plaintiff's entitlement to UM/UIM benefits under his policy. Despite this, Chubb and ASD have repeatedly delayed and wrongfully handled Plaintiff's claim without justification in an attempt to avoid paying Plaintiff what he is owed under his policies. This is likely due, at least in part, to the severe injuries Plaintiff sustained from the violent car crash caused by the uninsured motorist at issue in this case, and the corresponding significant benefits Chubb owes Plaintiff under his primary and excess Chubb UM/UIM policies as a result, with policy limits of $500,000.00 and $1,000,000.00, respectively.

11.     In furtherance of their scheme to deny Plaintiff the significant UM/UIM benefits he is owed, Chubb and ASD have engaged in an unconscionable course of action in connection with the handling, adjusting, and processing of Plaintiff's claim which includes, but is not limited to, fabricating policy documents and misrepresenting the terms and conditions of Plaintiff's policy and his purported obligations thereunder. By engaging in this bad faith and wrongful conduct, Chubb has breached its insurance contract with Plaintiff, and Chubb and ASD have committed numerous violations of statutory and common law. Plaintiff brings this suit to hold Chubb and ASD accountable for their wrongful conduct and to recover all remedies he is entitled to as a result of the same, including but not limited to all actual and enhanced damages available to him under the law.

## BACKGROUND FACTS

### i.     The Collision

12.     On or about September 30, 2019, Plaintiff was operating his vehicle in Harris County, Texas, when an uninsured motorist, Santos Castro Vasquez (sometimes referred to herein as the "uninsured motorist"), negligently executed an improper left turn from the outside lane, causing a violent collision between his vehicle and Plaintiff's vehicle. Plaintiff sustained severe personal injuries from the crash. The impact of the collision was so strong that it totaled Plaintiff's vehicle and rendered it inoperable.

13.     Following the crash, the police responded to the scene and found the uninsured motorist 100% at fault. In his report, the investigating officer listed the uninsured motorist's improper left turn as the sole contributing factor to this collision and issued the uninsured motorist a citation for the same.

14.     Mr. Vasquez had the duty to exercise reasonable care in avoiding foreseeable risk of injury to others including Plaintiff. Mr. Vasquez breached this duty on or about September 30, 2019.

15.     Nothing Plaintiff did caused or contributed to this occurrence. The collision addressed above, and the resulting personal injuries suffered by the Plaintiff, were proximately caused by the negligence of the uninsured motorist.

16.     Plaintiff would further show that the uninsured motorist, Santos Castro Vasquez, is negligent as a matter of law because of violations of the TEXAS TRANSPORTATION CODE. Such statutory violations by Santos Castro Vasquez are negligence per se.

17.     As a direct and proximate result of the negligence of Santos Castro Vasquez, Plaintiff has suffered severe bodily injuries.

### ii.     Plaintiff's Entitlement to Policy Benefits Pursuant to His Uninsured/Underinsured Motorists' Coverage with Chubb

18.     On September 30, 2019, Plaintiff was insured under a primary automobile policy (sometimes referred to herein as the "Policy") issued by Chubb. The Policy is further identifiable as policy number 001300709005. A true and correct copy of the Policy is attached hereto as "Exhibit A."

19.     By virtue of the Policy, Chubb promised, in relevant part, to pay damages, which a covered person is legally entitled to recover from the owner or operator of an uninsured or underinsured motor vehicle because of bodily injury sustained by a covered person, or property damage, caused by an incident (sometimes referred to herein as "UM/UIM damages"). Plaintiff had $500,000.00 in uninsured/underinsured motorists' coverage under the primary Policy.

20.     Additionally, on September 30, 2019, Plaintiff was insured under a Chubb excess insurance policy issued to Plaintiff as the named insured, policy number 1447866402

(sometimes referred to herein as the "George Dodd Excess Policy"). A true and correct copy of the George Dodd Excess Policy is attached hereto as "Exhibit B." By virtue of the George Dodd Excess Policy, Chubb promised, in relevant part, to pay Plaintiff up to an additional $1,000,000.00 in UM/UIM damages in excess of the damages covered by Plaintiff's primary Policy.

21.     Moreover, on September 30, 2019, Plaintiff had $1,000,000.00 in excess UM/UIM coverage with Chubb pursuant to Chubb excess insurance policy number 1300709005, which identified Plaintiff's mother, Sara Dodd, as the named insured (sometimes referred to herein as the "Sara Dodd Excess Policy"). A true and correct copy of the Sara Dodd Excess Policy is attached hereto as "Exhibit C."

22.     Plaintiff obtained the Policy and excess policies through the payment to Chubb of valuable consideration in the form of premium payments in exchange for Chubb's contractual promises to provide the coverage afforded by said policies with Chubb and Chubb's concomitant obligations and duties expressly and impliedly associated therewith and imposed upon Chubb as a matter of contract and law insofar as Chubb's performance is concerned. The transaction concerning Plaintiff's purchase of the policies and claims made thereunder involved the sale of goods and services from Chubb to Plaintiff with respect to which Plaintiff was at all relevant times a consumer of same.

23.     On or about September 30, 2019, during the effective period for which coverage was provided Plaintiff under the Policy and excess policies, Plaintiff was involved in an automobile collision, which is more thoroughly described above, caused by the negligence of Santos Castro Vasquez, an uninsured driver.

24.     The force of this impact was so severe it caused Plaintiff's body to move violently within his vehicle during the impact and until his vehicle came to rest. The impact of the collision forced his body to impact the steering column and caused his neck to move in a whiplash type pattern. Plaintiff's vehicle was not equipped with airbags. The severity of the collision is shown by the extensive damage to Plaintiff's vehicle from the collision which rendered it inoperable, as seen in the photographs of Plaintiff's vehicle immediately following the collision attached hereto as "Exhibit D." As a direct result of the uninsured motorist's negligence, Plaintiff was severely injured.

25.     Santos Castro Vasquez did not have insurance at the time of the collision. The vehicle driven by Mr. Vasquez at the time of the accident had no bodily injury or property damage liability policy or bond applying at the time of the incident. As Chubb itself determined, the insurance for Mr. Vasquez's vehicle had lapsed prior to the accident and was not in effect or applicable at the time of the collision. Thus, the car operated by Mr. Vasquez at the time of the collision was an uninsured vehicle.

26.     Further, Mr. Vasquez was the at-fault party in the collision, a fact which Mr. Vasquez admitted, the investigating police determined, and Chubb recognized.

27.     Following the collision referenced above, Plaintiff gave notice to Chubb as required under the Policy, and otherwise complied with all the terms of the Policy as a condition precedent to bringing the instant suit.

28.     This case does not involve a dispute regarding Plaintiff's entitlement to his UM/UIM Policy benefits. To the contrary, Chubb has recognized and has not disputed Plaintiff's entitlement to such Policy benefits. Specifically, the following facts are not in dispute:

    1.  Mr. Vasquez was operating an uninsured vehicle at the time of the collision;

2.  The collision caused bodily injury and property damage to Plaintiff;

3.  Mr. Vasquez was the at-fault party responsible for the collision; and

4.  Plaintiff is legally entitled to recover the damages he sustained from the collision from the uninsured motorist, Mr. Vasquez.

29.    Thus, Plaintiff's UM/UIM claim from the collision at issue is valid and covered, and Plaintiff is entitled to such benefits under the Policy

30.    Plaintiff is entitled to the Uninsured/Underinsured Motorists Coverage under the Policy given his injuries, including, but not limited to, his past and future pain and suffering; past and future mental anguish; past and future impairment; past and future medical expenses; and other damages more specifically described below as a result of the subject collision.

31.    Plaintiff maintains that he is also entitled to the excess Uninsured/Underinsured Motorists Coverage under the excess policies given his injuries, including, but not limited to, his past and future pain and suffering; past and future mental anguish; past and future impairment; past and future medical expenses; and other damages more specifically described below as a result of the subject collision.

**iii.    Chubb and ASD's Wrongful, Improper, and Bad Faith Handling, Adjusting, Investigation, Evaluation, Processing, Settlement, and Denial of Benefits**

32.    While the parties do not dispute Plaintiff's entitlement to UM/UIM benefits under the Policy, Chubb and ASD have acted in such a wrongful and improper manner in connection with the handling, adjusting, investigation, evaluation, processing, and settlement of Plaintiff's claim that they have denied Plaintiff and wrongly withheld from Plaintiff the benefits he is owed for the covered loss.

33.     In connection with their scheme to deny Plaintiff the full UM/UIM benefits he is owed, including by improperly delaying payment of Plaintiff's claim and attempting to manufacture excuses to avoid paying Plaintiff the full benefits he was entitled to under his Policy, Chubb and ASD engaged in a fraudulent plan to alter, fabricate, and misrepresent the terms and conditions of the actual primary Policy and excess policies that were issued to Plaintiff that govern Plaintiff's claim.

34.     For instance, Chubb and ASD attempted to add new/additional language to the Policy to purportedly support their false assertion that the Policy requires Plaintiff to provide Chubb and ASD a blanket authorization to obtain all of his medical records, provide them 10 years of his medical history, submit to a physical examination by a physician of Chubb's choosing, and submit to an examination under oath. Not only are none of those things required, allowed, or even referenced by the actual terms of Plaintiff's Policy and excess policies, but there was no justification or basis for any of the foregoing and Chubb refused to provide any explanation for such requests. Despite this, on numerous occasions and with ever-changing positions, Chubb and ASD falsely represented to Plaintiff that all of the foregoing were required by Plaintiff's Policy in connection with his UM/UIM claim.

35.     The complete primary and excess insurance policies that Chubb issued and provided to Plaintiff which were in effect at the time of the collision are attached as Exhibits A, B, and C hereto. These policy documents constitute the applicable insurance contracts at issue which apply to and govern Plaintiff's claims for the covered loss at issue. As confirmed from a review of the primary Policy that constitutes the actual contract governing the parties' respective rights and obligations in connection with Plaintiff's claim, there are no terms or provisions of the Policy requiring, providing for, or even referencing the purported

requirements/obligations that Chubb and ASD have falsely represented to Plaintiff are required by the Policy in connection with Plaintiff's UM/UIM claim (e.g., 10 years medical provider history, medical records authorization, physical examination by Chubb's physician, examination under oath). *See* Exhibit A. Further, the excess policies include no such terms or conditions either. *See* Exhibits B and C.

36.     Chubb and ASD knew that Plaintiff's Policy included no such requirements, because Chubb itself emailed Plaintiff the applicable terms of his Policy on January 14, 2020 in response to Plaintiff's request for same in connection with the submission of his UM/UIM claim. The policy terms that Chubb provided and confirmed as the applicable policy terms governing Plaintiff's claim at issue on January 14, 2020 are the same terms that Chubb provided to Plaintiff when the Policy was issued (a copy of which is attached hereto as Exhibit A) and likewise include no terms, provisions, or conditions concerning any such purported requirements. Despite this, Chubb and ASD engaged in a months-long course of action and conduct to try and fraudulently claim that such purported obligations were required by the terms of the Policy.

37.     First, Chubb and ASD simply falsely represented that the Policy's terms included such requirements. Next, Chubb and ASD falsely claimed that the Policy incorporated the terms of internal Chubb documents (that were never previously provided to Plaintiff) which imposed such requirements. Chubb and ASD then asserted that such terms are somehow automatically part of all Texas automobile insurance contracts (even though they are indisputably not a part of the terms of Plaintiff's Policy or excess policies). Finally, a few months ago, Chubb and ASD simply fabricated a new "policy" in which they simply added new/additional pages with the new terms they wanted to the actual Policy and told Plaintiff that this fabricated document they fraudulently created was the "policy" that was issued to Plaintiff at the start of 2019 which applied to Plaintiff's

claim for the September 30, 2019 loss. Shortly thereafter, they did the same thing with the excess policies – Chubb and ASD fraudulently created new "policies" in which they added the additional pages with the new terms/provisions imposing additional obligations and conditions to the actual excess policies and told Plaintiff that these fabricated excess policies were the ones that Chubb issued to Plaintiff back in early 2019 which applied to the claim at issue.

38.    Specifically, in response to Plaintiff's January 29, 2021 demand for payment of his claim, Chubb and ASD sent Plaintiff a letter dated March 29, 2021 in which they simply misrepresented to Plaintiff that the Policy required Plaintiff to comply with their unexplained and unjustified requests. Then, in response to Plaintiff pointing out that there are no terms in the Policy contract requiring, providing for, contemplating, or giving Chubb the right to any such requests and asking for additional information concerning Chubb's requests, ASD and Chubb asserted for the first time that the Policy incorporated by reference additional terms found in internal Chubb documents that were never provided to Plaintiff, much less agreed to. Indeed, on multiple occasions ASD and Chubb represented to Plaintiff and tried to convince him that he was obligated to comply with their unjustified requests under the Policy because the Policy supposedly incorporated by reference the terms and provisions of external documents identified on the table of contents summary page of the Policy that purportedly included language supporting their requests.

39.    In response to ASD and Chubb's "incorporation by reference" theory, Plaintiff explained to ASD and Chubb that their position -- that the Policy included external terms and conditions found in internal Chubb documents supposedly identified on the table of contents summary page of the Policy but which were not part of the terms of the Policy that was

actually issued -- was squarely rejected and prohibited by Texas statutory law. *See* Texas Insurance Code Section 2301.057; Texas Insurance Code Section 543.002.

40.    On May 20, 2021, Chubb and ASD changed tactics and dropped their "incorporation by reference" assertion. Instead, they provided and represented to Plaintiff that his primary Policy actually consisted of three separate "policy" documents they provided, one of which consisted of his actual Policy terms (which Chubb had labelled "policy-1") and the other two consisting of the internal Chubb documents that ASD and Chubb had previously claimed were "incorporated by reference" (which Chubb had now labelled "policy-2" and "policy-3."). In response to Plaintiff's questions about this new assertion, Chubb sent a follow-up email stating "*Please disregard the attachments of the policy*. I have requested a certified policy from underwriting department. We will send as soon as we get it. Although these documents reflect [the primary] policy, please know these are not yet certified." (emphasis added).

41.    On May 24, 2021, ASD and Chubb changed tactics again, and this time, they decided to simply fabricate the purported insurance policy contract by creating their own new version in which they simply added the pages of the internal Chubb documents which included the new terms and conditions supporting their requests.

42.    Specifically, Chubb sent an email, subject line "Claim #  047520004114," attaching one 70-page document (never previously provided Plaintiff or Ms. Dodd) labelled "Dodd 13007090-05 Policy." In this newly fabricated document, Chubb and ASD added the section of the internal Chubb document with the new terms and provisions they wanted to the pages of the actual Policy. The new terms/language Chubb fraudulently and improperly added to the actual Policy are located on pages 62 to 69 of their fabricated 70-page "policy" document.

43.     None of the new language Chubb improperly attempted to add to the actual Policy contract is part of or found in the actual Policy terms. *See* Exhibit A.

44.     Plaintiff does not and has never consented or agreed to Chubb's attempted modification of the Policy contract or to the new language Chubb has fraudulently tried to add to the Policy.

45.     ASD and Chubb fabricated this fake "policy" document in an apparent attempt to support their misrepresentations that their requests for 10 years medical provider history, medical records authorization, physical examination by a physician of Chubb's choosing, and examination under oath were required by the actual Policy terms in this case. This conduct by Chubb and ASD violates Texas law. *See Hartford Fire Ins. Co. v. Hellstern*, No. 3:14-CV-0993-P, 2015 U.S. Dist. LEXIS 194331, at *10-11 (N.D. Tex. 2015) ("Under Sections 541.051(1)(A)-(B) of the Texas Insurance Code, it is a deceptive act to make *misrepresentations about a policy regarding its terms* and benefits…Under Sections 17.46(b)(5), (12) of the Deceptive Trade Practices Act, it is unlawful to… 'represent[] that an agreement confers or involves rights, remedies, *or obligations which it does not have*.' [] Plaintiffs may recover under the Texas Insurance Code and the DTPA against agents and companies for an insurer's misrepresentations regarding coverage.") (emphasis added).

46.     On June 8, 2021, Chubb sent an email stating "attached are certified copies of Sara Dodd's excess policy and George Dodd's excess policy." However, instead of actually attaching copies of Plaintiff's and Sara Dodd's excess policies in effect at the time of the collision (copies of which are attached as Exhibits B and C), Chubb attached two fabricated policy documents. Specifically, in the documents Chubb attached, Chubb again falsely and fraudulently added the new terms and provisions they wanted to the actual excess policies –

just like they did with the primary "policy" that they fabricated and sent to Plaintiff on May 24, 2021. Like the actual primary Policy that applies in this case, the actual excess policies applicable to Plaintiff's UM/UIM loss do not include any of the new pages or terms or conditions that Chubb and ASD added to their newly fabricated versions of the excess policies. *See* Exhibits B and C.

47.     In additional to fabricating policy documents and misrepresenting the terms and provisions of the actual policies and Plaintiff's obligations thereunder, ASD and Chubb engaged in numerous other instances of improper and wrongful conduct in connection with the handling of Plaintiff's claim.

48.     For instance, as part of Plaintiff's January 29, 2021 package of materials provided to Chubb supporting his UM/UIM claim and his written demand for payment of same, Plaintiff provided the medical and billing records for treatment he had received from the collision thus far. The information and material provided was more than sufficient to determine that the damages from the collision significantly exceeded the $500,000.00 UM/UIM Policy limit. Despite this, two months later in response, ASD sent Plaintiff a letter, dated March 29, 2021, which stated that ASD was hired by Chubb and had been working to adjust Plaintiff's claim on Chubb's behalf, specifically including by investigating and evaluating Mr. Dodd's losses associated with his UM/UIM Claim for the covered loss. Despite having more than sufficient information establishing Plaintiff's entitlement to his UM/UIM benefits for two months, that letter stated that additional investigation was necessary and made several significant, unnecessary, and unexplained requests of Plaintiff. Moreover, it failed to provide a basis or explanation for the assertion that additional investigation was necessary or for the requests therein.

49.     Further, on numerous occasions, Chubb and ASD flatly refused and failed to provide Plaintiff information about his claim, despite their obligations to do so under Texas statutory law and Plaintiff's multiple written requests for the same. For instance, in Plaintiff's May 14, 2021 correspondence to Chubb and ASD, Plaintiff wrote:

> From previous communications with Chubb and Your March 29, 2021 Letter, it is our understanding that Chubb agrees and does not deny the Insured's UM/UIM claim is covered by the Policy. For instance, our understanding is that Chubb admits and does not deny the other motorist's liability for the accident and the other motorist's uninsured/underinsured status. However, for confirmation and clarification purposes and to avoid any uncertainty and potential further damage to the Insured, and as required by the Texas Insurance Code, please promptly confirm in writing whether Chubb affirms or denies coverage of the UM/UIM Claim.

50.     However, in violation of the Texas Insurance Code, Chubb and ASD refused to respond to Plaintiff's request. *See* Texas Insurance Code § 541.060(a)(4)(a). Chubb and ASD's conduct is even more egregious considering they knew that the failure to provide Plaintiff the requested information was in violation of their duties under the Texas Insurance Code and likely to cause Plaintiff additional harm. For example, Plaintiff wrote in his May 14, 2021 correspondence to Chubb and ASD that his foregoing request "is a significant issue with major ramifications impacting" Plaintiff, including "his ability to timely and effectively obtain treatment for the injuries he suffered from the collision and his mental health and well-being associated with the same." Plaintiff specifically advised Chubb and ASD "that the obligation to promptly provide these responses and information is not only required by the Texas Insurance Code, but that the failure to comply with such obligations is likely to result in [Plaintiff] suffering additional independent damages, including damages related to medical care, treatment, and mental health."

51.     Despite this, Chubb and ASD refused to provide the requested responses and information in violation of Texas statutory and common law, and Plaintiff suffered damages

as a result. *See* Tex. Ins. Code §§ 541.060(a)(2)(A) (failure to attempt prompt and fair settlement of claim which insurer's liability has become reasonably clear constitutes a statutory violation of the insurance code and an unfair settlement practice); 541.060(a)(3)("failing to promptly provide to a policyholder a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim" constitutes a statutory violation of the insurance code and an unfair settlement practice); 541.060(a)(4)(A) ("failing within a reasonable time to affirm or deny coverage of a claim to a policyholder" constitutes a statutory violation of the insurance code and an unfair settlement practice).

52.     Further, even though Plaintiff specifically requested in his January 29, 2021 claim correspondence that, in the event Chubb did not accept the claim, to "advise us the reasons why in writing so that the record is clear," the March 29, 2021 Letter sent in response failed to provide any such reasons.

53.     Moreover, even though Plaintiff sent written requests for information and answers about his claim and these issues to ASD and Chubb in follow-up on or about May 14, 2021, ASD and Chubb refused to answer or provide the requested information.

54.     Further, despite repeatedly requesting confirmation and assurance from ASD and Chubb that ASD's involvement would not result in any sort of attorney-related privilege and that neither party would attempt to cloak information regarding Plaintiff's claim in any sort of attorney-related privilege, ASD and Chubb both refused to respond to these concerns or provide any such confirmation. Further, even though Plaintiff informed ASD and Chubb that absent such assurance he objected to ASD's involvement in the handling, investigating, evaluating, and/or adjusting of his claim, ASD and Chubb ignored his objection and ASD's involvement continued.

55.     Additionally, ASD and Chubb treated Plaintiff in an unequal and/or different manner than other insureds. Further, ASD and Chubb and/or took advantage of Plaintiff and his distressed/disadvantaged position (given his significant injury, medical bills, need for additional treatment, etc.). For instance, by not paying the claim promptly (but instead possibly trying to stall payment by claiming further investigation is necessary and making the numerous unjustified requests), Chubb and ASD attempted to force Plaintiff into an even more disadvantaged and desperate position in the hopes that he might accept less than he is legally entitled to under the terms of the Policy (a policy for which Chubb received significant premium payments for).

56.     Moreover, rather than evaluating and providing coverage for Plaintiff's damages caused by the collision, Chubb and ASD were looking for potential ways to try and undermine and attack his claim in an unfair, biased, and unjustified manner.

57.     As detailed herein, Defendants Chubb and ASD failed to evaluate, investigate, process, adjust, and settle Plaintiff's UM/UIM claim in a reasonable manner, even though the Policy provided coverage for losses such as those suffered by Plaintiff.

58.     As of the date of this filing, Chubb has refused to provide Plaintiff any coverage under the Policy. Chubb has not paid Plaintiff any amount for his UM/UIM claim.

59.     Defendants' conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(1). Defendants ASD and Chubb misrepresented to Plaintiff policy provisions relating to the UM/UIM coverage at issue. Specifically, ASD and Chubb misrepresented to Plaintiff that the Policy included provisions which obligated Plaintiff to provide ASD and Chubb a blanket authorization to obtain all of his medical records (regardless of whether they had anything to do with his claim), provide ASD and Chubb 10 years of medical provider history, submit to a medical examination by a physician of Chubb's choosing, and submit to a

sworn examination under oath. As detailed herein, Plaintiff's Policy did not include any such provisions. Defendants made untrue statements of material fact and material misstatements of law regarding the Policy in connection with their misrepresentations of the terms and provisions of the Policy and what they claimed was required of Plaintiff thereunder in connection with his claim. For instance, at one point, Chubb and ASD asserted that the new/additional terms they were attempting to add to the Policy somehow applied to all Texas automobile insurance policies, even though such terms and provisions were not part of Plaintiff's Policy. Defendants' conduct also constitutes a violation of Texas Insurance Code Section 541.051(1)(A), which prohibits the issuance of a statement misrepresenting the terms of a policy that has been issued. Defendants' conduct also constitutes a violation of Texas Insurance Code Sections 541.061(1)-(5).

60.    Defendants' conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(2)(A). Defendants failed to attempt to settle Plaintiff's claim in a fair manner, although Defendants were aware of Chubb's liability to Plaintiff under the Policy. Specifically, Chubb and ASD failed to, in an honest and fair manner, balance their own interests in maximizing gains and limiting disbursements, with the interest of Plaintiff by failing to timely pay coverage due under the Policy. Chubb and ASD relied on purported "policy" conditions which they fabricated that were not part of the applicable Policy to improperly, unreasonably, and intentionally delay Plaintiff's claim and deny him the benefits he was owed under the Policy.

61.    As of the date of this filing, Chubb has had for approximately seven months more than sufficient information, documents, and records establishing Plaintiff's entitlement to his UM/UIM benefits. Chubb has charged and received significant premiums in exchange for its promise to provide this coverage in the event of a covered UM/UIM loss like the one that Plaintiff suffered

on September 30, 2019. Plaintiff relied on Chubb's promise to provide such coverage in case of an event just like this. Defendants Chubb and ASD knew that Plaintiff was in significant need of such coverage to help with the significant injuries he sustained from the collision, including for his much-needed past and future care.

62.     Despite this, Chubb has failed to provide such coverage within the time requested or the extended time Chubb requested and was granted. Further, as a result of the actions detailed herein, Plaintiff has been forced to incur significant attorneys' fees to assist with obtaining payment for the claim.

63.     Chubb and ASD's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(3). Chubb and ASD failed to promptly provide Plaintiff a reasonable explanation of the basis in the Policy, in relation the facts or applicable law, for the denial of Plaintiff's claim and Plaintiff's offer for settlement of his claim. This is despite Plaintiff specifically requesting such explanations in writing on numerous occasions, including on or about January 29, 2021, May 14, 2021, May 20, 2021, May 26, 2021, and June 4, 2021.

64.     Further, Chubb and ASD have refused Plaintiff's requests for an explanation as to the basis for their unexplained assertion that "additional investigation is necessary." Similarly, despite Plaintiff providing Chubb all available medical records relevant to the injuries he sustained from the collision, Chubb and ASD have refused Plaintiff's requests for an explanation as to the basis or justification for their requests for 10 years of Plaintiff's medical provider history or authorization to obtain all of his medical records. For instance, Chubb refused to explain what about Plaintiff's claim, medical records, and other supporting materials provided to Chubb

supposedly indicated that additional investigation of his prior medical records unrelated to the collision was necessary.

65.     As Plaintiff informed Chubb and ASD and is clear from the medical records Plaintiff provided, the injuries Plaintiff suffered from the collision and his treatment for the same are unrelated to any pre-existing injuries or conditions. Moreover, Chubb and ASD have refused to respond to Plaintiff's requests for explanations and information regarding Chubb and ASD's requests that Plaintiff undergo a medical examination by a physician of Chubb's choosing or submit to an examination under oath. Chubb and ASD's failure to provide any explanation or basis for its unexplained requests, which Chubb and ASD also falsely claimed to be required by the terms of the Policy, shows the requests were not necessary and that they were simply part of Chubb and ASD's scheme to delay and deny Plaintiff the full benefits he was entitled to under the Policy. Chubb and ASD's assertion that "additional investigation is necessary" was not reasonable or made in good faith, but rather was a pretext.

66.     Furthermore, Chubb and ASD did not communicate that future settlement or payments in any amount would be forthcoming for the loss covered under the Policy, nor did they provide any explanation for failing to settle Plaintiff's claim properly.

67.     Chubb and ASD's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(4)(A). Chubb and ASD failed to affirm or deny coverage of the claim to Plaintiff within a reasonable time. This is despite Plaintiff specifically requesting the same in writing.

68.     Chubb and ASD's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(7). Chubb refused to pay Plaintiff's claim without conducting a reasonable investigation with respect to the claim. As set forth herein, Chubb

and ASD have been in possession of documents that are more than sufficient to establish Plaintiff's entitlement to payment for his UM/UIM claim for seven months. Instead of conducting a reasonable review and investigation of such material and Plaintiff's claim, Chubb and ASD have engaged in a fraudulent course of action in an attempt to deny and delay payment of Plaintiff's claim, including but not limited to fabricating policy documents in an attempt to support their misrepresentations as to the terms and provisions of the Policy and Plaintiff's obligations thereunder in connection with his claim. Further, Chubb and ASD's unexplained and unjustified requests are merely attempts by Chubb and ASD to engage in irrelevant, lengthy, and biased fishing expeditions in an attempt to further delay payment of Plaintiff's claim and to manufacture non-existent grounds to try and undercut Plaintiff's claim. Chubb, through its agents, servants, and representatives, failed to assess damages properly. Chubb and ASD sought an outcome-oriented purported "investigation" of Plaintiff's claim with the goal of reaching a biased, unfair, and inequitable evaluation of Plaintiff's losses. This purported additional "investigation" was a pretext for delaying and denying Plaintiff's claim.

69. Chubb and ASD's conduct detailed herein also constitutes violations of Chapter 542 of the Texas Insurance Code, Sections 542.003(b)(1), 542.003(b)(2), 542.003(b)(4), 542.003(b)(7), 542.055(a), 542.056, and 542.058.

## CAUSES OF ACTION

### Declaratory Judgment

70. Plaintiff incorporates by reference all preceding and succeeding paragraphs of this pleading for all purposes. Based on the foregoing facts, and pursuant to the policies of insurance in force and effect between Plaintiff and Defendant Chubb at the time of the collision, Plaintiff seeks a declaratory judgement pursuant to TEX. CIV. PRAC. & REM. CODE CH. 37 that he is

entitled to recover from Defendant Chubb his damages resulting from the motor vehicle collision of September 30, 2019, that those damages fall within the coverage afforded him under the policies with Defendant Chubb, and specifying the amount of damages, attorney' fees, interest, and court costs that Defendant Chubb is obligated to pay.

### Violations of Texas Insurance Code: Chubb

71.     Plaintiff incorporates by reference all preceding and succeeding paragraphs of this pleading.

72.     By engaging in the conduct set forth herein, Defendant Chubb violated Texas Insurance Code §§ 541.051(1)(A), 541.060(a)(1), 541.060(a)(2)(a), 541.060(a)(3), 541.060(a)(4)(a), 541.060(a)(7), 541.061(1), 541.061(2), 541.061(3), 541.061(4), 541.061(5), 542.003(b)(1), 542.003(b)(2), 542.003(b)(4), 542.003(b)(7), 542.055(a), 542.056, and 542.058. Chubb's violations of Chapter 541 are actionable pursuant to Texas Insurance Code § 541.151. Chubb's violations of Chapter 542 are actionable pursuant to Texas Insurance Code § 542.060.

73.     As a result of Chubb's violations and breaches of these legal duties, Plaintiff suffered legal damages.

74.     As detailed herein, Plaintiff's Policy undisputedly covered the loss in this case, yet Chubb wrongfully denied and deprived Plaintiff of the benefits he was owed for his valid claim. Chubb's wrongful denial of Plaintiff's valid claim for benefits results from and constitutes a statutory violation(s). As such, the resulting damages include, but are not limited to, the amount of the policy benefits wrongfully withheld under Plaintiff's primary and excess UM/UIM policies, which constitute actual damages under the law.

75.	Further, because Chubb knowingly committed the acts complained of, Plaintiff is entitled to three times the amount of actual damages pursuant to Texas Insurance Code Section 541.152(b).

76.	Plaintiff would should that Defendant Chubb committed the foregoing acts, with actual knowledge of the falsity, unfairness, or deception of the foregoing acts and practices, in violation of Texas Insurance Code Section 541.002(1).

77.	Defendant Chubb also acted in an unconscionable, intentional and/or knowing manner, as that term is legally defined.

78.	By this action, Plaintiff seeks to recover the amount of all actual damages, all costs of court, reasonable and necessary attorney's fees, three times the amount of actual damages as provided by the Texas Insurance Code, and other relief to which Plaintiff may justly be entitled.

## DTPA Violations: Chubb

79.	Plaintiff incorporates by reference all preceding and succeeding paragraphs of this pleading for all purposes. Additionally and/or alternatively, Plaintiff asserts that Defendant Chubb is liable under the Texas Deceptive Trade Practices Act ("DTPA").

80.	Chubb's conduct constitutes multiple violations of the DTPA, TEX. BUS. *&* COM. CODE 17.41-63. Plaintiff is a consumer of goods and services provided by Chubb pursuant to the DTPA. Specifically, Chubb's violations of the DTPA include, without limitation, the following matters:

   a.	By its acts, omissions, failures, and conduct set forth herein, Chubb has violated section 17.46(b) of the DTPA;

   b.	Chubb's actions and course of action detailed herein, including but not limited to wrongfully delaying and denying Plaintiff's claim,

misrepresenting policy terms and Plaintiff's purported obligations thereunder, refusing to respond to Plaintiff's requests for explanations and information, wrongfully withholding Plaintiff's benefits for his valid claim which was covered by the Policy, and fabricating policy documents in furtherance of its attempts to avoid paying Plaintiff the full amount of UM/UIM benefits he was owed, were unconscionable. Chubb's unconscionable conduct gives Plaintiffs a right to relief under section 17.50(a)(3) of the DTPA; and

c.   Chubb's conduct, acts, omissions, and failures constitute acts or practices in violation of Chapter 541 of the Insurance Code, including violations of §§ 541.051(1)(A), 541.060(a)(1), 541.060(a)(2)(a), 541.060(a)(3), 541.060(a)(4)(a), 541.060(a)(7), 541.061(1), 541.061(2), 541.061(3), 541.061(4), and 541.061(5). Chubb's acts and practices in violation of Chapter 541 give Plaintiff a right to relief under Section 17.50(a)(4) of the DTPA.

81.    Chubb's above-described acts, omissions, and failures are a producing cause of Plaintiffs' damages, including mental anguish that Plaintiff suffered as a result of Chubb's conduct. All of the above-described acts, omissions, and failures were committed "knowingly" and "intentionally" by Chubb.

**Breach of Duty of Good Faith and Fair Dealing: Chubb**

82.    Plaintiff incorporates by reference all preceding and succeeding paragraphs of this pleading for all purposes. Additionally and/or alternatively, Plaintiff asserts that Defendant Chubb is liable to Plaintiff for breach of the implied covenant of good faith and fair dealing. Texas law

recognizes a duty of good faith and fair dealing in the insurance context. *Arnold v. Nat'l Cnty. Mut. Fire Ins*. Co., 725 S.W.2d 165, 167 (Tex. 1987).

83.     Chubb, as Plaintiff George Dodd's automobile insurer, had a duty to deal fairly and in good faith with him in the processing of his personal injury claims. Chubb breached this duty by refusing to properly investigate, fabricating purported policy documents and misrepresenting the terms and provisions of the Policy and Plaintiff's obligations thereunder, improperly denying benefits, looking for excuses to deny benefits and refusing to pay benefits timely and taking actions contrary to its duties under the Texas Liability Insurance Code. Defendant Chubb knew or should have known that there was no reasonable basis for denying or delaying Plaintiff's required benefits. As a result of Chubb's breach of these legal duties, Plaintiff suffered legal damages.

84.     Defendant Chubb also acted in an unconscionable, intentional and/or knowing manner, as that term is legally defined. As such, Defendant Chubb is liable for actual damages, punitive damages, and other relief as pled herein.

### Breach of Contract: Chubb

85.     Plaintiff incorporates by reference all preceding and succeeding paragraphs of this pleading for all purposes. Defendant Chubb has a contractual obligation to pay Plaintiff George Dodd for the damages Plaintiff incurred in the collision made the basis of this suit pursuant to Plaintiff George Dodd's policies

86.     Despite demand, Defendant Chubb has deliberately and intentionally failed to comply with the contract between the parties and is therefore liable for breach of contract.

### Violations of Texas Insurance Code: ASD

87.     Plaintiff incorporates by reference all preceding and succeeding paragraphs of this pleading for all purposes. The Texas Insurance Code defines an adjuster as one who "investigates

or adjusts losses on behalf of an insurer as an independent contractor or as an employee; or supervises the handling of claims." Tex. Ins. Code § 4101.001(a)(1). A "person" is defined under the Texas Insurance Code to include an adjuster. Tex. Ins. Code § 541.002(2). "Not only does the statutory definition specifically list 'adjuster' as one of the class of persons that engages in the business of insurance, but the Texas Supreme Court has specifically held that '[t]he business of insurance includes the investigation and adjustment of claims and losses.'" *Rankin Rd., Inc. v. Underwriters at Lloyds of London*, 744 F. Supp. 2d 630, 633–34 (S.D. Tex. 2010) (citing *Vail v. Texas Farm Bur. Mut. Ins. Co.,* 754 S.W.2d 129, 132 (Tex. 1988).

88.     ASD was hired by Chubb and worked on Chubb's behalf in the investigation and evaluation of Plaintiff's losses associated with his UM/UIM Claim for the covered loss. Thus, ASD is subject to the Texas Insurance Code and its accompanying statutory duties, responsibilities, and liabilities in connection with its work on Chubb's behalf investigating and evaluating/adjusting Plaintiff's losses and claim. *See e.g., Boys & Girls Club of McAllen, Inc. v. Philadelphia Indem. Ins. Co.*, No. 7:14-CV-397, 2014 WL 12678320, at *5 (S.D. Tex. Nov. 17, 2014) ("The plain meaning of the word 'adjuster' indicates the nature of the work: investigating and adjusting losses. It would be a miscarriage of justice to find viable claims against an insurance company employee for these actions, but not against [an independent contractor], based primarily on a difference in employment status."); *Lindsey-Duggan, LLC v. Philadelphia Ins. Companies*, No. CIVA SA-08-CA-736-FB, 2008 WL 5686084, at *2 (W.D. Tex. Dec. 15, 2008) (finding that plaintiff's allegations against Engle Martin who was retained by the insurers, that it failed to properly inspect the property for damage and failed to properly adjust its insurance claim in violation of the Texas Insurance Code "state a potentially valid cause of action against an insurance adjuster under Texas law.").

89.     By engaging in the conduct set forth herein, Defendant ASD violated Texas Insurance Code §§ 541.051(1)(A), 541.060(a)(1), 541.060(a)(2)(A), 541.060(a)(3), 541.060(a)(4)(A), 541.060(a)(7), 541.061(1), 541.061(2), 541.061(3), 541.061(4), and 541.061(5). To the extent that Defendant ASD is subject to Insurance Code Chapter 542, Defendant ASD also violated 542.003(b)(1), 542.003(b)(2), 542.003(b)(4), 542.003(b)(7), 542.055(a), 542.056, and 542.058. ASD's violations of Chapter 541 are actionable pursuant to Texas Insurance Code § 541.151. To the extent that Defendant ASD is subject to Insurance Code Chapter 542, ASD's violations of Chapter 542 are actionable pursuant to Texas Insurance Code § 542.060.

90.     As a result of ASD's violations and breaches of these legal duties, Plaintiff suffered legal damages. Further, because ASD knowingly committed the acts complained of, Plaintiff is entitled to three times the amount of actual damages pursuant to Texas Insurance Code Section 541.152(b).

91.     Plaintiff would should that Defendant ASD committed the foregoing acts, with actual knowledge of the falsity, unfairness, or deception of the foregoing acts and practices, in violation of Texas Insurance Code Section 541.002(1). Defendant ASD also acted in an unconscionable, intentional and/or knowing manner, as that term is legally defined.

92.     By this action, Plaintiff seeks to recover the amount of all actual damages, all costs of court, reasonable and necessary attorney's fees, three times the amount of actual damages as provided by the Texas Insurance Code, and other relief to which Plaintiff may justly be entitled.

**KNOWLEDGE**

93.     Each of the actions described herein were done "knowingly" as that term is used in the Texas Insurance Code and were a producing cause of Plaintiff's damages.

**CONDITIONS PRECEDENT**

94.      All conditions precedent to Plaintiff's claim for relief have been performed or have occurred. There is no dispute in this case that Plaintiff is legally entitled to recover damages from the owner or operator of an uninsured/underinsured motor vehicle because of bodily injury and/or property damage sustained by Plaintiff, caused by the collision at issue. Chubb, through its actions, statements, and conduct, has admitted and is estopped from denying the same. Further, on May 14, 2021, Plaintiff wrote to Chubb, writing "For confirmation and clarification purposes, please respond in writing and state whether [Chubb] affirms or denies each of the following statements" concerning Plaintiff's UM/UIM claim, specifically including the following:

1.   Chubb affirms coverage of the UM/UIM Claim.

2.   The Insured, George Dodd, is a "covered person" under the "Uninsured/Underinsured Motorists Protection" provisions of the Policy.

3.   Mr. Dodd was involved in a motor vehicle collision with another motorized land vehicle (the "Other Vehicle") operated by Santos Castro Vasquez on or about September 30, 2019.

4.   The Collision is a covered loss under the UM/UIM provisions of the Policy.

5.   The Other Vehicle was uninsured.

6.   The Other Vehicle was underinsured.

7.   The officers investigating the Collision issued the other motorist, Mr. Vasquez, a citation for an "Improper Turn."

8.   Mr. Dodd was not issued any citation in connection with the Collision.

9.   Mr. Vasquez was the party at fault in the Collision.

10. Mr. Vasquez is the legally liable party for the Collision.

11. Mr. Vasquez is legally liable for the damages suffered by Mr. Dodd from the Collision.

12. Mr. Dodd is legally entitled to receive damages he sustained for bodily injury and property damage from the Collision from the other motorist, Mr. Vasquez.

13. The Policy requires and obligates Chubb to pay Mr. Dodd for bodily injury and property damage that he is legally entitled to receive from the other motorist involved in the collision, Mr. Vasquez, up to a certain amount specified by the Policy.

14. The Policy requires and obligates Chubb to pay for the damages Mr. Dodd sustained from the collision up to the amount of $500,000.00.

15. Mr. Dodd is not required to obtain a legal judgment establishing the other motorist's liability for the Collision as a condition precedent to receiving payment from Chubb pursuant to the Policy's UM/UIM provisions.

16. Mr. Dodd is not required to obtain a legal judgment establishing the underinsured or uninsured status of the other motorist as a condition precedent to receiving payment from Chub for the loss pursuant to the Policy's UM/UIM provisions.

17. Setting aside the specific amount or extent of such benefits, Mr. Dodd's right to UM/UIM benefits under the Policy arising from the Collision is not conditioned upon some contingent future event.

18. Chubb does not dispute Mr. Dodd's right to payment from Chubb for damages he sustained from the Collision subject to the Policy's limits.

19. The reason that Chubb has not yet paid Mr. Dodd's UM/UIM claim is because Chubb is still investigating/evaluating the amount or extent of his damages from the Collision.

20. The reason that Chubb has not yet paid Mr. Dodd's UM/UIM claim is not because Chubb disputes the other motorist's liability for the Collision.

21. The reason that Chubb has not yet paid Mr. Dodd's UM/UIM claim is not because Chubb disputes the other motorist was uninsured or underinsured.

22. The Policy does not include any contractual terms or provisions stating that Chubb's duty to pay for a claim pursuant to the Policy's UM/UIM provisions is not triggered unless a legal judgment is rendered establishing the liability of the other motorist.

23. The Policy does not include any contractual terms or provisions stating that Chubb's duty to pay a claim pursuant to the Policy's UM/UIM provisions is not triggered unless a legal judgment is rendered establishing the uninsured or underinsured status of the other motorist.

24. The Policy does not include any contractual terms or provisions stating that Chubb's duty to pay a claim pursuant to the Policy's UM/UIM provisions is not triggered unless a legal judgment of any kind concerning the incident at issue is rendered.

25. Chubb received valuable consideration in the form of premium payments in exchange for agreeing to provide the UM/UIM benefits/coverage provided by the Policy.

26. Chubb never informed or notified the Insured (or any other person relevant to the Policy or claim at issue) prior to the effective date of the Policy that Chubb's obligation to pay UM/UIM benefits pursuant to the Policy arising out of a motor vehicle accident is conditioned upon the issuance of a legal judgment establishing the other motorist's liability and/or underinsured/uninsured status.

27. Chubb does not inform or notify its Texas insureds with UM/UIM coverage prior to the issuance of their automobile policies with Chubb that Chubb's

obligation to pay UM/UIM benefits arising out of a motor vehicle accident is conditioned upon the issuance of a legal judgment establishing the other motorist's liability and/or underinsured/uninsured status.

28. Chubb does not inform or notify its Texas insureds with UM/UIM coverage prior to the issuance of their automobile policies with Chubb that Chubb's obligation to pay UM/UIM benefits arising out of a motor vehicle accident is conditioned upon the issuance of any legal judgment whatsoever.

95.    Chubb refused to provide a response to any of the foregoing and instead continued its improper actions to delay Plaintiff's claim and deny him the benefits he is owed, including through its fabrication of policy documents and misrepresentations of purported policy terms. As such, Chubb cannot now claim that Plaintiff has failed to comply with any condition precedent, as Plaintiff specifically asked Chubb about this issue and Chubb refused to respond.

## WAIVER AND ESTOPPEL

96.    Defendants waived and are estopped from asserting any coverage defenses, conditions, exclusions, or exceptions to coverage not previously asserted in any written correspondence to Plaintiff.

## DAMAGES

97.    As a direct and proximate result of the covered collision at issue which was caused by the carelessness and negligence of the uninsured motorist, Plaintiff sustained the following elements of damage:

1.   Severe physical pain and mental anguish - past;

2.   Severe physical pain and mental anguish - future;

3.   Medical expenses - past;

4.   Medical expenses - future;

5.   Physical impairment - past;

6.   Physical impairment – future;

7.   Disfigurement – past; and

8. Disfigurement – future

98.     Plaintiff seeks the full amount of policy benefits under the Policy and the excess policies plus statutory damages. Plaintiff is entitled to the actual damages resulting from Defendants' violations of law, including but not limited to the full amount of UM/UIM policy benefits he was entitled to under the Policy and the excess policies that were wrongfully withheld. In addition, Plaintiff is entitled to exemplary damages. Plaintiff is entitled under the law to the recovery of prejudgment interest at the maximum legal rate. Defendant's knowing violations of the Texas Insurance Code and DTPA entitle Plaintiff to attorneys' fees, treble damages, and other penalties and remedies provided by law.

99.     For noncompliance with the DTPA and the Texas Insurance Code, Unfair Settlement Practices, Plaintiff is entitled to actual damages, which include the loss of the benefits owed pursuant to the policies, mental anguish, court costs, and attorney's fees. For knowing and intentional conduct, Plaintiffs asks for three (3) times the actual damages. TEX. INS. CODE §541.152 and TEX. BUS. & COM. CODE 17.50(b)(1).

100.    86. For noncompliance with the Texas Insurance Code, Prompt Payment of Claims, Plaintiff is entitled to the amount of the claim, plus an eighteen percent (18%) per annum penalty on that claim, as damages, as well as pre judgment interest, and reasonable attorney's fees. TEX. INS. CODE §542.060.

101.    For breach of the common law duty of good faith and fair dealing, Plaintiff is entitled to compensatory damages, including all forms of loss resulting from Chubb's breach of duty, such as additional costs, economic hardship, losses due to nonpayment of the amount owed, exemplary damages, and damages for emotional distress.

102.     Chubb's breach of the common law duty of good faith and fair dealing was committed intentionally, with a conscious indifference to Plaintiff's rights and welfare, and with "malice," as that term is defined in Chapter 41 of the Texas Civil Practices and Remedies Code. These violations are the type of conduct which the State of Texas protects its citizens against by the imposition of exemplary damages. Therefore, Plaintiff seeks the recovery of exemplary damages in an amount determined by the finder of fact sufficient to punish Chubb for its wrongful conduct and to deter others from committing similar acts in the future.

103.     As required by Rule 47(b) of the Texas Rules of Civil Procedure, Plaintiff's counsel states that the damages sought are in an amount within the jurisdictional limits of this Court. As required by Rule 47(c)(5) of the Texas Rules of Civil Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief over $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees. A jury will ultimately determine the monetary relief actually awarded, however. Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

## JURY DEMAND

104.     Plaintiff demands a jury trial and tenders the appropriate fee with his Original Petition.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests judgment against Defendants for:

a.     All actual damages;

b.     All damages recoverable pursuant to all statutes cited herein, including, but not limited to, treble damages under the Insurance Code and DTPA;

c.     Reasonable attorneys' fees;

d.      Punitive damages;

e.      Declaratory relief as outlined above;

f.      Prejudgment interest as provided by law;

g.      Post-judgment interest as provided by law from the date
        of judgment until paid;

h.      Costs of court; and

i.      For such other and further relief, both general and
        special, at law or inequity, to which Plaintiff may show
        himself justly entitled.

Respectfully submitted,

**THE NEAL LAW GROUP, PLLC**

By: _/s/ Blaise D. Williams_
Blaise D. Williams
Texas Bar No. 24088640
Bwilliams@neallawgroup.com
S. LOYD NEAL, III
Texas Bar No. 14839390
lneal@neallawgroup.com
3006 Brazos St.
Houston, Texas 77006
T: 713.403.7404
F: 713.960.0204

***Counsel for Plaintiff***



**EXHIBIT**

A



CHUBB®

**Premium Summary**
**Renewal**

SARA DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Page** 1
**Effective Date** 3/1/19
**Policy no.** 13007090-05
**Policy period** 3/1/19 to 3/1/20
**Producer name** BOWEN, MICLETTE & BRITT
INSURANCE AGENCY, LLC

We are pleased to enclose your Chubb Masterpiece Policy, which includes an annual premium **savings of $2,178** as listed below.

This chart summarizes the coverages you have and the related premiums. For more details on your vehicle premiums, please refer to the enclosed Vehicle Detail Premium Summary.

| | Property covered | Coverage | Premium |
|---|---|---|---|
| **Vehicles** | 1993 TOYOTA  LAND CRUISER | COMPREHENSIVE & COLLISION, LIABILITY | $    1,631.00 |
| | 2013 TOYOTA  4RUNNER | COMPREHENSIVE & COLLISION, LIABILITY | $    1,578.00 |
| | 2017 TOYOTA  4RUNNER | COMPREHENSIVE & COLLISION, LIABILITY | $    1,325.00 |
| | 2018 LAND ROVER  RANGE ROVER | COMPREHENSIVE & COLLISION, LIABILITY | $    1,976.00 |
| **State Surcharges** | | | $         8.00 |
| **Total Premium** | | | $    6,518.00 |

NOTICE: The Automobile Burglary and Theft Prevention Authority (ABTPA) fee is payable in addition to the premium due under this policy. This fee reimburses the insurer, as permitted by 28 TAC § 5.205, for the $2.00 fee per motor vehicle year required to be paid to the ABTPA under Texas Civil Statutes, Article 4413(37), § 10, which was effective on June 6, 1991, and revised effective September 1, 2011. The ABTPA fee is included in the state surcharge amount above.

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**Chubb Masterpiece provides many different credits for home, valuable articles, automobile and excess liability coverages. We recommend that you contact your agent or broker for an annual review to ensure that your coverages, policy limits and available credits are accurate and meet your personal insurance needs.**

**Your policy provides the following annual premium credits for the coverages listed below:**

Your vehicles premium was reduced by  $2,178 as a result of one or more credits.



© Chubb.2016. All rights reserved.     Form no.  Q0700000     INSURED  12/29/18  00.19.33

*Premium Summary*
*Renewal*

 CHUBB®

**Page** 2
**Effective date** 3/1/19
**Policy no.** 13007090-05
**Name** SARA DODD

**You should receive a statement and bill from your agent.**

If you chose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your continued business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.



841

© Chubb.2016. All rights reserved.     Form no.  Q0700000                    INSURED  12/29/18  00.19.33

# *Masterpiece*®

**Premium Discount Summary**



**CHUBB**®

**Name and address of Insured:**

SARA DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Page:** 1
**Policy no:** 13007090-05
**Policy period:** 3/1/19 to 3/1/20

---

We know that you've worked hard for what you own and want to protect it. We also know that saving money is important to you. You can take advantage of a variety of discounts offered by Chubb. Here is a list of some of the discounts you're already receiving.

**You have the power to reduce your premiums.**
Your insurance cost could have been **$8,696** but you took action and received **$2,178** in discounts. Your premium was reduced to $6,518.

---

| Overview | Your Discount |
|---|---|

---

**Vehicles**

• $1,027 for having a portfolio discount

You saved **$1,027** just because you insure both your home and vehicle(s) with Chubb. **Smart move.**

1993 TOYOTA  LAND CRUISER

You saved **$1,151** on vehicle insurance.

• $76 for owning your vehicle outright
• $76 for being an automobile or homeowner insurance customer for at least 10 years
• $7 for having an anti-theft device installed in your automobile

2013 TOYOTA  4RUNNER
• $87 for owning your vehicle outright
• $87 for being an automobile or homeowner insurance customer for at least 10 years
• $65 for having anti-lock brakes
• $82 for having factory-installed passive restraints or air bags
• $9 for having an anti-theft device installed in your automobile

© Chubb.2016. All rights reserved.     Form no.  Q9300000

INSURED  12/29/18  00.19.33

*Premium Discount Summary*

**Page:** 2
**Policy no.** 13007090-05
**Name** SARA DODD

| Overview | Your Discount |
|---|---|

**Vehicles**

2017 TOYOTA  4RUNNER
- $68 for owning your vehicle outright
- $68 for being an automobile or homeowner insurance customer for at least 10 years
- $50 for having anti-lock brakes
- $81 for having factory-installed passive restraints or air bags
- $11 for having an anti-theft device installed in your automobile

2018 LAND ROVER  RANGE ROVER
- $113 for owning your vehicle outright
- $113 for being an automobile or homeowner insurance customer for at least 10 years
- $52 for having anti-lock brakes
- $81 for having factory-installed passive restraints or air bags
- $25 for having an anti-theft device installed in your automobile

Please note: This document may not reflect all of the discounts you are receiving on your Chubb insurance policy. To review all of the discounts available from Chubb, please contact your agent or broker, as he or she is always your best source of information and advice.



*Masterpiece*®

**Vehicle Detail Premium
Summary Renewal**

CHUBB®

**Name and address of Insured**

SARA DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Page** 1
**Effective date** 3/1/19
**Policy no.** 13007090-05
**Issued by** Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 3/1/19 to 3/1/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX 77292-2022
713.880.7100

A detailed inventory of the components of your vehicle premiums is shown below. For more specific information and explanations of your coverage, please refer to your policy, including your Coverage Summary.

The premium for your vehicle coverage is based on information we have received from you, your agent or broker, or other sources. If you feel that the information below is not correct, wish to make changes to your policy, or want more specific details, please contact your agent or broker.

| COVERAGE PREMIUMS | 1993 TOYOTA LAND CRUISER 6827 Comp Symbol 22 Coll Symbol 22 | 2013 TOYOTA 4RUNNER 0686 Comp Symbol 23 Coll Symbol 14 Liab Symbol 290 PIP Symbol 495 | 2017 TOYOTA 4RUNNER 2266 Comp Symbol 35 Coll Symbol 19 Liab Symbol 290 PIP Symbol 495 |
|---|---|---|---|
| Comprehensive | $131.00 | $156.00 | $176.00 |
| Collision | $306.00 | $488.00 | $411.00 |
| Vehicle Liability | $760.00 | $634.00 | $437.00 |
| UM/UIM | $409.00 | $286.00 | $286.00 |
| PIP | $25.00 | $14.00 | $15.00 |
| State surcharge(s) | $2.00 | $2.00 | $2.00 |
| Total | + $1,633.00 | + $1,580.00 | + $1,327.00 |

© Chubb.2016. All rights reserved.     Form no. Q8010000                                    INSURED 12/29/18 00.19.33

*Vehicle Detail Premium*
*Summary Renewal*

**Page** 2
**Effective date** 3/1/19
**Policy no.** 13007090-05
**Name** SARA DODD

| COVERAGE PREMIUMS | 2018  LAND ROVER RANGE ROVER ████4425 Comp Symbol 62 Coll Symbol 59 Liab Symbol 295 PIP Symbol 480 |
|---|---|
| Comprehensive | $389.00 |
| Collision | $832.00 |
| Vehicle Liability | $457.00 |
| UM/UIM | $286.00 |
| PIP | $12.00 |
| State surcharge(s) | $2.00 |
| **Total** | **+ $1,978.00** |
| **Total Premium** | **$6,518.00** |

## Policy credits

The premiums shown above include the following credits:

**1993  TOYOTA LAND CRUISER** ████6827

$7 Anti-theft credit
$76 Vehicle ownership discount
$76 Customer loyalty discount

**2013  TOYOTA 4RUNNER** ████0686

$65 Anti-lock braking system credit
$82 Air bag credit
$9 Anti-theft credit
$87 Vehicle ownership discount
$87 Customer loyalty discount

**2017  TOYOTA 4RUNNER** ████2266

$50 Anti-lock braking system credit
$81 Air bag credit
$11 Anti-theft credit
$68 Vehicle ownership discount
$68 Customer loyalty discount

**2018  LAND ROVER RANGE ROVER SALGS2SV7JA384425**

*Vehicle Detail Premium*
*Summary Renewal*

CHUBB

**Page** 3
**Effective date** 3/1/19
**Policy no.** 13007090-05
**Name** SARA DODD

## Policy credits

$52 Anti-lock braking system
credit
$81 Air bag credit
$25 Anti-theft credit
$113 Vehicle ownership discount
$113 Customer loyalty discount

Your vehicle premium has been reduced due to the following characteristics:
- There are two or more private passenger vehicles listed on your policy.
- You have homeowners coverage with us.

## Tiers

The tier of each vehicle is shown in the following chart. Rest assured, your policy receives the best tier and premium you are eligible for based on the characteristics of your policy.

## Vehicle details

|  | 1993 TOYOTA LAND CRUISER ▉▉▉6827 | 2013 TOYOTA 4RUNNER ▉▉▉0686 | 2017 TOYOTA 4RUNNER ▉▉▉2266 |
|---|---|---|---|
| **Type of vehicle** | PRIVATE PASSENGER | PRIVATE PASSENGER | PRIVATE PASSENGER |
| **Garage location** | HOUSTON , TX 77019 HARRIS | HOUSTON , TX 77019 HARRIS | HOUSTON , TX 77019 HARRIS |
| **Agreed value** | $4,957 | $26,784 | $37,584 |
| **Deductibles:** | | | |
| Comprehensive | $1,000 | $1,000 | $1,000 |
| Collision | $1,000 | $1,000 | $1,000 |
| Full glass | $0 | $0 | $0 |

*Vehicle Detail Premium*
*Summary Renewal*

**Page** 4
**Effective date** 3/1/19
**Policy no.** 13007090-05
**Name** SARA DODD

## Vehicle details

| | 1993 TOYOTA LAND CRUISER ▇6827 | 2013 TOYOTA 4RUNNER ▇0686 | 2017 TOYOTA 4RUNNER ▇2266 |
|---|---|---|---|
| **Lease gap coverage** | NO | NO | NO |
| **Road service coverage** | YES | YES | YES |
| **Driver** | GEORGE DODD | HENRY DODD | ANA ORELLANA |
| **Driver group** | MALE 29 | MALE 26 | AGE 55-59 |
| **Driven to work or school:** | | | |
| Miles one way | 5 | 0 | 0 |
| Days per week | 5 | 0 | 0 |
| **Business use** | NO | NO | NO |
| **Tier** | 10 | 10 | 10 |

| | 2018 LAND ROVER RANGE ROVER ▇4425 |
|---|---|
| **Type of vehicle** | PRIVATE PASSENGER |
| **Garage location** | HOUSTON , TX 77019 HARRIS |
| **Agreed value** | $115,857 |
| **Deductibles:** | |
| Comprehensive | $1,000 |
| Collision | $1,000 |
| Full glass | $0 |

**Vehicle Detail Premium
Summary Renewal**



**Page** 5
**Effective date** 3/1/19
**Policy no.** 13007090-05
**Name** SARA DODD

---

## Vehicle details

| | 2018 LAND ROVER RANGE ROVER ████4425 |
|---|---|
| **Lease gap coverage** | NO |
| **Road service coverage** | YES |
| **Driver** | SARA DODD |
| **Driver group** | AGE 55-59 |
| **Accidents/Losses** | COMPREHENSIVE: 8/27/17 |
| **Driven to work or school:** | |
|     **Miles one way** | 0 |
|     **Days per week** | 0 |
| **Business use** | NO |
| **Tier** | 10 |

---

## Did you know...

We automatically provide **Loss of Use Coverage** up to the amount of coverage shown in your Auto Preference® Vehicle Physical Damage Coverage for extra transportation expenses if your vehicle cannot be used because of a covered loss.

You are automatically covered for the fair cost of **Towing** under your physical damage coverage when your vehicle is disabled due to a covered comprehensive or collision loss. In addition, you can purchase **Road Service Coverage** for towing and labor costs incurred at the place of disablement if your covered vehicle is disabled for any other reason.



© Chubb.2016. All rights reserved.      Form no. Q8010000

# Vehicle Detail Premium
## Summary Renewal

**Page** 6
**Effective date** 3/1/19
**Policy no.** 13007090-05
**Name** SARA DODD

## *Did you know...*

We automatically provide coverage for **vehicles you rent while on vacation** (for up to 90 days) under the Vehicle Liability Coverage portion of your vehicle policy. This means we pay any damages to the rental company for which you are legally obligated.

---

**The above information is not your actual insurance policy.
You must read the terms and conditions of your Masterpiece policy
for the precise coverage afforded.**

---

© Chubb.2016. All rights reserved.     Form no.   Q8010000

# *Masterpiece*®

**Important Notice - Texas**

# CHUBB®

**Name and address of Insured**

SARA DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Effective Date** 3/1/19
**Policy no.** 13007090-05
**Issued by** Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 3/1/19 to 3/1/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX 77292-2022
713.880.7100

## IMPORTANT NOTICE

To obtain information or make a complaint:

You may call Chubb's toll-free telephone number for information or to make a complaint at:

### 1-866-324-8222

You may also write to:
Chubb Personal Risk Services
Attn: Chubb Customer Service Center
PO Box 1620
Whitehouse Station, NJ 08889-1600

You may contact the Texas Department Of Insurance to obtain information on companies, coverages, rights, or complaints at:

### 1-800-252-3439

You may write the Texas Department of Insurance:

PO Box 149104
Austin, TX 78714-9104
Fax: (512)490-1007
Web: www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

To obtain price and policy form comparisons and other information relating to residential property insurance and personal automobile insurance, you may visit the Texas Department of Insurance/Office of Public Insurance Counsel website:

www.helpsure.com

## AVISO IMPORTANTE

Para obtener información o para presentar una queja:

Usted puede llamar al número de teléfono gratuito de Chubb's para obtener información o para presentar una queja al:

### 1-866-324-8222

Usted también puede escribir a:
Chubb Personal Risk Services
Attn: Chubb Customer Service Center
PO Box 1600
Whitehouse Station, NJ 08889-1600

Usted puede comunicarse con el Departamento de Seguros de Texas para obtener información sobre companies, coberturas, derechos, o quejas as:

### 1-800-252-3439

Usted puede escribir al Departamento de Seguros de Texas a:

PO Box 149104
Austin, TX 78714-9104
Fax: (512)490-1007
Sitio web: www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

Para obtener formas para la comparación de precios y pólizas y para obtener otra información sobre el seguro de propiedad residencial y de seguro de automóvil personal, visite el sitio web del Departamento de Seguros de Texas/Oficina del Asesor Público de Seguros:

www.helpsure.com



© Chubb.2016. All rights reserved.     Form no. Q6498842.01     INSURED 12/29/18 00.19.33

855

## PREMIUM OR CLAIM DISPUTES

Should you have a dispute concerning your premium or about a claim you should contact your agent first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

## ATTACH THIS NOTICE TO YOUR POLICY

This notice is for information only and does not become a part or condition of the attached document.

## DISPUTAS POR PRIMAS DE SEGUROSO RECLAMACIONES

Si tene una disputa relacionada con su prima de seguro o con una reclamación, usted debe comunicarse con el agente, primero. Si la disputa no es resuelta, usted puede comunicarse con el Departamento de Seguros de Texas.

## ADJUNTE ESTE AVISO A SU POLIZA

Este aviso es solamente para propósito informativos y no se convierte en parte o en condicón del documento adjunto.

© Chubb.2016. All rights reserved.     Form no. Q6498842.01

856

*Masterpiece*®

CHUBB®

**Name and address of Insured**
SARA DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Effective Date**  3/1/19
**Policy no.**  13007090-05
**Issued by**  Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  3/1/19 to 3/1/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX  77292-2022
713.880.7100

## IMPORTANT NOTICE

All of the members of the Chubb Group of Insurance companies doing business in the United States
(hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers").
Detailed information regarding the types of compensation paid by Chubb to producers on US insurance
transactions is available under the Producer Compensation link located at the bottom of the page at
www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.

©  Chubb.2016. All rights reserved.      Form no. Q6600020                                              INSURED  12/29/18  00.19.33

# *Masterpiece*®

**Change Overview
for Texas**

## CHUBB®

*In order to continually provide some of the finest insurance products available, we periodically make changes to our state contracts. Below is a convenient summary of current changes for your state.*

**Policy no.** 13007090-05
**Policy period** 3/1/19 to 3/1/20

Dear Valued Client,

We are pleased to enclose the renewal of your *Masterpiece*® policy and greatly appreciate the continued confidence you have placed in us. To simplify your review, we included a summary of the changes made to Texas *Masterpiece Auto Preference* ® coverages with an edition date of December 11, 2018 or later.

Your policy contains the following changes to your Introduction page:

- We added the definition of "Spouse" which means a partner in marriage or a partner in a civil union recognized under state law.

- We reinforced our intent that a student under the age of 25 in your care, temporarily away at school, who is a resident of the household is considered a "family member".

The goal of all such changes is to provide you with greater value over time by controlling the cost of your insurance, affording new or enhanced coverages that better meet your needs and expectations, and reinforcing the intent of certain policy language. Not all of the changes listed below may apply to you; please direct your attention to the type(s) of coverage you have purchased.

### Changes to Masterpiece Auto Preference Vehicle Physical Damage Coverage

- **Total loss.** Under payment basis, there will be no reduction in coverage for unrepaired damage to the vehicle from a previous loss if the same vehicle is totally destroyed or is stolen.

- **Deductible.** If you have a covered loss involving your covered vehicle and a structure and/or personal property also insured with us, instead of applying two deductibles (auto and home), we will now apply the greater of the deductibles once to the loss if it is to your benefit.

- **Newly acquired vehicles.** We revised this provision to include a utility vehicle with a gross vehicle weight of 25,000 pounds that is not used for delivery or transportation of goods, unless this is not the primary use of the vehicle, or the vehicle is used for farming or ranching.

  Under this provision, a replacement vehicle will have the same coverage as the vehicle it replaces. But you must notify us of the replacement vehicle if you wish to add coverage for physical damage.

  Also, for an additional vehicle, coverage begins on the date you become the owner, but you must request coverage for it within 30 days after you become the owner and pay the additional premium from the date acquired.

- **Vehicles purchased abroad.** We reinforced our intent that although we will insure newly acquired vehicles purchased abroad up to the 30th day after acquisition (you must pay the premium for this coverage), we reserve the right not to insure the vehicles beyond the 30th day. The same conditions stated under Newly acquired vehicles above apply under this provision.

- **Road service.** *(You have already chosen this coverage if shown in your Coverage Summary.)* We expanded this coverage to include the costs of fuel and fluids, battery recharge, flat tire repair, and winch retrieval service costs incurred at the place of disablement, which is in addition to the reasonable towing costs. Contact your agent or broker if you want to purchase this optional coverage.



© Chubb.2016. All rights reserved.     Form no. Q6488542

INSURED 12/29/18 00.19.33

- **Air bags.** We expanded this coverage to include payments for loss to air bags in addition to the amount of coverage for the vehicle for a loss. We reinforced that we provide coverage for covered losses to air bags (theft, deployment due to collision) and the full cost to repair or replace air bags that accidentally deploy.

- **Racing or track usage.** This exclusion now specifies that coverage is not provided while the vehicle is being used to engage in high performance driving on a racetrack, test track or similar course. However, this exclusion no longer applies to a rally on a public road where the legal speed limit remains in effect for the duration of the rally.

- **Fungi and mold.** The change to this exclusion reinforces our intent that we cover mold damage that ensues as a result of a covered loss.

- **Intentional acts.** This exclusion is revised to specify that coverage is not provided for any loss arising out of any willful act, malicious act, fraudulent act or any other act, intended to cause damage to property. But coverage is provided if the act was intended to protect people or property.

### Changes to Masterpiece Auto Preference Collector Vehicle Physical Damage Coverage

The enhancements, as described for *Masterpiece* Auto Preference Vehicle Physical Damage coverage above for **road service, air bags,** and **racing and track usage,** also apply to *Masterpiece* Auto Preference Collector Vehicle Physical Damage coverage.

### In addition we enhanced:

- **Total loss.** Under payment basis, there will be no reduction in coverage for unrepaired damage to the vehicle from a previous loss if the same vehicle is totally destroyed or is stolen.

- **Newly acquired vehicles.**
  We revised this provision to include a utility vehicle with a gross vehicle weight of 25,000 pounds that is not used for delivery or transportation of goods, unless this is not the primary use of the vehicle, or the vehicle is used for farming or ranching.

  Under this provision, a replacement vehicle will have the same coverage as the vehicle it replaces. But you must notify us of the replacement vehicle if you wish to add coverage for physical damage.

  Also, for an additional vehicle, coverage begins on the date you become the owner, but you must request coverage for it within 90 days after you become the owner and pay the additional premium from the date acquired, we reserve the right not to insure the vehicles beyond the 90th day.

- **Vehicles purchased abroad.** The same conditions stated under Newly acquired vehicles above apply under Vehicles purchased abroad.

- **Loss of use.** We increased the amount of coverage *from $750 to $1,500* and now include the unrecoverable, pre-paid registration expenses for collector vehicle events.

- **Spare parts.** We increased the amount of coverage *from $250 to $1,000,* multiplied by the number of collector vehicles on the Coverage Summary, but not more than $10,000 for spare parts for any one vehicle.

### We added new coverages:

- **Added repair.** For a covered partial loss, we will pay **up to $5,000,** but not more than 10% of the amount of coverage for your collector vehicle, for repair work that results in betterment to your vehicle that is necessary as a result of the repair, when we agree in advance to the repair work to be performed. This does not include any new customization or feature that was not part of your vehicle prior to the loss.

© Chubb.2016. All rights reserved.      Form no.   Q6488542

CHUBB

- **Endangered property.** We will cover the reasonable costs you incur to move your collector vehicle because it is endangered by a covered peril, **up to $500** for each vehicle, to a maximum of $5,000 in any policy period.

- **Automotive tools.** We will cover the cost to repair or replace automotive tools for your collector vehicle after a covered loss, **up to $1,500.**

- **Fire extinguisher device or system.** We will cover to recharge, re-inspect, or replace your hand-held fire extinguisher or automatic fire extinguishing system after it is discharged to protect your collector vehicle, **up to $500.**

- **Car covers.** We will cover the cost to repair or replace a car cover or portable car canopy when there is a covered loss to your collector vehicle and its car cover or canopy, **up to $1,500.**

- **Reward coverage.** We will pay **up to 10%** of the amount of coverage for your collector vehicle or $5,000; whichever is less, for information not otherwise available leading to the arrest and conviction of any person(s) who has stolen your collector vehicle, or leading to its recovery. The reward is applicable per vehicle.

### Changes to Masterpiece Auto Preference Vehicle Liability Coverage and Uninsured/Underinsured Motorists Protection

- **Newly acquired collector vehicles.** We revised the definition of "covered vehicle" by increasing the number of days **from 30 to 90 days** for a newly acquired collector vehicle, including a vehicle purchased abroad. We reinforced our intent that although we will insure these newly acquired vehicles up to the 90th day after acquisition (you must pay the premium for this coverage), we reserve the right not to insure the vehicles beyond the 90th day.

- **Non-owned trailers.** In the "covered vehicle" definition, we reinforced our intent that a trailer not owned or available for your regular use is a covered vehicle when used with the owner's permission.

- **Racing or track usage.** This exclusion now specifies that coverage is not provided while the vehicle is being used to engage in high performance driving on a racetrack, test track or similar course. However, this exclusion no longer applies to a rally on a public road where the legal speed limit remains in effect for the duration of the rally.

  For Uninsured/Underinsured Motorists Protection, the Racing or track usage exclusion has been removed.

- **Intentional acts.** This exclusion is revised to specify that coverage is not provided for any loss arising out of any willful act, malicious act, fraudulent act or any other act, intended to cause bodily injury or damage to property. But coverage is provided if the act was intended to protect people or property.

### New Exclusions Applicable to Auto Coverages

Private passenger auto policies are priced to provide coverage for your personal use of your vehicles, not for the recent popular trends of taxi-like ride sharing and vehicle sharing. To avoid premium impact to all our customers, we are excluding these activities from all *Masterpiece* Auto Preference Physical Damage and Liability coverages, including Uninsured/Underinsured Motorists Protection and Personal Injury Protection coverage.

- **Vehicles used for a fee.** We revised this exclusion to exclude ride sharing through a ride sharing program, when a driver is logged into the application or network, when a ride is accepted, and when transporting the passenger or property for a fee.

- **Vehicles rented for a fee.** We added this new exclusion, which excludes coverage while your vehicle is used in connection with a vehicle sharing program for a fee; or when you or a family member rents your vehicle to another person for a fee. This exclusion does not apply when you or a family member lends your covered vehicle to another for reimbursement of operating expenses only.

These exclusions do not apply to the coverage provided for medical expenses under *Masterpiece* Auto Preference Vehicle Liability coverage, when you or a family member is injured while occupying or struck by a motor vehicle.



© Chubb.2016. All rights reserved.     Form no.  Q6488542                                    INSURED  12/29/18  00.19.33

### For Uninsured/underinsured Motorists Protection

- **Vehicles rented for a fee.** We added this new exclusion, which excludes coverage when you or a family member rents or leases your vehicle to another person. This exclusion does not apply when you or a family member lends your covered vehicle to another for reimbursement of operating expenses only.

### Additional New Exclusion Applicable to Masterpiece Auto Preference Physical Damage Coverages

- **Diminution in value.** We added this exclusion to exclude "diminution in value", which means the actual or perceived loss in market or resale value which results from a covered loss.

*We would also like to remind you of an existing discount available to customers with Excess Liability **and** Masterpiece Automobile policies:*

### Portfolio Discount: Excess Liability With Auto

You may be entitled to a **10% discount** on your Excess Liability policy when you also have a good standing, active *Masterpiece* Automobile policy with us. To be eligible for this discount, the Excess Liability policy must have at least one private passenger vehicle listed for coverage. To determine if this discount has already been applied to your policy, please refer to your Premium Discount Summary.

We recommend that you take some time to review your policy carefully, as it alone fully describes the coverages you have purchased. If you have any questions or need assistance, your agent or broker is always the best source of information and advice.

Thank you for insuring with Chubb. We appreciate your business.

www.chubb.com        email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb.2016. All rights reserved.        Form no.  Q6488542

*Masterpiece*®

**Coverage Summary**
**Renewal**

CHUBB®

**Name and address of Insured**

SARA DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Page** 1
**Effective date** 3/1/19
**Policy no.** 13007090-05
**Issued by** Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 3/1/19 to 3/1/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX 77292-2022
713.880.7100

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

## Vehicle Physical Damage

Your policy provides you with coverage against physical loss if your vehicle is damaged or destroyed. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

For information about how your vehicle premium was developed, refer to the Vehicle Detail Premium Summary.

| Type of Vehicle | Garaged in | Coverage | Deductible |
|---|---|---|---|
| VEHICLE<br>1993 TOYOTA<br>LAND CRUISER<br>6827 | HOUSTON, TX | AUTO PREFERENCE® VEHICLE<br>PHYSICAL DAMAGE<br>COMPREHENSIVE<br>COLLISION<br>FULL WINDOW GLASS<br><br>$4,957<br>AGREED VALUE | <br><br>$1,000<br>$1,000<br>$0 |
| VEHICLE<br>2013 TOYOTA<br>4RUNNER<br>0686 | HOUSTON, TX | AUTO PREFERENCE® VEHICLE<br>PHYSICAL DAMAGE<br>COMPREHENSIVE<br>COLLISION<br>FULL WINDOW GLASS<br><br>$26,784<br>AGREED VALUE | <br><br>$1,000<br>$1,000<br>$0 |

© Chubb.2016. All rights reserved. Form no. Q0802000      INSURED 12/28/18 00.19.33

## *Coverage Summary*
### *Renewal*

**Page** 2
**Effective date** 3/1/19
**Policy no.** 13007090-05
**Name** SARA DODD

## *Vehicle Physical Damage*
(Continued)

| VEHICLE<br>2017 TOYOTA<br>4RUNNER<br>████ 2266 | HOUSTON, TX | AUTO PREFERENCE® VEHICLE<br>PHYSICAL DAMAGE<br>COMPREHENSIVE<br>COLLISION<br>FULL WINDOW GLASS<br><br>$37,584<br>AGREED VALUE | $1,000<br>$1,000<br>$0 |
|---|---|---|---|
| VEHICLE<br>2018 LAND ROVER<br>RANGE ROVER<br>████ 4425 | HOUSTON, TX | AUTO PREFERENCE® VEHICLE<br>PHYSICAL DAMAGE<br>COMPREHENSIVE<br>COLLISION<br>FULL WINDOW GLASS<br><br>$115,857<br>AGREED VALUE | $1,000<br>$1,000<br>$0 |

### Additional coverages or conditions

**Road service coverage**
You have Road service coverage for your  1993 TOYOTA LAND CRUISER , ████ 6827.

**Road service coverage**
You have Road service coverage for your  2013 TOYOTA 4RUNNER , ████ 0686.

**Road service coverage**
You have Road service coverage for your  2017 TOYOTA 4RUNNER , ████ 2266.

**Road service coverage**
You have Road service coverage for your  2018 LAND ROVER RANGE ROVER , ████ 4425.

## *Liability*

Amount of liability coverage: **$500,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart. For vehicles where no liability appears there is no vehicle liability coverage.

© Chubb.2016. All rights reserved.       Form no. Q0802000

**Coverage Summary**
**Renewal**



**Page** 3
**Effective date** 3/1/19
**Policy no.** 13007090-05
**Name** SARA DODD

---

## *Liability*
(Continued)

---

## *Liability*
(Continued)

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

| **Vehicle** | VEHICLE<br>1993 TOYOTA<br>LAND CRUISER<br>GARAGED IN<br>HOUSTON, TX<br>6827 | VEHICLE LIABILITY,<br>UM/UIM, PIP |
|---|---|---|
| | VEHICLE<br>2013 TOYOTA<br>4RUNNER<br>GARAGED IN<br>HOUSTON, TX<br>0686 | VEHICLE LIABILITY,<br>UM/UIM, PIP |
| | VEHICLE<br>2017 TOYOTA<br>4RUNNER<br>GARAGED IN<br>HOUSTON, TX<br>2266 | VEHICLE LIABILITY,<br>UM/UIM, PIP |
| | VEHICLE<br>2018 LAND ROVER<br>RANGE ROVER<br>GARAGED IN<br>HOUSTON, TX<br>4425 | VEHICLE LIABILITY,<br>UM/UIM, PIP |

© Chubb.2016. All rights reserved.     Form no. Q0802000

INSURED 12/28/18 00.19.33

***Coverage Summary***
***Renewal***

**Page** 4
**Effective date** 3/1/19
**Policy no.** 13007090-05
**Name** SARA DODD

## *Liability*
(Continued)

Whenever vehicles are shown, we have included the type of Uninsured or Underinsured (UM/UIM) coverage you have selected. For vehicles where no UM/UIM appears there is no UM/UIM coverage. The amount of UM/UIM, which appears in the Special Vehicle Coverages section, is determined by where the vehicle is garaged.

For information about how your vehicle premium was developed, refer to the Vehicle Detail Premium Summary.

## *Special Vehicle Coverages*

You have the following state specific coverages. For information about how your vehicle premium was developed, refer to the Vehicle Detail Premium Summary.

### *Uninsured/Underinsured Motorists Protection (UM/UIM) - Texas*

This coverage applies when you are entitled to collect damages for an accident but cannot because the other driver does not have adequate insurance to cover the loss. Your specific insurance protection is described in your policy.

Your protection for registered vehicles garaged in Texas is:

$500,000 UM/UIM coverage applies for bodily injury and property damage for each occurrence. A deductible of $250 applies to each property damage occurrence.

Refer to Vehicles in the Liability section for the type of UM/UIM coverage.

© Chubb.2016. All rights reserved. Form no. Q0802000

*Coverage Summary*
*Renewal*



Page 5
**Effective date** 3/1/19
**Policy no.** 13007090-05
**Name** SARA DODD

## Special Vehicle Coverages
(Continued)

## Special Vehicle Coverages
(Continued)

### Personal Injury Protection (PIP) - Texas

Your Personal Injury Protection coverage protects you, your family members and passengers if injured in a motor vehicle accident. The total aggregate amount we will pay to or on behalf of any one person who is injured will not exceed $5,000 for medical and funeral expenses, income loss, and essential services.

As the duly authorized representative of the company my signature validates this policy.

Paul N. Morrissette
Authorized representative



© Chubb.2016. All rights reserved.     Form no.  Q0802000     INSURED  12/29/18  00.19.33



**Table of Contents**



**Name and address of insured**

SARA DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Effective date** 3/1/19
**Policy no.** 13007090-05
**Issued by** Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 3/1/19 to 3/1/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX 77292-2022
713.880.7100

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## Contents

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Auto Preference® Vehicle Physical Damage Coverage | 12/18 | TEX | O-1 |
| Uninsured/Underinsured Motorists Protection | 12/18 | TEX | P-1 |
| Auto Preference® Vehicle Liability Coverage | 12/18 | TEX | U-1 |
| Personal Injury Protection Coverage | 12/18 | TEX | X-1 |
| Policy Terms | 05/17 | TEX | Y-1 |
| Policy Information Notice | 12/18 | TEX | |

© Chubb.2016. All rights reserved. Form No.Q0903000

INSURED 12/29/18 00.19.33


*Masterpiece*®     ***Introduction***

CHUBB®

This is your Chubb Masterpiece Policy. Together with your Coverage Summary, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. **READ YOUR POLICY CAREFULLY** and keep it in a safe place.

## *Agreement*

We agree to provide the insurance described in this policy in return for your premium and compliance with the policy conditions.

## *Definitions*

In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. The few defined terms used throughout the policy are defined here:

**You** means the person named in the Coverage Summary, and a spouse who lives with that person.

**Spouse** means a partner in marriage or a partner in a civil union recognized under state law.

**We** and **us** mean the insurance company named in the Coverage Summary.

**Family member** means your relative who lives with you, or any other person under 25 in your care or your relative's care who lives with you, or a student under 25 in your care temporarily away at school who is a resident of your household.

**Policy** means your entire Masterpiece Policy, including the Coverage Summary and any Mortgagee's Coverage Summary.

**Coverage Summary** means the most recent Coverage Summary we issued to you, including any subsequent Coverage Updates.

**Occurrence** means a loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Business** means any employment, trade, occupation, profession, or farm operation including the raising or care of animals.



© Chubb.2016. All rights reserved. Form no. 0200000

 **Auto Preference®**
**Vehicle Physical**
**Damage Coverage**



This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your vehicles unless stated otherwise or an exclusion applies.

This coverage applies to a loss occurring anywhere in the United States of America, its territories or possessions, Puerto Rico or Canada, including an occurrence involving a vehicle while being transported between the above listed locations. This coverage also applies to collision loss occurring in Mexico.

"Vehicle" means any vehicle garaged in Texas, except those shown as a collector vehicle in the Coverage Summary, for which "agreed value" or "market value" is shown in the **Vehicle Physical Damage** section of the Coverage Summary.

## Payment for a Loss

### Amount of coverage
The amount of coverage for each vehicle is shown in the Coverage Summary. You may insure a vehicle for its market value or an agreed value (amount that you and we agree on).

**Agreed value.** If the vehicle is insured for an agreed value, the amount of coverage is listed in the Coverage Summary. You agree that we may change this amount when the policy is renewed to reflect current costs and values.

**Market value.** If the vehicle is insured for its market value, the amount of coverage is the average retail value of the vehicle.

### Deductible
A deductible listed in the Coverage Summary applies to each occurrence. But it does not apply to a total loss to a vehicle covered for agreed value.

If a covered loss involves two or more vehicles covered under this policy, in the same occurrence, we will apply the lesser of the deductibles once to the loss.

If a covered loss involves both a vehicle covered under this part of this policy and contents which is covered under any part of this policy or any other policy issued by a direct or indirect subsidiary of Chubb Limited, and a deductible would apply to both losses in the same occurrence, we will apply the lesser of the deductibles once to the loss.

If a covered loss involves a vehicle covered under this part of this policy and a structure or a structure and contents, covered under any part of this policy or any other policy issued by a direct or indirect subsidiary of Chubb Limited, and deductibles would apply to these vehicle and homeowners losses in the same occurrence, we will only apply the greatest deductible once to the loss if it is to your benefit.

This provision does not apply to covered losses subject to any Home and Contents special deductibles, to vehicle window glass losses not subject to a deductible, or to agreed value vehicle losses not subject to a deductible.

"Contents" means personal property you or a family member owns or possesses.



© Chubb.2016. All rights reserved. Form no. 3600042.01
873 10/12/18 10:17:55

*Auto Preference®*
*Vehicle Physical Damage*
*Coverage*

---

## *Payment for a Loss*
(continued)

### Payment basis
For a covered loss to a vehicle, we will pay as follows:

**Total loss.** If the vehicle is stolen or totally destroyed, we will pay the amount of coverage.

If the vehicle is insured for an agreed value, the amount of coverage will be the greater of the agreed value or the market value. However, if your vehicle is a new vehicle and is stolen and not recovered or totally destroyed within one year of the date of purchase, we will pay the greater of:
• the agreed value of your vehicle when the vehicle was first added to your policy;
• the purchase price of your vehicle;
• the cost to replace your vehicle with:
  • a vehicle of the same model year, make, model, and body style with similar factory-installed options; or
  • a new vehicle of the most current model year, same make, and same model and body style with similar factory-installed options, if available.
However, we do not cover acquisition costs except sales tax.

Any payment made under Lease gap coverage is in addition to the amount of coverage for that vehicle.

"New vehicle" means a newly manufactured vehicle that has not been previously owned, titled, or registered.

A vehicle is considered stolen when the entire vehicle is stolen and not recovered within 30 days.

A vehicle is considered totally destroyed when the salvage value (determined by us) plus the cost (labor and parts of like kind and quality without deduction for depreciation) necessary to repair the vehicle is equal to or greater than the market value of the vehicle.

**Partial loss.** If the vehicle is partially damaged, we will pay the amount required to repair or replace, whichever is less, the damaged part(s) without deduction for depreciation, up to the amount of coverage for each occurrence with labor and parts of like kind and quality. We will use original equipment manufacturer parts, except for window glass replacement, for repairs arising out of a covered loss to your vehicle, unless the parts are no longer manufactured or no longer available.

### Recovered vehicles
When we pay for a total loss, we may keep all or part of the damaged vehicle.

If a stolen vehicle is recovered, we may return it to you at the garage location shown in the Coverage Summary. If we return a stolen vehicle, we will pay for any damage resulting from the theft.

---

© Chubb.2016. All rights reserved. Form no. 3600042.01
874                                                                    10/12/18 10:17:55

*Auto Preference®*
*Vehicle Physical Damage*
*Coverage*



# Auto Preference Vehicle Physical Damage Coverage

Two kinds of physical damage coverage are available for vehicles: "comprehensive and collision" and "comprehensive only." Your Coverage Summary indicates the type of coverage that applies to each vehicle. Exclusions to both coverages are described in **Exclusions**.

## Comprehensive and collision coverage

If comprehensive and collision coverage are both shown for a vehicle, a "covered loss" includes **all risk** of physical loss to that vehicle including collision unless stated otherwise or an exclusion applies.

"Collision" is any direct and accidental loss by collision with another object, or by the overturning of the vehicle.

## Comprehensive coverage only

If only comprehensive coverage is shown for a vehicle, a "covered loss" includes **all risk** of physical loss to that vehicle unless stated otherwise or an exclusion applies. There is no coverage for collision.

# Extra Coverages

In addition to covering the physical loss to your vehicles, we also provide other related coverages. These coverages are in addition to the amount of coverage for your vehicles unless stated otherwise or an exclusion applies. The deductible applies to Extra Coverages unless stated otherwise. Exclusions to these coverages are described in **Exclusions**.

If comprehensive and collision coverage both apply to any vehicle named in the Coverage Summary, they also apply to the extra coverages for permanent electronic equipment, newly acquired vehicles, vehicles purchased abroad, trailers, temporary substitute vehicles, air bags, child safety restraint system replacement, and pet injury. Otherwise, only comprehensive coverage applies.

## Lease gap coverage

If Lease gap coverage is shown in your Coverage Summary and if your covered vehicle is stolen or totally destroyed by a covered loss, we will pay any unpaid amount due on the lease in excess of its market value, including any security deposit applied to the unpaid amount due and not refunded by the lessor or any early termination charge specified in your lease. But we do not cover any unpaid amounts due to:

- overdue lease payments at the time of the loss;
- financial penalties imposed under a lease for wear and tear or high mileage;
- costs for extended warranties, Credit Life Insurance, Health, Accident or Disability insurance purchased with the lease; or
- carry-over balances from previous loans or leases.

If you surrender your vehicle to a lessor and that lessor imposes charges due to physical damage caused by a peril that would be covered under this policy for that vehicle, we will pay for these charges if you submit the claim for these charges within 30 days after the lease contract terminates.



© Chubb.2016. All rights reserved. Form no. 3600042.01   10/12/18 10:17:55

*Auto Preference®*
*Vehicle Physical Damage*
*Coverage*

---

## Extra Coverages
(continued)

### Permanent electronic equipment
In the event of a covered loss, we cover:
- sound or visual image reproducing, receiving, and transmitting equipment;
- data processing equipment;
- global positioning systems;
- scanning monitors, radar and laser detectors;
- car phones;
- garage door openers; or
- any other similar equipment, including their accessories and antennas,
  that is permanently installed or removable from a housing unit permanently installed in a vehicle.

This equipment must be:
- designed to be solely operated by use of the power from the vehicle's electrical system; and
- in or on the vehicle at the time of a covered loss.

These payments do not increase the amount of coverage for your vehicle.

### Newly acquired vehicles
We cover any vehicle you acquire during the policy period that is:
- a private passenger vehicle; or
- a pickup truck, panel truck, utility vehicle or van with a gross vehicle weight of 25,000 pounds or less that is not used for delivery or transportation of goods, materials, or supplies, other than samples, unless:
  - the delivery of the goods, materials, or supplies is not the primary use for which the vehicle is employed; or
  - the vehicle is used for farming or ranching.

A vehicle that replaces a vehicle shown in the Coverage Summary will have the same coverage as the vehicle it replaces. Coverage is provided on the date you become the owner. You must notify us of a replacement vehicle only if you wish to:
- add coverage for physical damage to the vehicle; or
- continue existing coverage for physical damage beyond 30 days after you become the owner.

A vehicle that is in addition to a vehicle shown in the Coverage Summary, will have the broadest coverage we currently provide for any vehicle shown in the Coverage Summary. Coverage begins on the date you become the owner. For coverage to apply to the additional vehicle, you must request coverage for it within 30 days after you become the owner and pay the additional premium from the date acquired. If you ask us to insure the additional vehicle after the 30 day period has elapsed, any coverage we provide for the additional vehicle will begin at the time you request the coverage.

© Chubb.2016. All rights reserved. Form no. 3600042.01
10/12/18 10:17:55

*Auto Preference®*
*Vehicle Physical Damage*
*Coverage*

CHUBB

## *Extra Coverages*
(continued)

### Vehicles purchased abroad
We cover any vehicle you purchase outside of the United States or Canada up to its market value. But you must request coverage for the new vehicle within 30 days after you acquire it, and pay the additional premium from the date acquired. We reserve the right not to insure the newly acquired vehicle after the 30th day.

The same conditions stated under Newly acquired vehicles apply to Vehicles purchased abroad.

### Trailers
We provide $3,000 of coverage for any camper body or trailer you own. For a covered loss to a trailer, we will pay the amount required to repair or replace it, up to its cost new or $3,000, whichever is less. Our payment is subject to a $250 deductible.

If you acquire a camper body or trailer worth more than $3,000 during the policy period, we cover it up to its cost new. But you must request coverage for the camper body or trailer within 30 days after you acquire it, and pay the additional premium from the date acquired.

### Temporary substitute vehicles
If any vehicle with Auto Preference Vehicle Physical Damage Coverage is out of normal use because of its breakdown, repair, servicing, loss, or destruction, we cover any vehicle or trailer you do not own while being used as a temporary substitute for that vehicle. But we do not cover temporary substitute vehicles being used for any purpose other than replacing that vehicle while it is out of normal use.

### Towing
If your vehicle is disabled by a covered comprehensive or collision loss, we cover the fair cost of towing and any labor performed at the place of disablement. There is no deductible for this coverage.

### Road service coverage
If Road service coverage is shown in your Coverage Summary for a vehicle and that vehicle is disabled for any reason, we will pay the reasonable costs for towing, up to a distance of 200 miles from the place of disablement, fuel and fluids, battery recharge, flat tire repair, winch retrieval service, and associated labor costs incurred at the place of disablement. There is no deductible for this coverage.

### Loss of use
If your vehicle cannot be used because of a covered loss, we cover the following reasonable additional expenses you incur as a result of the covered loss, up to a maximum of $15,000:
• transportation expenses;
• meals, lodging and phone expenses if you are more than 50 miles from your closest residence.
There is no deductible for this coverage.

### Window glass coverage
We provide coverage for window glass replacement in the event of a covered loss. No deductible applies if the window glass is repaired rather than replaced.



© Chubb.2016. All rights reserved. Form no. 3600042.01
10/12/18 10:17:55
877

*Auto Preference®*
*Vehicle Physical Damage*
*Coverage*

---

## Extra Coverages
(continued)

### Full window glass coverage
If Full window glass coverage is shown in your Coverage Summary, we provide window glass replacement in the event of a covered loss to a covered vehicle. There is no deductible for this coverage.

### Air bags
In addition to providing coverage for covered losses to air bags (theft, deployment due to collision), we also cover the full cost to repair or replace the air bags that accidentally deploy in a vehicle. There is no deductible for this coverage.

### Lock replacement
If the keys or remote unlocking devices to your vehicle are lost or stolen, we will pay the costs to re-key or replace the locks with like kind and quality, and to replace the keys or remote unlocking devices. We also pay for the necessary labor costs to retrieve keys or remote unlocking devices that are accidentally locked in the vehicle. There is no deductible for this coverage.

### Child safety restraint system replacement
If there is a covered loss to your vehicle, except a loss to window glass, we cover the cost to replace a vehicle child safety restraint system used in that vehicle. There is no deductible for this coverage.

"Child safety restraint system" means any device such as an infant carrier, infant or toddler seat, a convertible safety seat, or booster seat located in your vehicle at the time of a covered loss which is designed to restrain, seat, or position a child in a vehicle.

### Pet injury coverage
If one or more of your domestic pets, which is not primarily owned or kept for business use, is injured or dies as a result of a covered loss to your vehicle or trailer, we will pay for the necessary, reasonable expenses you incur to treat, euthanize, cremate, bury, and replace these pets, up to $2,000 for any one occurrence regardless of the number of pets involved in the occurrence. There is no deductible for this coverage.

---

## Exclusions

These exclusions apply to your Auto Preference Vehicle Physical Damage Coverage, including the Extra Coverages, unless stated otherwise.

**Intentional acts.** We do not cover any loss arising out of any willful act, malicious act, fraudulent act, or dishonest act, or any other act, intended by you or a family member to cause damage to property, even if the loss is of a different degree or type than actually intended or expected. But we do cover such losses if the act was intended to protect people or property unless another exclusion applies.

878   © Chubb.2016. All rights reserved. Form no. 3600042.01
10/12/18 10:17:55

*Auto Preference®*
*Vehicle Physical Damage*
*Coverage*

CHUBB®

## Exclusions
(continued)

**Vehicles used for a fee.** We do not cover any loss arising out of the ownership or operation of a vehicle while it is being used:
- as a public or livery conveyance to carry people for a fee;
- as a public or livery conveyance to carry property for a fee. However, this exclusion does not apply to you or a family member unless the primary usage of the vehicle is to carry property for a fee; or
- for ride sharing in connection with a ride sharing program for a fee.

However, the above exclusions do not apply to a shared-expenses car pool.

"Ride sharing" means the use of any vehicle in connection with a ride sharing program during any time period when the driver is logged into an online-enabled ride sharing application or digital network as a driver, when the driver accepts a requested ride, is en route to pick up a passenger, or is transporting a passenger until the passenger departs the vehicle.

"Ride sharing program" means a transportation network, service, or any arrangement for a fee in which drivers and passengers arrange transportation services through an online-enabled ride sharing application or digital network.

**Vehicles rented for a fee.** We do not cover any loss arising out of the ownership or operation of a vehicle:
- while it is being used in connection with a personal vehicle sharing program for a fee and the vehicle is in the care, custody, or control of the renter; or
- you or a family member privately rents to another person for a fee, while the vehicle is being used by anyone other than you or a family member. However, this exclusion does not apply if you or any family member lends your covered vehicle to another for reimbursement of operating expenses only.

"Personal vehicle sharing program" means a network, service, or any arrangement for a fee to facilitate the sharing of private passenger motor vehicles for use by individuals other than the vehicle's registered owner.

**Racing or track usage.** We do not cover any loss arising out of the ownership, maintenance or use of any vehicle:
- during any instruction, practice, preparation for, or participation in any competitive, prearranged or organized racing, speed contest, rally, gymkhana, sports event, stunting activity, or timed event of any kind; or
- on a racetrack, test track or other similar course while the vehicle is being used to engage in high performance driving.
However, this exclusion does not apply to a rally on a public road where the legal speed limit remains in effect for the duration of the rally.

**Fungi and mold.** We do not provide coverage for the presence of mold, however caused, or any loss caused by mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these. We do cover mold damage that ensues as a result of a covered loss.



© Chubb.2016. All rights reserved. Form no. 3600042.01
10/12/18 10:17:55
879

*Auto Preference®*
*Vehicle Physical Damage*
*Coverage*

---

## Exclusions
(continued)

**Confiscation.** We do not cover a total loss caused by the confiscation, destruction, or seizure of your covered vehicle by or under the order of any government or public authority.

**Breakdown.** We do not cover any loss caused by wear and tear, freezing, mechanical or electrical breakdown, or road damage to tires, unless the loss resulted from the total theft of the vehicle.

**Diminution in value.** We do not provide coverage for diminution in value. "Diminution in value" means the actual or perceived loss in market or resale value which results from a covered loss.

**Electronic equipment.** We do not cover any loss to electronic equipment, other than as provided under the Extra Coverage, Permanent electronic equipment.

**Tapes and discs.** We do not cover any loss to:
- tapes;
- compact discs;
- computer discs;
- laser discs; or
- any other similar devices or accessories,
  for use with digital video devices or video equipment, sound reproducing, receiving or transmitting equipment, or data processing equipment.

**Vehicles seized by law enforcement.** We do not cover any loss due to or as a consequence of a seizure of a vehicle by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the Federal Controlled Substances Act if you are convicted in such case.

**Acts of war.** We do not cover any loss caused by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by a military force or personnel, any action taken in hindering or defending against any of these, the destruction or seizure of property for a military purpose, or any consequences of any of these acts regardless of any other direct or indirect cause or event, whether covered or not, contributing in any sequence to the loss. If any act that is within this exclusion involves nuclear reaction, radiation, or radioactive contamination, this Acts of war exclusion supercedes the Nuclear or radiation hazard exclusion.

**Nuclear or radiation hazard.** We do not cover any loss caused by nuclear reaction, radiation, or radioactive contamination, whether controlled or uncontrolled, or any consequence of any of these, regardless of any other direct or indirect cause or event, whether covered or not, contributing in any sequence to the loss. But we do insure ensuing covered loss due to fire resulting from a nuclear reaction unless another exclusion applies.

© Chubb.2016. All rights reserved. Form no. 3600042.01
880                                                                                    10/12/18 10:17:55

 

**Uninsured/Underinsured
Motorists Protection**

This part of your Masterpiece Policy provides you with coverage from the owner or operator of an uninsured or underinsured vehicle unless stated otherwise or an exclusion applies.

This coverage applies to a loss occurring anywhere in the United States of America, its territories or possessions, Puerto Rico or Canada, including an occurrence involving a covered vehicle while being transported between the above listed locations.

## Payment for a Loss

### Amount of coverage
The amount of coverage for uninsured/underinsured motorists protection is shown in the Coverage Summary. We will not pay more than this amount for covered damages from any one occurrence, regardless of the number of vehicles shown in the Coverage Summary, or how many claims, vehicles, or people are involved in the occurrence.

### Deductible
A deductible listed in the Coverage Summary applies to each uninsured/underinsured motorists property damage protection occurrence.

### Duplication of benefits
We will not duplicate any payments already made under any workers' compensation, disability benefits or similar law. And we will deduct from our payments under this coverage any payment the covered person is entitled to recover under any applicable bodily injury liability bonds or policies, including this policy or under any workers' compensation, disability benefits or similar law. And we will deduct our payments under this coverage from any payment the covered person is entitled to recover under this policy. No one will be entitled to recover duplicate payments for the same elements of loss.

## Uninsured/Underinsured Motorists Protection

We will pay to a covered person damages for bodily injury that the person is legally entitled to receive from the owner or operator of an uninsured or underinsured motorized land vehicle. We have the burden of proof whether a vehicle is uninsured. We will also pay damages for property damage that a covered person is legally entitled to receive from the owner or operator of an uninsured motorized land vehicle. We cover both of these damages from a motor vehicle accident, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions.**

**Other insurance.** For any property damage to which physical damage coverage of this policy (or similar coverage from another policy) and this coverage both apply, you may choose the coverage from which damages will be paid. You may recover under both coverages, but only if:
- neither one by itself is sufficient to cover the loss;
- you pay the higher deductible amount (but you do not have to pay both deductibles); and
- you will not recover more than the actual damages.

In lieu of the definition for "you" in the Introduction, the following definition of "you" applies: "You" means the person named in the Coverage Summary, and a spouse who lives with that person or who no longer lives with that person during a period of separation in contemplation of divorce.



*Uninsured/Underinsured*
*Motorists Protection*

## *Uninsured/Underinsured Motorists Protection*
(continued)

A "covered person" means:
- you or a family member;
- any person in your covered vehicle;
- any person who is legally entitled to recover damages because of covered bodily injury sustained by you or a family member or any person in your covered vehicle; or
- any combination of the above.

A "covered vehicle" means:
- any vehicle named in the Coverage Summary;
- any motor vehicle you acquire or purchase, including outside the United States or Canada, during the policy period that is:
  - a private passenger vehicle; or
  - a pickup truck, panel truck, utility vehicle or van with a gross vehicle weight of 25,000 pounds or less that is not used for delivery or transportation of goods, materials, or supplies, other than samples, unless:
    - the delivery of the goods, materials, or supplies is not the primary use for which the vehicle is employed; or
    - the vehicle is used for farming or ranching;
- any trailer you own; or
- any motor vehicle you do not own while being used as a temporary substitute for another covered vehicle that is out of normal use because of its breakdown, repair, servicing, loss, or destruction.

A vehicle that replaces a vehicle shown in the Coverage Summary will have the same coverage as the vehicle it replaces. Coverage is provided on the date you become the owner without having to notify us to insure it.

A vehicle that is in addition to a vehicle shown in the Coverage Summary, will have the broadest coverage we currently provide for any vehicle shown in the Coverage Summary. Coverage begins on the date you become the owner. For coverage to apply to the additional vehicle, you must request coverage for it within 30 days after you become the owner and pay the additional premium from the date acquired. If you ask us to insure the additional vehicle after the 30 day period has elapsed, any coverage we provide for the additional vehicle will begin at the time you request the coverage.

If the additional vehicle is a collector vehicle that you acquire or purchase, including outside the United States or Canada, during the policy period, the additional collector vehicle will have the broadest coverage we currently provide for any collector vehicle shown in the Coverage Summary. Coverage begins on the date you become the owner, but you must request coverage for it within 90 days after you become the owner and pay the additional premium from the date acquired. We reserve the right not to insure the newly acquired or purchased collector vehicle if you do not ask us within the 90 day period.

"Collector vehicle" means any vehicle shown as a collector vehicle in the Coverage Summary that is maintained primarily for use in car club activities, exhibitions, parades, functions of public interest or for a private collection, and is used infrequently for other purposes.

"Damages" means the sum that is paid or is payable to satisfy a claim settled by us or resolved by judicial procedure or by a compromise we agree to in writing.

© Chubb.2016. All rights reserved. Form no. 3800042.01

*Uninsured/Underinsured Motorists Protection*



CHUBB®

## *Uninsured/Underinsured Motorists Protection*
(continued)

"Uninsured vehicle" means a motorized land vehicle or trailer that:
- has no bodily injury and property damage liability policy or bond applying at the time of the accident;
- has a bodily injury and property damage liability policy or bond with an insurance or bonding company that denies coverage or becomes insolvent; or
- is a hit-and-run motor vehicle whose owner or operator cannot be identified and that hit you, a family member, a motor vehicle occupied by you or a family member, or a covered vehicle.

"Underinsured vehicle" means a motorized land vehicle that:
- has a bodily injury and property damage liability bond or policy applying at the time of the accident, but its limit of liability, is not enough to pay the full amount the covered person is legally entitled to recover as damages; or
- has a bodily injury and property damage liability bond or policy applying at the time of the accident, but its limit of liability has been reduced by payment of claims to an amount which is not enough to pay the full amount the covered person is legally entitled to recover as damages.

However, "uninsured vehicle" and "underinsured vehicle" do **not** include any vehicle or equipment that is:
- owned by, furnished to, or available for the regular use of you or a family member;
- owned or operated by a self-insurer under any applicable motor vehicle law;
- owned by a governmental unit or agency unless the operator of the vehicle is uninsured, and there is no statute imposing liability for damage because of bodily injury or property damage on the governmental unit or agency for an amount not less than the amount of coverage shown in the Coverage Summary;
- operated on rails or crawler treads;
- a farm type tractor, or equipment designed mainly for use off public roads, and is off public roads at the time of the accident; or
- being used as a residence or premises.

"Bodily injury" means physical bodily harm, including sickness or disease that results from it, and required care, loss of service and resulting death.

"Property damage" means damage to or destruction of a covered vehicle.

### Uninsured/underinsured motorists protection arbitration
If we and a covered person disagree whether that person is legally entitled to recover damages from the owner or operator of an uninsured or underinsured motor vehicle, or do not agree as to the amount of damages, either party may make a written demand for arbitration. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that the arbitration be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs, and bear the expenses of the third arbitrator equally.



© Chubb.2016. All rights reserved. Form no. 3800042.01          10/12/18 10:17:55

*Uninsured/Underinsured*
*Motorists Protection*

## *Uninsured/Underinsured Motorists Protection*
(continued)

Unless both parties agree otherwise, arbitration will take place in the county and state in which the covered person lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two arbitrators will be binding as to whether the covered person is legally entitled to recover damages and the amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which your covered auto is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. The demand must be made within 60 days of the arbitrator's decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

## *Exclusions*

These exclusions apply to your Uninsured/Underinsured Motorists Protection unless stated otherwise.

**Your other motor vehicles.** We do not cover any person for bodily injury sustained while occupying, or when struck by, a vehicle or trailer owned by or provided for the regular use of you or a family member that is not a covered vehicle.

**Claims settled without our consent.** We do not cover any claim settled with a third party without our written consent. Nor do we cover any judgement for a suit brought without our written consent.

**Vehicles used for a fee.** We do not cover any person for injury sustained while occupying a covered vehicle or any vehicle operated by you, while it is being used:
- as a public or livery conveyance to carry people for a fee;
- as a public or livery conveyance to carry property for a fee. However, this exclusion does not apply to you or a family member unless the primary usage of the vehicle is to carry property for a fee; or
- for ride sharing in connection with a ride sharing program for a fee.

However, the above exclusions do not apply to a shared-expenses car pool, unless another exclusion applies.

"Ride sharing" means the use of any vehicle in connection with a ride sharing program during any time period when the driver is logged into an online-enabled ride sharing application or digital network as a driver, when the driver accepts a requested ride, is en route to pick up a passenger, or is transporting a passenger until the passenger departs the vehicle.

"Ride sharing program" means a transportation network, service, or any arrangement for a fee in which drivers and passengers arrange transportation services through an online-enabled ride sharing application or digital network.

**Vehicles rented for a fee.** We do not cover any person for bodily injury sustained while occupying or when struck by a covered vehicle while the vehicle is rented or leased to another. However, this exclusion does not apply if you or any family member lends your covered vehicle to another for reimbursement of operating expenses only.

© Chubb.2016. All rights reserved. Form no. 3800042.01
**Texas** Uninsured/Underinsured Motorists Protection                    *Page P-4*

10/12/18 10:17:55

**Uninsured/Underinsured
Motorists Protection**



## *Exclusions*
(continued)

**Intentional acts.** We do not cover any damages arising out of any willful act, malicious act, fraudulent act, or dishonest act, or any other act, intended by any covered person to cause bodily injury or property damage, even if the injury or damage is of a different degree or type than actually intended or expected. But we do cover such damages if the act was intended to protect people or property unless another exclusion applies.

**Nonpermissive use.** We do not cover any person for injury sustained while using a motor vehicle without permission from you or a family member.

**Workers' compensation or disability.** We do not cover any damages that directly or indirectly benefit an insurer or self-insurer under a workers' compensation, unemployment compensation, disability benefits, or similar law.



© Chubb.2016. All rights reserved. Form no. 3800042.01    10/12/18 10:17:55

886



***Masterpiece.®***

*Auto Preference®*
*Vehicle Liability*
*Coverage*

CHUBB®

This part of your Masterpiece Policy provides you with vehicle liability coverage for your vehicles garaged in Texas from a vehicle accident unless stated otherwise or an exclusion applies.

This coverage applies to a loss occurring anywhere in the United States of America, its territories or possessions, Puerto Rico or Canada, including an occurrence involving a covered vehicle while being transported between the above listed locations.

## Payment for a Loss

### Amount of coverage
The amount of coverage for liability is shown in the Coverage Summary. We will not pay more than that amount for covered damages from any one occurrence, regardless of how many claims, vehicles, or people are involved in the occurrence.

Any costs we pay for legal expenses (see **Defense coverages**) are in addition to the amount of coverage.

## Auto Preference Vehicle Liability Coverage

We cover damages a covered person is legally obligated to pay for bodily injury or property damage arising from the ownership, maintenance, or use of a motor vehicle which take place anytime during the policy period and are caused by an occurrence unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

In lieu of the definition for "you" in the Introduction, the following definition of "you" applies: "You" means the person named in the Coverage Summary, and a spouse who lives with that person or who no longer lives with that person during a period of separation in contemplation of divorce.

A "covered person" means:
- you or a family member;
- any person using your covered vehicle with permission from you or a family member;
- any person or organization with respect to their legal responsibility for acts or omissions of a covered driver; or
- any combination of the above.

A "covered vehicle" means:
- any vehicle named in the Coverage Summary;
- any motor vehicle you acquire or purchase, including outside the United States or Canada, during the policy period that is:
  - a private passenger vehicle; or
  - a pickup truck, panel truck, utility vehicle or van with a gross vehicle weight of 25,000 pounds or less that is not used for delivery or transportation of goods, materials, or supplies, other than samples, unless:
    - the delivery of the goods, materials, or supplies is not the primary use for which the vehicle is employed; or
    - the vehicle is used for farming or ranching;
- any trailer you own;



© Chubb.2016. All rights reserved. Form no. 4800042.01
10/12/18 10:17:55

*Auto Preference®*
*Vehicle Liability*
*Coverage*

---

## Auto Preference Vehicle Liability Coverage
(continued)

- any motor vehicle you do not own while being used as a temporary substitute for another covered vehicle that is out of normal use because of its breakdown, repair, servicing, loss, or destruction; or
- any motor vehicle or trailer not owned by you or a family member when used with the owner's permission, provided it is not furnished or available for your or a family member's regular use.

A vehicle that replaces a vehicle shown in the Coverage Summary will have the same coverage as the vehicle it replaces. Coverage is provided on the date you become the owner without having to notify us to insure it.

A vehicle that is in addition to a vehicle shown in the Coverage Summary, will have the broadest coverage we currently provide for any vehicle shown in the Coverage Summary. Coverage begins on the date you become the owner. For coverage to apply to the additional vehicle, you must request coverage for it within 30 days after you become the owner and pay the additional premium from the date acquired. If you ask us to insure the additional vehicle after the 30 day period has elapsed, any coverage we provide for the additional vehicle will begin at the time you request the coverage.

If the additional vehicle is a collector vehicle that you acquire or purchase, including outside the United States or Canada, during the policy period, the additional collector vehicle will have the broadest coverage we currently provide for any collector vehicle shown in the Coverage Summary. Coverage begins on the date you become the owner, but you must request coverage for it within 90 days after you become the owner and pay the additional premium from the date acquired. We reserve the right not to insure the newly acquired or purchased collector vehicle if you do not ask us within the 90 day period.

"Collector vehicle" means any vehicle shown as a collector vehicle in the Coverage Summary that is maintained primarily for use in car club activities, exhibitions, parades, functions of public interest or for a private collection, and is used infrequently for other purposes.

"Bodily injury" means physical bodily harm, including sickness or disease that results from it, and required care, loss of service and resulting death.

"Property damage" means physical injury to or destruction of tangible property and the resulting loss of its use.

"Damages" means the sum that is paid or is payable to satisfy a claim settled by us or resolved by judicial procedure or by a compromise we agree to in writing.

## Defense coverages
We will defend a covered person against any suit seeking covered damages for bodily injury or property damage. We provide this defense at our own expense, with counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate, negotiate, and settle any such claim or suit at our discretion.

As part of our investigation, defense, negotiation, or settlement we will pay:
- all premiums on appeal bonds required in any suit we defend;
- all premiums on bonds to release attachments for any amount up to the amount of coverage (but we are not obligated to apply for or furnish any bond);

---

© Chubb.2016. All rights reserved. Form no. 4800042.01
888                                                                    10/12/18 10:17:55

*Auto Preference®*
*Vehicle Liability*
*Coverage*



---

## *Auto Preference Vehicle Liability Coverage*
(continued)

- all expenses incurred by us;
- all costs taxed against a covered person;
- all interest accruing after a judgement is entered in a suit we defend on only that part of the judgement we are responsible for paying. We will not pay interest accruing after we have paid the judgement up to the amount of coverage;
- all prejudgement interest awarded against a covered person on that part of the judgement we pay or offer to pay. We will not pay any prejudgement interest based on that period of time after we make an offer to pay the amount of coverage;
- all earnings lost by each covered person at our request, up to $50,000;
- other reasonable expenses incurred by a covered person at our request; and
- the cost of bail bonds required of a covered person because of a covered loss.

In jurisdictions where we may be prevented by local law from carrying out these Defense Coverages, we will pay only those defense expenses that we agree in writing to pay and that are incurred by you.

---

## *Extra Coverages*

In addition to covering damages and defense costs, we also provide other related coverages. These coverages are in addition to the amount of coverage for damages and defense costs unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions.**

### Medical payments
We will pay the necessary medical expenses, up to a total of $10,000 for each person, for medical expenses incurred or medically ascertained within three years of an accident. We provide these expenses for an occurrence occurring anywhere in the world. But the expenses must be for bodily injury to:
- any person while occupying a covered vehicle, or any other vehicle operated by you or a family member;
- you or a family member while occupying or struck by a motor vehicle or trailer.

We will pay medical expenses directly to a physician or to the health care provider if we receive a written assignment signed by the person to whom such benefits are payable.

"Medical expenses" includes reasonable charges for first aid, medical, funeral, surgical, x-ray, dental, ambulance, hospital, rehabilitation, professional nursing services, and prosthetic devices.

However, we do not cover any person for medical expenses for bodily injury sustained while occupying any motor vehicle having less than four wheels unless the vehicle is shown in the Coverage Summary or coverage is provided under the Extra Coverage, Rental vehicle coverage.

The exclusions of Vehicles used for a fee and Vehicles rented for a fee in this policy do not apply to medical expenses as provided under this coverage to you or a family member while occupying or struck by a motor vehicle or trailer.

---



© Chubb.2016. All rights reserved. Form no. 4800042.01
10/12/18 10:17:55

*Auto Preference®*
*Vehicle Liability*
*Coverage*

---

## Extra Coverages
(continued)

### Rental vehicle coverage
We cover, as a covered vehicle any:
- motor vehicle you or a family member rent for up to 90 days; or
- motor vehicle with less than four wheels you or a family member rent for up to 30 days, anywhere in the world when used with the owner's permission. We cover damages a covered person is legally obligated to pay to the rental company for bodily injury or property damage arising from the maintenance or use of this rented motor vehicle which takes place anytime during the policy period and are caused by an occurrence unless stated otherwise or an exclusion applies. These payments do not increase the amount of liability coverage.

However, we will not pay for any loss to your covered vehicle that is seized by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substance Act if you are convicted in such case.

### Worldwide coverage
If the limit of liability shown in the Coverage Summary is $1 million or more, this coverage applies to a loss occurring anywhere in the world unless stated otherwise or an exclusion applies. These payments do not increase the amount of liability coverage.

This Extra Coverage is not provided when you have coverage provided by an excess or umbrella policy issued to you by us.

### Out-of-state coverage
Under the following circumstances, we provide coverage for a motor vehicle accident that occurs in a state, province, United States territory or possession, or Puerto Rico other than one where your covered vehicle is principally garaged. These provisions do not entitle anyone to duplicate payments.

**Higher limits.** If the state, province, United States territory or possession, or Puerto Rico has a financial responsibility or similar law specifying limits of liability for bodily injury or property damage higher than the amount of coverage shown in the Coverage Summary, we will provide the specified higher limit.

**Compulsory insurance.** If the state, province, United States territory or possession, or Puerto Rico has a compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a motor vehicle in any of the above listed locations, we will provide the required minimum amounts and types of coverage.

### Financial responsibility
If we certify this policy as proof of financial responsibility under any financial responsibility law, this policy will comply with the provisions of the law to the extent of the coverage required. This provision does not entitle anyone to duplicate payments.

---

© Chubb.2016. All rights reserved. Form no. 4800042.01
10/12/18 10:17:55

*Auto Preference®*
*Vehicle Liability*
*Coverage*

CHUBB®

---

## Exclusions

These exclusions apply to your Auto Preference Vehicle Liability Coverage, including the Extra Coverages, unless stated otherwise.

**Intentional acts.** We do not cover any damages arising out of any willful act, malicious act, fraudulent act, or dishonest act, or any other act, intended by any covered person to cause bodily injury or property damage, even if the injury or damage is of a different degree or type than actually intended or expected. But we do cover such damages if the act was intended to protect people or property unless another exclusion applies.

**Nonpermissive use.** We do not cover any person who uses a covered vehicle without permission from you or a family member.

**Owned property.** We do not cover any person for damage to property owned or being transported by that person.

**Other property.** We do not cover any person for damage to property rented to, used by, or in the care of that person. This exclusion does not apply to a residence or private garage; or to private passenger cars, vans, pickup trucks, motorhomes, or trailers not owned by, furnished to, or available for the regular use of you or a family member.

However, if you are convicted in a case brought against you under the Texas Controlled Substances Act or the federal Controlled Substances Act, we will not pay for any loss to your covered vehicle that is not owned by, furnished to, or available for your the regular use, that is seized by federal or state law enforcement officers as evidence in such case.

**Workers' compensation or disability.** We do not cover any damages a covered person is legally obligated to provide under any workers' compensation, disability benefits, unemployment compensation or similar laws. But we do provide coverage for damages a covered person is legally obligated to pay for bodily injury to a domestic employee of a residence shown in the Coverage Summary which are not compensable or required to be compensable under workers' compensation, unless another exclusion applies.

**Vehicles used for a fee.** We do not cover any person for damages arising out of the ownership, maintenance, or use of a vehicle while it is being used:
• as a public or livery conveyance to carry people for a fee;
• as a public or livery conveyance to carry property for a fee. However, this exclusion does not apply to you or a family member unless the primary usage of the vehicle is to carry property for a fee; or
• for ride sharing in connection with a ride sharing program for a fee.

However, the above exclusions do not apply to a shared-expenses car pool, unless another exclusion applies.

"Ride sharing" means the use of any vehicle in connection with a ride sharing program during any time period the driver is logged into an online-enabled ride sharing application or digital network as a driver, when the driver accepts a requested ride, is en route to pick up a passenger, or is transporting a passenger until the passenger departs the vehicle.

---



© Chubb.2016. All rights reserved. Form no. 4800042.01
10/12/18 10:17:55

*Auto Preference*®
*Vehicle Liability*
*Coverage*

---

## Exclusions
(continued)

"Ride sharing program" means a transportation network, service, or any arrangement for a fee in which drivers and passengers arrange transportation services through an online-enabled ride sharing application or digital network.

**Vehicles rented for a fee.** We do not cover any person for damages arising out of the ownership, maintenance, or use of a covered vehicle:
- while it is being used in connection with a personal vehicle sharing program for a fee and the vehicle is in the care, custody, or control of the renter; or
- you or a family member privately rents to another person for a fee, while the vehicle is being used by anyone other than you or a family member. However, this exclusion does not apply if you or any family member lends your covered vehicle to another for reimbursement of operating expenses only.

"Personal vehicle sharing program" means a network, service, or any arrangement for a fee to facilitate the sharing of private passenger motor vehicles for use by individuals other than the vehicle's registered owner.

**Racing or track usage.** We do not cover any person for damages arising out of the ownership, maintenance or use of any vehicle:
- during any instruction, practice, preparation for, or participation in any competitive, prearranged or organized racing, speed contest, rally, gymkhana, sports event, stunting activity, or timed event of any kind; or
- on a racetrack, test track or other similar course while the vehicle is being used to engage in high performance driving.
However, this exclusion does not apply to a rally on a public road where the legal speed limit remains in effect for the duration of the rally.

**Vehicle-related jobs.** We do not cover any person while employed or otherwise engaged in the business of selling, repairing, servicing, storing, parking, testing, or delivering vehicles. This exclusion does not apply to the ownership, maintenance or use of:
- any vehicle shown in the Coverage Summary;
- any motor vehicle you acquire or purchase including outside the United States or Canada during the policy period that is:
  - a private passenger vehicle; or
  - a pickup truck, panel truck, utility vehicle or van with a gross vehicle weight of 25,000 pounds or less that is not used for the delivery or transportation of goods, materials, or supplies, other than samples, unless:
    - the delivery of the goods, materials, or supplies is not the primary use for which the vehicle is employed; or
    - is used for farming or ranching,
    by you, a family member or any employee of you or a family member.

**Business use.** We do not cover any person maintaining or using any vehicle while employed or otherwise engaged in any business or occupation. However, this exclusion does not apply to you or a family member for damages arising out of the maintenance or use of a covered vehicle, or to any person covered for vehicle-related jobs as described in the exclusion for Vehicle-related jobs, with respect to that job, unless another exclusion applies.

---

© Chubb.2016. All rights reserved. Form no. 4800042.01

892                                                        10/12/18 10:17:55

*Auto Preference®*
*Vehicle Liability*
*Coverage*

CHUBB°

## Exclusions
(continued)

**Collector vehicle usage.** We do not cover any person for damages arising out of the ownership, maintenance, or use of a collector vehicle while it is being used for purposes other than as defined in the definition of "collector vehicle".

**Noninsured motor vehicles with less than four wheels.** We do not cover any person for damages arising out of the ownership, maintenance, or use of any motor vehicle with less than four wheels:
• owned by you or a family member; or
• furnished to, made available or rented to you or a family member for longer than 30 days, unless that vehicle is shown in the Coverage Summary.

**Other vehicles.** We do not cover any person for damages arising out of the ownership, maintenance, or use of any vehicle (except your covered vehicles) which is owned by, furnished to, or available for the regular use of you or a family member. However, this exclusion does not apply to you for motor vehicles owned by, furnished to, or available for the regular use of a family member.

**Fungi and mold.** We do not cover any actual or alleged damages arising out of mold, the fear of mold, or any consequences resulting from mold or the fear of mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these. We do cover mold damage that ensues as a result of a covered loss.

**Acts of war.** We do not cover any damages caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Nuclear or radiation hazard.** We do not cover any damages caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused.



© Chubb.2016. All rights reserved. Form no. 4800042.01     10/12/18 10:17:55



**Personal Injury
Protection Coverage**



This part of your Masterpiece Policy provides you with personal injury protection.

This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, Puerto Rico or Canada.

## Definitions

In lieu of the definition for "you" in the Introduction, the following definition of "you" applies: "You" means:
- the person named in the Coverage Summary; and
- a spouse who lives with that person or who no longer lives with that person during a period of separation in contemplation of divorce.

A "covered person" means:
- you or any family member who sustains bodily injury;
  - while occupying; or
  - when struck by;
  any vehicle designed for use mainly on public roads or trailer of any type; or
- any other person who sustains bodily injury while occupying your covered vehicle with your permission.

A "covered vehicle" means:
- any vehicle named in the Coverage Summary;
- any motor vehicle you acquire or purchase, including outside the United States or Canada, during the policy period that is:
  - a private passenger vehicle; or
  - a pickup truck, panel truck, utility vehicle or van with a gross vehicle weight of 25,000 pounds or less that is not used for delivery or transportation of goods, materials, or supplies, other than samples, unless:
    - the delivery of the goods, materials, or supplies is not the primary use for which the vehicle is employed; or
    - the vehicle is used for farming or ranching;
- any trailer you own;
- any motor vehicle you do not own while being used as a temporary substitute for another covered vehicle that is out of normal use because of its breakdown, repair, servicing, loss, or destruction; or
- any motor vehicle or trailer not owned by you or a family member when used with the owner's permission, provided it is not furnished or available for your or a family member's regular use.

A vehicle that replaces a vehicle shown in the Coverage Summary will have the same coverage as the vehicle it replaces. Coverage is provided on the date you become the owner without having to notify us to insure it.

A vehicle that is in addition to a vehicle shown in the Coverage Summary, will have the broadest coverage we currently provide for any vehicle shown in the Coverage Summary. Coverage begins on the date you become the owner. For coverage to apply to the additional vehicle, you must request coverage for it within 30 days after you become the owner and pay the additional premium from the date acquired. If you ask us to insure the additional vehicle after the 30 day period has elapsed, any coverage we provide for the additional vehicle will begin at the time you request the coverage.

"Occupying" means in, upon, getting in, on, out or off.


© Chubb.2016. All rights reserved. Form no. 5000042.01     10/12/18 10:17:55

*Personal Injury*
*Protection Coverage*

## *Personal Injury Protection Coverage*

"Ride sharing" means the use of any vehicle in connection with a ride sharing program during any time period when the driver is logged into an online-enabled ride sharing application or digital network as a driver, when the driver accepts a requested ride, is en route to pick up a passenger, or is transporting a passenger until the passenger departs the vehicle.

"Ride sharing program" means a transportation network, service, or any arrangement for a fee in which drivers and passengers arrange transportation services through an online-enabled ride sharing application or digital network.

We will pay personal injury protection benefits for bodily injury:
• resulting from a motor vehicle accident; and
• sustained by a covered person.

Our payment will only be for losses or expenses incurred within three years from the date of the accident.

The amount of coverage shown in the Coverage Summary for Personal Injury Protection Coverage is the most we will pay for each covered person injured in any one motor vehicle accident, regardless of the number of:
• covered persons;
• claims made;
• covered vehicles shown in the Coverage Summary; or
• vehicles involved in the accident.

Subject to the limits shown in the Coverage Summary, Personal Injury Protection Coverage consists of the following:

**Medical and funeral expenses.** Reasonable expenses incurred for necessary medical and funeral services.

**Income loss.** Eighty percent of a covered person's loss of income from employment. These benefits apply only if, at the time of the accident, the covered person:
• was an income producer; and
• was in an occupational status.
These benefits do not apply to any loss after the covered person dies.

"Loss of income" means the difference between:
• income which would have been earned had the covered person not been injured; and
• the amount of income actually received from employment during the disability.
If the income being earned as of the date of the accident is a salary or a fixed remuneration, it will be used in determining the amount of income which would have been earned. Otherwise, the average monthly income earned during the period (not more than 12 months) preceding the accident will be used.

**Essential services.** All reasonable expenses incurred for obtaining services. These services must replace those a covered person would normally have performed:
• without pay;
• during a period of disability; and
• for the care and maintenance of the family or household.

© Chubb.2016. All rights reserved. Form no. 5000042.01

*Personal Injury*
*Protection Coverage*



## *Personal Injury Protection Coverage*
(continued)

These benefits apply only if, at the time of the accident, the covered person:
- was not an income producer; and
- was not in an occupational status.
These benefits do not apply to any loss after the covered person dies.

## *Exclusions*

These exclusions apply to your Personal Injury Protection Coverage unless stated otherwise.

We do not provide Personal Injury Protection Coverage for any person for bodily injury sustained:
- in an accident caused intentionally by that person;
- by that person while in the commission of a felony;
- by that person while attempting to elude arrest by a law enforcement official;
- while occupying, or when struck by, any motor vehicle (other than your covered vehicle) which is owned by you; or
- by a family member while occupying, or when struck by any motor vehicle (other than your covered vehicle) which is owned by a family member while it is being used by a covered person, who is logged in as a driver, to a Ride sharing program.

## *Conditions*

The following conditions applicable to Personal Injury Protection Coverage are in addition to the General Conditions and Special Conditions described under Policy Terms.

### Other Insurance
If there is other personal injury protection insurance, we will pay only our share. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a motor vehicle you do not own will be excess over any other collectible personal injury protection insurance.

### Loss Payment
Benefits are payable:
- not more frequently than every two weeks; and
- within 30 days after satisfactory proof of claim is received.

### Transfer of rights
The Transfer of rights condition in Policy Terms, General Conditions, does not apply to this coverage.

### Assignment of Benefits
We will pay medical expenses directly to a physician or to the health care provider if we receive a written assignment signed by the person to whom such benefits are payable.



© Chubb.2016. All rights reserved. Form no. 5000042.01    10/12/18 10:17:55

*Masterpiece*®

*Policy Information Notice*

CHUBB®

You have certain rights to review and correct or amend information in your file with the producer or the insurer. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

Chubb Personal Risk Services
Attention: Chubb Customer Service Center
PO Box 1600
Whitehouse Station, NJ 08889-1600

Please include your policy number, policy period and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance:

**1-800-252-4670**

Usted tiene ciertos derechos de revisary corregir información que es mantenida por el agente de seguros o el asegurador. Si usted desea saber más sobre esto y como información puede ser divulgada sin su autorización previa, por favor escriba a:

Chubb Personal Risk Services
Atención: Chubb Customer Service Center
PO Box 1600
Whitehouse Station, NJ 08889-1600

Por favor incluya el número de su póliza de seguros, el periodo de vigencia de su póliza y el nombre y la dirección de su agenteo corridor de seguros.

Si usted necesitia reportar una reclamación y no se puede comunicar con su agente de serguros, corredor de serguros o con la Oficina local de Chubb, usted también puede llamar a siguiente teléfono para obtener asistencia:

**1-800-252-4670**

**EXHIBIT**

**B**

# *Masterpiece*®

# CHUBB®

| | |
|---|---|
| **Name and address of Insured:** | **Policy no:** 14478664-02 |
| | **Effective date:** 1/22/19 |
| GEORGE DODD | **Issued by:** Federal Insurance Company |
| 3711 SAN FELIPE #2H | a stock insurance company |
| HOUSTON, TX 77017 | incorporated in Indiana |
| | **Policy period:** 1/22/19 to 1/22/20 |

**If you have any questions, please contact:**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX  77292-2022
713.880.7100

Dear Valued Client,

On behalf of our entire team, thank you for renewing your protection with Chubb. We're looking forward to continuing to say yes and do more across every step of your experience.

In this mailing, you'll find a copy of your new policy to review. If you have any questions, we're here to help, and encourage you to reach out to your agent or our Customer Care Team at 1.866.324.8222.

If you haven't already, don't forget to register for our Customer Portal at www.chubb.com/registernow. You can take advantage of our online services like viewing your policy, billing, and claims information, making a payment, or enrolling in autopay, paperless billing, and email or text notification services. Be sure to have your policy or billing statement handy to complete the simple registration process.

## About Your Policy

As you take a look at your policy, we've included ways to help you find the information you need faster:

- On your **Coverage Summary,** you'll see who is named as an insured, as well as your insured property, coverage limits, and the deductibles and additional features you've selected.
- The **Table of Contents** will tell you which coverage forms apply to your policy.
- The **Introduction, Policy Terms,** and **Policy Information Notice** also include common insurance terminology with straightforward definitions to make it easier to read your policy.

In each chapter, you'll also find descriptions of the different examples and scenarios your policy is designed to protect, and how your protection applies depending on where you live. You'll also see more detail on your deductibles, how what we pay is decided if you have a claim, and an explanation of any exclusions (i.e., any specific cases that aren't covered under your policy).

*Continued on the next page*

7845   © Chubb.2016. All rights reserved.   Form no.   Q9200000

**Getting More from Your Policy**

We want to help you get the most out of your protection with Chubb, like taking advantage of potential premium credits or our complimentary services.

Please **review these documents for a detailed overview** of your premium:
- **Premium Summary and Privacy Notice**

Thank you again for choosing Chubb!

Fran O'Brien
Division President, North America Personal Risk Services

Any questions? We're here to help. Our **Customer Care Team** is just a call away at **1.866.324.8222.** If you have a claim, you can reach our **Claim Service Center** directly at **1.800.252.4670.**

www.chubb.com       email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.



**Premium Summary**
**Renewal**



GEORGE DODD
3711 SAN FELIPE #2H
HOUSTON, TX 77017

**Page** 1
**Effective Date** 1/22/19
**Policy no.** 14478664-02
**Policy period** 1/22/19 to 1/22/20
**Producer name** BOWEN, MICLETTE & BRITT
INSURANCE AGENCY, LLC

We are pleased to enclose your Chubb Masterpiece Policy, customized to provide the coverage you requested.

This chart shows at a glance what coverages you have and the related premiums.

|  | Property covered | Coverage | Premium |
|---|---|---|---|
| **Homes and Contents** | RENTAL AT 3711 SAN FELIPE #2H HOUSTON, TX | EXCESS LIABILITY | $    204.00 |
| **Vehicles** | 2003 LEXUS  LX470 | EXCESS LIABILITY | $    719.00 |
| **Total Premium** |  |  | $    923.00 |

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**Chubb Masterpiece provides many different credits for home, valuable articles, automobile and excess liability coverages. We recommend that you contact your agent or broker for an annual review to ensure that your coverages, policy limits and available credits are accurate and meet your personal insurance needs.**

**You should receive a statement and bill from your agent.**

If you chose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your continued business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.

© Chubb.2016. All rights reserved.       Form no.  Q0700000

INSURED  11/21/18 23.53.14

7848



*Masterpiece.*®

CHUBB®

## CHUBB GROUP U.S. PRIVACY NOTICE

| FACTS | WHAT DOES THE CHUBB GROUP DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Insurance companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal and state law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and payment history<br>• insurance claim history and medical information<br>• account transactions and credit scores<br><br>When you are no longer our customer, we continue to share information about you as described in this notice. |
| How? | All insurance companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies can share their customers' personal information; the reasons the Chubb Group chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Chubb share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes -** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes -** to offer our products and services to you | YES | NO |
| **For joint marketing with other financial companies** | YES | NO |
| **For our affiliates' everyday business purposes -** information about your transactions and experiences | YES | NO |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | NO | We don't share |
| **For our affiliates to market to you** | NO | We don't share |
| **For nonaffiliates to market to you** | NO | We don't share |

| Questions? | **Call 1-800-258-2930 or go to** https://www2.Chubb.com/us-en/privacy.aspx |
|---|---|

© Chubb 2016. All rights reserved.   Form no. 0799999 (Rev. 10-16)                    INSURED 11/21/18 23.53.14

7849

Page 2

| Who is providing this notice? | The Chubb Group. A list of these companies is located at the end of this document. |
|---|---|

### What we do

| How does Chubb Group protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br><br>We restrict access to personal information to our employees, affiliates' employees, or others who need to know that information to service the account or to conduct our normal business operations. |
|---|---|
| How does Chubb Group collect my personal information? | We collect your personal information, for example, when you<br><br>&bull; apply for insurance or pay insurance premiums<br>&bull; file an insurance claim or provide account information<br>&bull; give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>&bull; sharing for affiliates' everyday business purposes - information about your creditworthiness<br>&bull; affiliates from using your information to market to you<br>&bull; sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

### Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>&bull; Our affiliates include those with a Chubb name and other companies, such as Westchester Fire Insurance Company and Great Northern Insurance Company. |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>&bull; Chubb does not share nonaffiliates so they can market to you. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>&bull; Our joint marketing partners include categories of companies such as banks. |

© Chubb 2016. All rights reserved.   Form no. 0799999 (Rev. 10-16)

7850



## Other important information

**For Insurance Customers in AZ, CA, CT, GA, IL, MA, ME, MN, MT, NV, NC, NJ, OH, OR, and VA only:** Under state law, under certain circumstances, you have the right to see the personal information about you that we have on file. To see your information, write Chubb Group Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. Chubb may charge a reasonable fee to cover the costs of providing this information. If you think any of the information is not accurate, you may write us. We will let you know what actions we take. If you do not agree with our actions, you may send us a statement. If you want a full description of privacy rights that we will protect in accordance with the law in your home state, please contact us and we will provide it. We may disclose information to certain third parties, such as law enforcement officers, without your permission.

**For Nevada residents only:** We may contact our existing customers by telephone to offer additional insurance products that we believe may be of interest to you. Under state law, you have the right to opt out of these calls by adding your name to our internal do-not-call list. To opt out of these calls, or for more information about your opt out rights, please contact our customer service department. You can reach us by calling 1-800-258-2930, emailing us at privacyinquiries@Chubb.com, or writing to Chubb Group, Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. You are being provided this notice under Nevada state law. In addition to contacting Chubb, Nevada residents can contact the Nevada Attorney General for more information about your opt out rights by calling 775-684-1100, emailing bcpinfo@ag.state.nv.us, or by writing to: Office of the Attorney General, Nevada Department of Justice, Bureau of Consumer Protection: 100 North Carson Street, Carson City, NV 89701.

**For Vermont residents only:** Under state law, we will not share information about your creditworthiness within our corporate family except with your authorization or consent, but we may share information about our transactions or experiences with you within our corporate family without your consent.

## Chubb Group Companies Providing This Notice

This notice is being provided by the following Chubb Group companies to their customers located in the United States: ACE American Insurance Company, ACE Capital Title Reinsurance Company, ACE Fire Underwriters Insurance Company, ACE Insurance Company of the Midwest, ACE Life Insurance Company, ACE Property and Casualty Insurance Company, Agri General Insurance Company, Atlantic Employers Insurance Company, Bankers Standard Fire and Marine Company, Bankers Standard Insurance Company, Century Indemnity Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey, Chubb Lloyds Insurance Company of Texas, Chubb National Insurance Company, Executive Risk Indemnity Inc., Executive Risk Specialty Insurance Company, Federal Insurance Company, Great Northern Insurance Company, Illinois Union Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Pacific Employers Insurance Company, Pacific Indemnity Company, Penn Millers Insurance Company, Texas Pacific Indemnity Company, Vigilant Insurance Company, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company.

© Chubb 2016. All rights reserved.   Form no. 0799999 (Rev. 10-16)



*Masterpiece*®

CHUBB®

**Name and address of Insured**
GEORGE DODD
3711 SAN FELIPE #2H
HOUSTON, TX 77017

**Effective Date** 1/22/19
**Policy no.** 14478664-02
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 1/22/19 to 1/22/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX 77292-2022
713.880.7100

## IMPORTANT NOTICE

All of the members of the Chubb Group of Insurance companies doing business in the United States
(hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers").
Detailed information regarding the types of compensation paid by Chubb to producers on US insurance
transactions is available under the Producer Compensation link located at the bottom of the page at
www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.

© Chubb.2016. All rights reserved.     Form no. Q6600020

7853

7854



**Coverage Summary**
**Renewal**



**Name and address of Insured**

GEORGE DODD
3711 SAN FELIPE #2H
HOUSTON, TX 77017

**Page** 1
**Effective date** 1/22/19
**Policy no.** 14478664-02
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 1/22/19 to 1/22/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX  77292-2022
713.880.7100

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

## Liability

Amount of liability coverage: **$5,000,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart. For vehicles where no liability appears there is no vehicle liability coverage.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

| **Home** | RENTAL AT<br>3711 SAN FELIPE #2H<br>HOUSTON, TX | EXCESS LIABILITY<br>ONLY |
| --- | --- | --- |
| **Vehicle** | 2003 LEXUS<br>LX470 | EXCESS LIABILITY<br>ONLY , EXCESS<br>UM/UIM |

Whenever vehicles are shown we have included the type of Uninsured/Underinsured (UM/UIM) coverage you have selected. For vehicles where no UM/UIM appears there is no coverage. The amount of UM/UIM is determined by where the vehicle is garaged, which appears in the Special Vehicle Coverages Section.



© Chubb.2016. All rights reserved.     Form no.  Q0802000

INSURED  11/21/18 23.53.14

**Coverage Summary**
*Renewal*

**Page** 2
**Effective date** 1/22/19
**Policy no.** 14478664-02
**Name** GEORGE DODD

## Special Vehicle Coverages

You have the following state specific coverages. For information about how your vehicle premium was developed, refer to the Vehicle Detail Premium Summary.

### Uninsured/Underinsured Motorists Protection (UM/UIM) - Texas

This coverage applies when you are entitled to collect damages for an accident but cannot because the other driver does not have adequate insurance to cover the loss. Your specific insurance protection is described in your policy.

For your vehicles showing "Excess UM/UIM" you have $1,000,000 in excess uninsured/underinsured motorists for each occurrence. This means we will pay for a covered loss **only** after the loss exceeds the Required Primary Underlying Insurance.

Refer to Vehicles in the Liability section for the type of UM/UIM coverage.

As the duly authorized representative of the company my signature validates this policy.

Paul N. Morrissette
Authorized representative

© Chubb.2016. All rights reserved.     Form no.  Q0802000
7856

 *Masterpiece*®    **Table of Contents**

CHUBB®

**Name and address of insured**

GEORGE DODD
3711 SAN FELIPE #2H
HOUSTON, TX 77017

**Effective date** 1/22/19
**Policy no.** 14478664-02
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 1/22/19 to 1/22/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX 77292-2022
713.880.7100

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## Contents

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Excess Liability Coverage | 02/12 | TEX | W-1 |
| Policy Terms | 05/17 | TEX | Y-1 |
| Policy Information Notice | 11/15 | TEX | |

© Chubb.2016. All rights reserved.    Form No.Q0903000

INSURED 11/21/18 23.53.14

7857

7858



*Masterpiece*®  *Introduction*

CHUBB®

This is your Chubb Masterpiece Policy. Together with your Coverage Summary, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. **READ YOUR POLICY CAREFULLY** and keep it in a safe place.

## Agreement

We agree to provide the insurance described in this policy in return for your premium and compliance with the policy conditions.

## Definitions

In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. The few defined terms used throughout the policy are defined here:

**You** means the person named in the Coverage Summary, and a spouse who lives with that person.

**We** and **us** mean the insurance company named in the Coverage Summary.

**Family member** means your relative who lives with you, or any other person under 25 in your care or your relative's care who lives with you.

**Policy** means your entire Masterpiece Policy, including the Coverage Summary and any Mortgagee's Coverage Summary.

**Coverage Summary** means the most recent Coverage Summary we issued to you, including any subsequent Coverage Updates.

**Occurrence** means a loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Business** means any employment, trade, occupation, profession, or farm operation including the raising or care of animals.



© Copyright 1985 by Chubb & Son Inc. Form no. 0200000 5/85

7859

INSURED 11/21/18 23.53.14

7863

# *Masterpiece*®

*Policy Information Notice*

# CHUBB®

## IMPORTANT NOTICE

### TO OBTAIN INFORMATION OR MAKE A COMPLAINT:

- You may call Chubb's toll-free number:

  **1-866-324-8222**

- You may also write to :
  Chubb Personal Insurance
  Attn: Chubb Customer Service Center
  PO Box 1600
  Whitehouse Station, NJ 08889-1600

- You may contact the Texas Department Of
  Insurance to obtain information on
  companies, coverages, rights, or complaints at:

  **1-800-252-3439**

- You may write the Texas Department Of
  Insurance:

  PO Box 149104
  Austin, TX 78714-9104
  Fax: (512)490-1007
  Web: www.tdi.texas.gov
  E-mail: ConsumerProtection@tdi.texas.gov

### PREMIUM OR CLAIM DISPUTES

Should you have a dispute concerning your
premium or about a claim you should contact your
agent first. If the dispute is not resolved, you may
contact the Texas Department of Insurance.

### ATTACH THIS NOTICE TO YOUR POLICY

This notice is for information only and does not
become a part or condition of the attached
document.

## NOTICIA IMPORTANTE

### PARA OBTENER INFORMACION O PARA PRESENTAR UNA QUEJA:

- Usted puede llamar al número de teléfono gratuito de
  Chubb's para obtener información o para presentar
  una queja al:

  **1-866-324-8222**

- Usted también puede escribir a:
  Chubb Personal Insurance
  Attn: Chubb Customer Service Center
  PO Box 1600
  Whitehouse Station, NJ 08889-1600

- Usted puede comunicarse con el Departamento de Seguros de
  Texas para obtener información sobre companies, coberturas,
  derechos, o quejas as:

  **1-800-252-3439**

- Usted puede escribir al Departamento de Seguros de
  Texas a:

  PO Box 149104
  Austin, TX 78714-9104
  Fax: (512)490-1007
  Sitio web: www.tdi.texas.gov
  E-mail: ConsumerProtection@tdi.texas.gov

### DISPUTAS POR PRIMAS DE SEGUROSO RECLAMACION

Si tene una disputa relacionada con su prima de seguro o con una
reclamación, usted debe comunicarse con el agente, primero. Si
la disputa no es resuelta, usted puede comunicarse con el
Departamento de Seguros de Texas.

### ADJUNTE ESTE AVISO A SU POLIZA

Este aviso es solamente para propósito informativos y no
se convierte en parte o en condicón del documento
adjunto.

# *Masterpiece*®

**Policy Information Notice**

You have certain rights to review and correct or amend information in your file with the producer or the insurer. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

Chubb Personal Insurance
Attention: Chubb Customer Service Center
PO Box 1600
Whitehouse Station, NJ 08889-1600

Please include your policy number, policy period and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance:

**1-800-252-4670**

Usted tiene ciertos derechos de revisary corregir información que es mantenida por el agente de seguros o el asegurador. Si usted desea saber más sobre esto y como información puede ser divulgada sin su autorización previa, por favor escriba a:

Chubb Personal Insurance
Atención: Chubb Customer Service Center
PO Box 1600
Whitehouse Station, NJ 08889-1600

Por favor incluya el número de su póliza de seguros, el periodo de vigencia de su póliza y el nombre y la dirección de su agenteo corridor de seguros.

Si usted necesitia reportar una reclamación y no se puede comunicar con su agente de serguros, corredor de serguros o con la Oficina local de Chubb, usted también puede llamar a siguiente teléfono para obtener asistencia:

**1-800-252-4670**

© Copyright 1985 by Chubb & Son Inc. Form no. 7300042 5/85

7862

8/24/15 10:54:23

# *Masterpiece*®

**CHUBB**

**Coverage Update**

**Name and address of Insured**

GEORGE DODD
3711 SAN FELIPE #2H
HOUSTON, TX 77017

**Page** 1
**Effective Date** 3/15/19
**Policy no.** 14478664-02
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 1/22/19 to 1/22/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX  77292-2022
713.880.7100

Based on information provided by you, your agent or broker, or due to information obtained about your insured property, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy.

Your premium will be reduced by **$617.00** for this revision. You will receive a separate statement showing the premium adjustment.

## Liability

This section shows the changes in your Liability coverage. All other provisions of this coverage remain in effect.

The amount of liability coverage is **$5,000,000.**

|  |  |  | Old Coverage | New Coverage |
|---|---|---|---|---|
| **Deleted** | Liability for | 1993 TOYOTA  LANDCRUISER S/W | EXCESS LIABILITY ONLY , EXCESS UM/UIM | NONE |

As the duly authorized representative of the company my signature validates this policy.

Paul N. Morrissette
Authorized  representative

© Chubb.2016.  All rights  reserved.      Form no.  Q0806000

*Reference Copy*

# *Masterpiece*®

**CHUBB™**

*Coverage Update*

**Name and address of Insured**

GEORGE DODD
3711 SAN FELIPE #2H
HOUSTON, TX 77017

**Page** 1
**Effective Date** 3/15/19
**Policy no.** 14478664-02
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 1/22/19 to 1/22/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX  77292-2022
713.880.7100

Based on information provided by you, your agent or broker, or due to information obtained about your insured property, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy.

Your premium will not change for this revision.

## Liability

This section shows the changes in your Liability coverage. All other provisions of this coverage remain in effect.

The amount of liability coverage is **$5,000,000.**

Rating Information on this coverage has been amended.

|  |  |  | Old Coverage | New Coverage |
|---|---|---|---|---|
| **Deleted** | Liability for | RENTAL AT<br>3711 SAN FELIPE #2H<br>HOUSTON, TX | EXCESS LIABILITY<br>ONLY | NONE |
| **Added** | Liability for | RENTAL AT<br>2901 BAMMEL LANE #56<br>HOUSTON, TX | NONE | EXCESS LIABILITY<br>ONLY |
| **Deleted** | Liability for | 2003 LEXUS  LX470 | EXCESS LIABILITY<br>ONLY , EXCESS<br>UM/UIM | NONE |
| **Added** | Liability for | 1993 TOYOTA  LANDCRUISER<br>S/W | NONE | EXCESS LIABILITY<br>ONLY , EXCESS<br>UM/UIM |

Whenever vehicles are shown we have included the type of Uninsured/Underinsured UM/UIM coverage you have selected. For vehicles where no UM/UIM appears there is no coverage. The amount of UM/UIM is determined by where the vehicle is garaged, which appears in the Special Vehicle Coverages Section.

© Chubb 2016. All rights reserved.     Form no.  Q0806000

*Reference Copy*

*Coverage Update*

**Page** 2
**Effective date** 3/15/19
**Policy no.** 14478664-02
**Name** GEORGE DODD

## Special Vehicle Coverages

### Uninsured/Underinsured Motorists Protection (UM/UIM) - Texas

This coverage applies when you are entitled to collect damages for an accident but cannot because the other driver does not have adequate insurance to cover the loss. Your specific insurance protection is described in your policy.

For your vehicles showing "Excess UM/UIM" you have $1,000,000 in excess uninsured/underinsured motorists for each occurrence. This means we will pay for a covered loss **only** after the loss exceeds the Required Primary Underlying Insurance.

Refer to Vehicles in the Liability section for the type of UM/UIM coverage.

As the duly authorized representative of the company my signature validates this policy.

Paul N. Morrissette
Authorized representative

© Chubb 2016. All rights reserved.    Form no.  Q0806000

*Reference Copy*

# *Masterpiece*®

## CHUBB®

EXHIBIT

C

**Name and address of Insured:**

SARA PASCHALL DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Policy no:** 12295779-02
**Effective date:** 3/1/19
**Issued by:** Chubb Lloyd's Insurance Company of Texas
a stock insurance company
incorporated in Texas
**Policy period:** 3/1/19 to 3/1/20

**If you have any questions, please contact:**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX  77292-2022
713.880.7100

Dear Valued Client,

On behalf of our entire team, thank you for renewing your protection with Chubb. We're looking forward to continuing to say yes and do more across every step of your experience.

In this mailing, you'll find a copy of your new policy to review. If you have any questions, we're here to help, and encourage you to reach out to your agent or our Customer Care Team at 1.866.324.8222.

If you haven't already, don't forget to register for our Customer Portal at www.chubb.com/registernow. You can take advantage of our online services like viewing your policy, billing, and claims information, making a payment, or enrolling in autopay, paperless billing, and email or text notification services. Be sure to have your policy or billing statement handy to complete the simple registration process.

## About Your Policy

As you take a look at your policy, we've included ways to help you find the information you need faster:

- On your **Coverage Summary**, you'll see who is named as an insured, as well as your insured property, coverage limits, and the deductibles and additional features you've selected.
- The **Table of Contents** will tell you which coverage forms apply to your policy.
- The **Introduction, Policy Terms,** and **Policy Information Notice** also include common insurance terminology with straightforward definitions to make it easier to read your policy.

In each chapter, you'll also find descriptions of the different examples and scenarios your policy is designed to protect, and how your protection applies depending on where you live. You'll also see more detail on your deductibles, how what we pay is decided if you have a claim, and an explanation of any exclusions (i.e., any specific cases that aren't covered under your policy).

*Continued on the next page*



 © Chubb.2016. All rights reserved.   Form no.  Q9200000

INSURED  12/29/18  00.19.33

## Getting More from Your Policy

We want to help you get the most out of your protection with Chubb, like taking advantage of potential premium credits or our complimentary services.

Please **review these documents for a detailed overview** of your premium:
- **Premium Summary and Privacy Notice**
- **Premium Discount Summary**

Thank you again for choosing Chubb!

Fran O'Brien
Division President, North America Personal Risk Services

Any questions? We're here to help. Our **Customer Care Team** is just a call away at **1.866.324.8222.** If you have a claim, you can reach our **Claim Service Center** directly at **1.800.252.4670.**

www.chubb.com        email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.



**Premium Summary
Renewal**



SARA PASCHALL DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Page** 1
**Effective Date** 3/1/19
**Policy no.** 12295779-02
**Policy period** 3/1/19 to 3/1/20
**Producer name** BOWEN, MICLETTE & BRITT
INSURANCE AGENCY, LLC

We are pleased to enclose your Chubb Masterpiece Policy, which includes an annual premium **savings of $603** as listed below.

This chart shows at a glance what coverages you have and the related premiums.

|  | Property covered | Coverage | Premium |
|---|---|---|---|
| **Homes and Contents** | HOUSE AT<br>2 PINE HILL LANE<br>HOUSTON, TX | EXCESS LIABILITY | $ 244.00 |
|  | HOUSE AT<br>151 HEATHER LANE<br>ASPEN, CO | EXCESS LIABILITY | $ 55.00 |
|  | CONDOMINIUM AT<br>3711 SAN FELIPE #2H<br>HOUSTON, TX | EXCESS LIABILITY | $ 55.00 |
|  | COOPERATIVE AT<br>2 EAST 55TH ST UNIT 8818<br>NEW YORK, NY | EXCESS LIABILITY | $ 55.00 |
|  | CONDOMINIUM AT<br>3711 SAN FELIPE #3A<br>HOUSTON, TX | EXCESS LIABILITY | $ 55.00 |
|  | HOUSE AT<br>2901 BAMMEL LANE #52<br>HOUSTON, TX | EXCESS LIABILITY | $ 55.00 |
| **Vehicles** | 1993 TOYOTA  LANDCRUISER | EXCESS LIABILITY | $ 672.00 |
|  | 2015 JEEP  GRAND CHEROKEE | EXCESS LIABILITY | $ 226.00 |
|  | 2013 TOYOTA  4RUNNER | EXCESS LIABILITY | $ 226.00 |
|  | 2017 TOYOTA  4RUNNER | EXCESS LIABILITY | $ 226.00 |
|  | 2018 LAND ROVER  RANGE<br>ROVER | EXCESS LIABILITY | $ 226.00 |
| **Total Premium** |  |  | $ 2,095.00 |

© Chubb.2016. All rights reserved.     Form no.  Q0700000

INSURED  12/29/18  00.19.33

***Premium Summary***
***Renewal***



**Page** 2
**Effective date** 3/1/19
**Policy no.** 12295779-02
**Name** SARA PASCHALL DODD

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**Chubb Masterpiece provides many different credits for home, valuable articles, automobile and excess liability coverages. We recommend that you contact your agent or broker for an annual review to ensure that your coverages, policy limits and available credits are accurate and meet your personal insurance needs.**

**Your policy provides the following annual premium credits for the coverages listed below:**

Your excess premium was reduced by  $603 as a result of one or more credits.

**You should receive a statement and bill from your agent.**

If you chose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your continued business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.





*Masterpiece.*®

CHUBB®

## CHUBB GROUP U.S. PRIVACY NOTICE

| FACTS | WHAT DOES THE CHUBB GROUP DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Insurance companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal and state law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and payment history<br>• insurance claim history and medical information<br>• account transactions and credit scores<br><br>When you are no longer our customer, we continue to share information about you as described in this notice. |
| How? | All insurance companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies can share their customers' personal information; the reasons the Chubb Group chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Chubb share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes -** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes -** to offer our products and services to you | YES | NO |
| **For joint marketing with other financial companies** | YES | NO |
| **For our affiliates' everyday business purposes -** information about your transactions and experiences | YES | NO |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | NO | We don't share |
| **For our affiliates to market to you** | NO | We don't share |
| **For nonaffiliates to market to you** | NO | We don't share |

| Questions? | **Call 1-800-258-2930 or go to** https://www2.Chubb.com/us-en/privacy.aspx |
|---|---|

© Chubb 2016. All rights reserved.   Form no. 0799999 (Rev. 10-16)            INSURED  12/29/18  00.19.33

**Page 2**

| | |
|---|---|
| **Who is providing this notice?** | The Chubb Group. A list of these companies is located at the end of this document. |

**What we do**

| | |
|---|---|
| **How does Chubb Group protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br><br>We restrict access to personal information to our employees, affiliates' employees, or others who need to know that information to service the account or to conduct our normal business operations. |
| **How does Chubb Group collect my personal information?** | We collect your personal information, for example, when you<br><br>• apply for insurance or pay insurance premiums<br>• file an insurance claim or provide account information<br>• give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br><br>• sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

**Definitions**

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Our affiliates include those with a Chubb name and other companies, such as Westchester Fire Insurance Company and Great Northern Insurance Company. |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Chubb does not share nonaffiliates so they can market to you. |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• Our joint marketing partners include categories of companies such as banks. |

© Chubb 2016. All rights reserved.    Form no. 0799999 (Rev. 10-16)



**Page 3**

## Other important information

**For Insurance Customers in AZ, CA, CT, GA, IL, MA, ME, MN, MT, NV, NC, NJ, OH, OR, and VA only:** Under state law, under certain circumstances, you have the right to see the personal information about you that we have on file. To see your information, write Chubb Group Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. Chubb may charge a reasonable fee to cover the costs of providing this information. If you think any of the information is not accurate, you may write us. We will let you know what actions we take. If you do not agree with our actions, you may send us a statement. If you want a full description of privacy rights that we will protect in accordance with the law in your home state, please contact us and we will provide it. We may disclose information to certain third parties, such as law enforcement officers, without your permission.

**For Nevada residents only:** We may contact our existing customers by telephone to offer additional insurance products that we believe may be of interest to you. Under state law, you have the right to opt out of these calls by adding your name to our internal do-not-call list. To opt out of these calls, or for more information about your opt out rights, please contact our customer service department. You can reach us by calling 1-800-258-2930, emailing us at privacyinquiries@Chubb.com, or writing to Chubb Group, Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. You are being provided this notice under Nevada state law. In addition to contacting Chubb, Nevada residents can contact the Nevada Attorney General for more information about your opt out rights by calling 775-684-1100, emailing bcpinfo@ag.state.nv.us, or by writing to: Office of the Attorney General, Nevada Department of Justice, Bureau of Consumer Protection: 100 North Carson Street, Carson City, NV 89701.

**For Vermont residents only:** Under state law, we will not share information about your creditworthiness within our corporate family except with your authorization or consent, but we may share information about our transactions or experiences with you within our corporate family without your consent.

## Chubb Group Companies Providing This Notice

This notice is being provided by the following Chubb Group companies to their customers located in the United States: ACE American Insurance Company, ACE Capital Title Reinsurance Company, ACE Fire Underwriters Insurance Company, ACE Insurance Company of the Midwest, ACE Life Insurance Company, ACE Property and Casualty Insurance Company, Agri General Insurance Company, Atlantic Employers Insurance Company, Bankers Standard Fire and Marine Company, Bankers Standard Insurance Company, Century Indemnity Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey, Chubb Lloyds Insurance Company of Texas, Chubb National Insurance Company, Executive Risk Indemnity Inc., Executive Risk Specialty Insurance Company, Federal Insurance Company, Great Northern Insurance Company, Illinois Union Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Pacific Employers Insurance Company, Pacific Indemnity Company, Penn Millers Insurance Company, Texas Pacific Indemnity Company, Vigilant Insurance Company, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company.

# *Masterpiece*®

**Premium Discount Summary**

## CHUBB®

**Name and address of Insured:**

SARA PASCHALL DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Page:** 1
**Policy no:** 12295779-02
**Policy period:** 3/1/19 to 3/1/20

We know that you've worked hard for what you own and want to protect it. We also know that saving money is important to you. You can take advantage of a variety of discounts offered by Chubb. Here is a list of some of the discounts you're already receiving.

**You have the power to reduce your premiums.**
Your insurance cost could have been **$2,698** but you took action and received **$603** in discounts.
Your premium was reduced to **$2,095.**

## Overview

## Your Discount

**Excess Liability**

Your excess liability is **$603** off.

- $231 because you also have insured your automobile(s) with Chubb.
- $372 because you have agreed to a higher underlying vehicle liability limit

Please note: This document may not reflect all of the discounts you are receiving on your Chubb insurance policy. To review all of the discounts available from Chubb, please contact your agent or broker, as he or she is always your best source of information and advice.

© Chubb.2016. All rights reserved.      Form no.  Q9300000

INSURED  12/29/18  00.19.33

735



**Important Notice - Texas**

**Name and address of Insured**

SARA PASCHALL DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Effective Date** 3/1/19
**Policy no.** 12295779-02
**Issued by** Chubb Lloyd's Insurance Company of Texas
a stock insurance company
incorporated in Texas
**Policy period** 3/1/19 to 3/1/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX 77292-2022
713.880.7100

## IMPORTANT NOTICE

To obtain information or make a complaint:

You may call Chubb's toll-free telephone number for information or to make a complaint at:

**1-866-324-8222**

You may also write to:
Chubb Personal Risk Services
Attn: Chubb Customer Service Center
PO Box 1620
Whitehouse Station, NJ 08889-1600

You may contact the Texas Department Of Insurance to obtain information on companies, coverages, rights, or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance:

PO Box 149104
Austin, TX 78714-9104
Fax: (512)490-1007
Web: www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

To obtain price and policy form comparisons and other information relating to residential property insurance and personal automobile insurance, you may visit the Texas Department of Insurance/Office of Public Insurance Counsel website:

www.helpsure.com

## AVISO IMPORTANTE

Para obtener información o para presentar una queja:

Usted puede llamar al número de teléfono gratuito de Chubb's para obtener información o para presentar una queja al:

**1-866-324-8222**

Usted también puede escribir a:
Chubb Personal Risk Services
Attn: Chubb Customer Service Center
PO Box 1600
Whitehouse Station, NJ 08889-1600

Usted puede comunicarse con el Departamento de Seguros de Texas para obtener información sobre companies, coberturas, derechos, o quejas as:

**1-800-252-3439**

Usted puede escribir al Departamento de Seguros de Texas a:

PO Box 149104
Austin, TX 78714-9104
Fax: (512)490-1007
Sitio web: www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

Para obtener formas para la comparación de precios y pólizas y para obtener otra información sobre el seguro de propiedad residencial y de seguro de automóvil personal, visite el sitio web del Departamento de Seguros de Texas/Oficina del Asesor Público de Seguros:

www.helpsure.com



737

© Chubb.2016. All rights reserved. Form no. Q6498842.01

INSURED 12/29/18 00.19.33

## PREMIUM OR CLAIM DISPUTES

Should you have a dispute concerning your premium or about a claim you should contact your agent first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

## ATTACH THIS NOTICE TO YOUR POLICY

This notice is for information only and does not become a part or condition of the attached document.

## DISPUTAS POR PRIMAS DE SEGUROSO RECLAMACIONES

Si tene una disputa relacionada con su prima de seguro o con una reclamación, usted debe comunicarse con el agente, primero. Si la disputa no es resuelta, usted puede comunicarse con el Departamento de Seguros de Texas.

## ADJUNTE ESTE AVISO A SU POLIZA

Este aviso es solamente para propósito informativos y no se convierte en parte o en condicón del documento adjunto.

© Chubb.2016. All rights reserved.     Form no. Q6498842.01

730

*Masterpiece*®

**Excess Liability**
**Important Notice for Texas**

CHUBB®

**Name and address of Insured**

SARA PASCHALL DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Effective Date** 3/1/19
**Policy no.** 12295779-02
**Issued by** Chubb Lloyd's Insurance Company of
Texas
a stock insurance company
incorporated in Texas
**Policy period** 3/1/19 to 3/1/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX 77292-2022
713.880.7100

### Texas Contamination Exclusion Disclosure

Texas law requires us to inform you of the following:

If you have Excess Liability Coverage a Contamination exclusion may apply under certain circumstances to an incidental farming exposure as described in the Business pursuits exclusion. Please review your Excess Liability Policy for further details.

www.chubb.com     email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.



© Chubb.2016. All rights reserved.     Form no. Q6498942.01    INSURED 12/29/18 00.19.33





**Name and address of Insured**
SARA PASCHALL DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Effective Date** 3/1/19
**Policy no.** 12295779-02
**Issued by** Chubb Lloyd's Insurance Company of
Texas, a Texas Lloyd's Company
**Policy period** 3/1/19 to 3/1/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX 77292-2022
713.880.7100

## IMPORTANT NOTICE

All of the members of the Chubb Group of Insurance companies doing business in the United States (hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers"). Detailed information regarding the types of compensation paid by Chubb to producers on US insurance transactions is available under the Producer Compensation link located at the bottom of the page at www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.

© Chubb.2016. All rights reserved.     Form no. Q6600020

741

*Masterpiece*®

**Excess Liability Notice -
Required Underlying Auto
Liability Limits**

CHUBB®

*We want to make sure you have no gap in
coverage.*

**Policy no.** 12295779-02
**Policy period** 3/1/19 to 3/1/20

This notice is provided to remind you of an important requirement under your Excess Liability Coverage. In exchange for a reduced premium, you and your family members have agreed to maintain in full effect primary underlying automobile insurance for your registered vehicles in the minimum amount of $500,000/$500,000/$25,000 bodily injury or $500,000 single limit. This higher minimum amount of required underlying insurance for registered vehicles is shown in your Coverage Summary.

We will pay only for covered damages in excess of these minimum amounts of insurance. Therefore, if you or your family members do not maintain these minimum amounts of insurance, you will have a gap in coverage in the event of a loss.

We ask that you please confirm with your agent or broker that maintains your primary automobile insurance that you have the minimum amounts of primary underlying liability insurance shown in your Coverage Summary.

If you have any questions or need assistance, your Chubb appointed agent or broker is the best source for additional information.

Thank you for being a Chubb client. We appreciate your business.

www.chubb.com     email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.



© Chubb.2016. All rights reserved.     Form no. Q6495042     INSURED 12/29/18 00.19.33



**Excess Liability Changes
for Texas**

CHUBB®

*In order to continually provide some of the finest
insurance products available, we periodically make
changes to our state contracts. Below is a
convenient summary of current changes for your
state.*

**Policy no.** 12295779-02
**Policy period** 3/1/19 to 3/1/20

Dear Valued Client,

We are pleased to enclose the renewal of your Texas *Masterpiece*® policy and greatly appreciate the continued
confidence you have placed in us. To simplify your review, we included a summary of changes made to Excess Liability
coverage with an edition date of December 11, 2018 or later.

Your policy contains the following changes to your Introduction page:

- We added the definition of "Spouse" which means a partner in marriage or a partner in a civil union recognized under
  state law.
- We reinforced our intent that a student under the age of 25 in your care, temporarily away at school, who is a resident
  of the household is considered a "family member".

The goal of all such changes is to provide you with greater value over time by controlling the cost of your insurance,
affording enhanced coverages that better meet your needs and expectations, and reinforcing the intent of certain policy
language.

### Changes to Excess Liability Coverage

Private passenger auto policies are priced to provide coverage for your personal use of your vehicles, not for the recent
popular trends of taxi-like ride sharing and vehicle sharing. To avoid premium impact to all our clients, we are excluding
these activities:

- **Vehicles used for a fee.** We revised this exclusion to exclude ride sharing through a ride sharing program, when a
  driver is logged into the application or network, when a ride is accepted, and when transporting the passenger or
  property for a fee.
- **Vehicles rented for a fee.** We added this new exclusion, which excludes coverage while your vehicle is used in
  connection with a vehicle sharing program for a fee; or when you or a family member rents your vehicle to another
  person for a fee. This exclusion does not apply when you or a family member lends your covered vehicle to another
  for reimbursement of operating expenses only.

### Additional Changes to Excess Liability Coverage

- **Uninsured/Underinsured Liability coverage.** We introduced a *new* coverage for no additional premium that insures
  you or a family member for damages you are legally entitled to receive from a negligent person as a result of bodily
  injury or personal injury if the negligent person who caused the bodily injury or personal injury does not have sufficient
  insurance to cover the damages. We will pay up to $1 million as excess coverage over the total of any other
  collectible insurance. However, this coverage does not apply to damages from business activities, employment
  practices, or any occurrence involving motor vehicle, watercraft or aircraft. But we do cover damages arising out of
  organized charitable work or incidental business activities as detailed in the contract. Coverage for *Excess
  Uninsured/underinsured Motorists* protection continues to be available for a premium charge. Your Coverage
  Summary will indicate if you have purchased this coverage.

- **Required primary underlying insurance.** We revised this provision to reinforce our intent that underlying insurance
  is required for vehicles and watercraft you or your family members own, or rent for longer than 30 <u>consecutive</u> days,
  or have furnished for longer than 30 <u>consecutive</u> days.


745    © Chubb.2016. All rights reserved.    Form no.  Q6489542    INSURED 12/29/18 00.19.33

- **Definition of "occurrence".** We revised the definition of "occurrence" to reinforce our intent regarding what is considered an offense and that the offense must be first committed within the policy period.

- **Definition of "unregistered vehicle".** We expanded the definition of "unregistered vehicle" to include unregistered vehicles used solely to service a residence premises, where previously the use was only <u>on</u> the residence premises.

- **Motor vehicles with less than four wheels and motor homes.** We revised this exclusion to reinforce our intent that the exclusion applies to motor vehicles with less than four wheels and motor homes if furnished to, made available or rented to you or a family member for longer than 30 <u>consecutive</u> days, unless listed in your Coverage Summary.

- **Large watercraft.** We revised this exclusion to reinforce our intent that this exclusion applies to large watercraft rented by, furnished to, or made available to a covered person for longer than 30 <u>consecutive</u> days. We reinforced that we cover watercraft being stored, even if it is not listed in your Coverage Summary.

- **Owned or furnished registered motorized land vehicle.** We revised this exclusion to reinforce our intent that this exclusion applies to registered motorized land vehicles if owned, controlled directly or indirectly by a covered person, or furnished or made available to a covered person for longer than 90 <u>consecutive</u> days. However, this exclusion does not apply to these vehicles if at least one registered motorized land vehicle is listed in your Coverage Summary for excess liability.

- **Business pursuits.** We revised this exclusion to reinforce our intent that business activities or business property in which a covered person has an ownership interest is not covered. Under "incidental business at home", the coverage grant is only available if the incidental business activity is conducted by you. In addition, the gross revenue threshold of $15,000 now applies to your management of your personal investments. Under "incidental business property", we broadened the coverage grant to cover another interested party for rental properties.

- **Motorized land vehicle racing or track usage.** This exclusion now specifies that coverage is not provided while the vehicle is being used to engage in high performance driving on a racetrack, test track or similar course. However, this exclusion no longer applies to a rally on a public road where the legal speed limit remains in effect for the duration of the rally.

- **Intentional acts.** This exclusion has been revised to remove the sentence, "An intentional act is one whose consequences could have been foreseen by a reasonable person".

- **Contamination.** We revised this exclusion to specify that coverage is provided for sudden and accidental discharge, dispersal, seepage, migration or release or escape of pollutants and under specified circumstances.

- **Illness.** We revised this exclusion to specify that it applies to personal injury or property damage that result through sexual contact.

- **Malicious or criminal acts.** We revised this exclusion to reinforce that this exclusion applies when there is intent to cause damage.

We recommend that you take some time to review your policy carefully, as it alone fully describes the coverages you have purchased. If you have any questions or need assistance, your agent or broker is always the best source of information and advice.

Thank you for insuring with Chubb. We appreciate your business.

<p align="center">www.chubb.com      email: customercare@chubb.com</p>

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb.2016. All rights reserved.      Form no.  Q6489542



**Coverage Summary**
**Renewal**

CHUBB®

**Name and address of Insured**

SARA PASCHALL DODD
2 PINE HILL LANE
HOUSTON, TX 77019

**Page** 1
**Effective date** 3/1/19
**Policy no.** 12295779-02
**Issued by** Chubb Lloyd's Insurance Company of
Texas, a Texas Lloyd's Company
**Policy period** 3/1/19 to 3/1/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX 77292-2022
713.880.7100

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

## Liability

Amount of liability coverage: **$10,000,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart. For vehicles where no liability appears there is no vehicle liability coverage.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

In lieu of the required primary underlying insurance for registered vehicles shown in your policy, under Excess Liability Coverage, the minimum amount of required primary underlying insurance for registered vehicles is $500,000 single limit each occurrence or $500,000/$500,000/$25,000 split limits.

| Home | | |
|---|---|---|
| | HOUSE AT<br>2 PINE HILL LANE<br>HOUSTON, TX | EXCESS LIABILITY<br>ONLY |
| | HOUSE AT<br>151 HEATHER LANE<br>ASPEN, CO | EXCESS LIABILITY<br>ONLY |
| | CONDOMINIUM AT<br>3711 SAN FELIPE #2H<br>HOUSTON, TX | EXCESS LIABILITY<br>ONLY |

© Chubb.2016. All rights reserved.    Form no.  Q0802000

INSURED  12/29/18  00.19.33

## Coverage Summary
Renewal

**Page** 2
**Effective date** 3/1/19
**Policy no.** 12295779-02
**Name** SARA PASCHALL DODD

## *Liability*
(Continued)

| | | |
|---|---|---|
| **Home**<br>(Continued) | COOPERATIVE AT<br>2 EAST 55TH ST UNIT 8818<br>NEW YORK, NY | EXCESS LIABILITY<br>ONLY |
| | CONDOMINIUM AT<br>3711 SAN FELIPE #3A<br>HOUSTON, TX | EXCESS LIABILITY<br>ONLY |
| | HOUSE AT<br>2901 BAMMEL LANE #52<br>HOUSTON, TX | EXCESS LIABILITY<br>ONLY |
| **Vehicle** | 1993 TOYOTA<br>LANDCRUISER | EXCESS LIABILITY<br>ONLY , EXCESS<br>UM/UIM |
| | 2015 JEEP<br>GRAND CHEROKEE | EXCESS LIABILITY<br>ONLY , EXCESS<br>UM/UIM |
| | 2013 TOYOTA<br>4RUNNER | EXCESS LIABILITY<br>ONLY , EXCESS<br>UM/UIM |
| | 2017 TOYOTA<br>4RUNNER | EXCESS LIABILITY<br>ONLY , EXCESS<br>UM/UIM |
| | 2018 LAND ROVER<br>RANGE ROVER | EXCESS LIABILITY<br>ONLY , EXCESS<br>UM/UIM |

Whenever vehicles are shown we have included the type of Uninsured/Underinsured (UM/UIM) coverage you have selected. For vehicles where no UM/UIM appears there is no coverage. The amount of UM/UIM is determined by where the vehicle is garaged, which appears in the Special Vehicle Coverages Section.

## *Special Vehicle Coverages*

You have the following state specific coverages. For information about how your vehicle premium was developed, refer to the Vehicle Detail Premium Summary.

© Chubb.2016. All rights reserved.    Form no.   Q0802000

**Coverage Summary**
**Renewal**



**Page** 3
**Effective date** 3/1/19
**Policy no.** 12295779-02
**Name** SARA PASCHALL DODD

---

## Special Vehicle Coverages
(Continued)

### Uninsured/Underinsured Motorists Protection (UM/UIM) - Texas

This coverage applies when you are entitled to collect damages for an accident but cannot because the other driver does not have adequate insurance to cover the loss. Your specific insurance protection is described in your policy.

For your vehicles showing "Excess UM/UIM" you have $1,000,000 in excess uninsured/underinsured motorists for each occurrence. This means we will pay for a covered loss **only** after the loss exceeds the Required Primary Underlying Insurance.

Refer to Vehicles in the Liability section for the type of UM/UIM coverage.

As the duly authorized representative of the company my signature validates this policy.

_____

Paul N. Morrissette
Authorized representative

© Chubb.2016. All rights reserved.     Form no.  Q0802000

INSURED  12/29/18  00.19.33



*Masterpiece*®

*Table of Contents*

CHUBB®

**Name and address of insured**

SARA PASCHALL DODD
2 PINE HILL LANE
HOUSTON, TX  77019

**Effective date**  3/1/19
**Policy no.**  12295779-02
**Issued by**  Chubb Lloyd's Insurance Company of Texas, a Texas Lloyd's Company
**Policy period**  3/1/19 to 3/1/20

**If you have any questions, please contact**
BOWEN, MICLETTE & BRITT INSURANCE
AGENCY, LLC
P.O. BOX 922022
HOUSTON, TX  77292-2022
713.880.7100

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## Contents

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Excess Liability Coverage | 12/18 | TEX | W-1 |
| Policy Terms | 05/17 | TEX | Y-1 |
| Policy Information Notice | 12/18 | TEX | |

*Masterpiece*®  **Introduction**

CHUBB®

This is your Chubb Masterpiece Policy. Together with your Coverage Summary, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. **READ YOUR POLICY CAREFULLY** and keep it in a safe place.

## Agreement

We agree to provide the insurance described in this policy in return for your premium and compliance with the policy conditions.

## Definitions

In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. The few defined terms used throughout the policy are defined here:

**You** means the person named in the Coverage Summary, and a spouse who lives with that person.

**Spouse** means a partner in marriage or a partner in a civil union recognized under state law.

**We** and **us** mean the insurance company named in the Coverage Summary.

**Family member** means your relative who lives with you, or any other person under 25 in your care or your relative's care who lives with you, or a student under 25 in your care temporarily away at school who is a resident of your household.

**Policy** means your entire Masterpiece Policy, including the Coverage Summary and any Mortgagee's Coverage Summary.

**Coverage Summary** means the most recent Coverage Summary we issued to you, including any subsequent Coverage Updates.

**Occurrence** means a loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Business** means any employment, trade, occupation, profession, or farm operation including the raising or care of animals.



© Chubb.2016. All rights reserved. Form no. 0200000

INSURED  12/29/18  00.19.33

753

 **Excess Liability Coverage**



This part of your Masterpiece Policy provides you with liability coverage in excess of your underlying insurance anywhere in the world unless stated otherwise or an exclusion applies.

## Payment for a Loss

### Amount of coverage
The amount of coverage for liability is shown in the Coverage Summary. We will pay on your behalf up to that amount for covered damages from any one occurrence, regardless of how many claims, homes, vehicles, watercraft, or people are involved in the occurrence.

Any costs we pay for legal expenses (see **Defense coverages**) are in addition to the amount of coverage.

### Underlying insurance
We will pay only for covered damages in excess of **all** underlying insurance covering those damages, even if the underlying coverage is for more than the minimum amount.

"Underlying insurance" includes all liability coverage other than this part of your policy that applies to the covered damages, except for other insurance purchased in excess of this policy.

### Required primary underlying insurance
Regardless of whatever other primary underlying insurance may be available in the event of a claim or loss, it is a condition of this part of your policy that you and your family members must maintain in full effect primary underlying liability insurance of the types and in at least the amounts set forth below, under some other policy, covering your personal liability and to the extent you have such liability exposures, all vehicles and watercraft you or your family members own, or rent for longer than 30 consecutive days, or have furnished for longer than 30 consecutive days, as follows:

Personal liability (homeowners) for bodily injury and property damage in the minimum amount of $50,000 each occurrence.

Registered vehicles in the minimum amount of $250,000/$500,000 bodily injury and $25,000 property damage, $300,000/$300,000 bodily injury and $25,000 property damage or $325,000 single limit each occurrence.

Unregistered vehicles in the minimum amount of $50,000 bodily injury and property damage each occurrence.

Watercraft less than 26 feet and 50 engine rated horsepower or less for bodily injury and property damage in the minimum amount of $50,000 each occurrence.

Watercraft 26 feet or longer or more than 50 engine rated horsepower for bodily injury and property damage in the minimum amount of $500,000 each occurrence.

Uninsured motorists protection in the minimum amount of $250,000/$500,000 bodily injury, $300,000/$300,000 bodily injury or $325,000 single limit each occurrence.

Underinsured motorists protection in the minimum amount of $250,000/$500,000 bodily injury, $300,000/$300,000 bodily injury or $325,000 single limit each occurrence.



© Chubb.2016. All rights reserved. Form no. 5400042.01

10/19/18 14:25:48

*Excess Liability*
*Coverage*

## Payment for a Loss
(continued)

Failure by you or your family members to comply with this condition, or failure of any of your primary underlying insurers due to insolvency or bankruptcy, shall not invalidate this part of your policy. In the event of any such failure, we shall only be liable in excess of the foregoing minimum amounts and to no greater extent with respect to coverages, amounts and defense costs than we would have been had this failure not occurred. When no primary underlying coverage exists, the extent of such coverage will be determined as if the required primary underlying insurance had been purchased from us.

You must also give notice of losses and otherwise cooperate and comply with the terms and conditions of such primary underlying insurance.

## Excess Liability Coverage

We cover damages a covered person is legally obligated to pay for personal injury or property damage, which takes place anytime during the policy period and are caused by an occurrence:
- in excess of damages covered by the underlying insurance; or
- from the first dollar of damage where no underlying insurance is required under this policy and no underlying insurance exists; or
- from the first dollar of damage where underlying insurance is required under this policy but no coverage is provided by the underlying insurance for a particular occurrence,
unless stated otherwise or an exclusion applies.

Exclusions to this coverage are described in **Exclusions.**

"Follow form" means:
We cover damages to the extent they are both covered under the Required Primary Underlying Insurance and, not excluded under this part of your Masterpiece Policy. Also, amount of coverage, defense coverages, cancellation and "other insurance" provisions of this policy supersede and replace the similar provisions contained in such other policies. When this part of your policy is called upon to pay losses in excess of required primary underlying policies exhausted by payment of claims, we do not provide broader coverage than provided by such policies. When no primary underlying coverage exists, the extent of coverage provided on a follow form basis will be determined as if the required primary underlying insurance had been purchased from us.

In lieu of the definition for "occurrence" in the Introduction, the following definition of "occurrence" applies:
"Occurrence" means:
- an accident which begins within the policy period resulting in bodily injury, shock, mental anguish, mental injury, or property damage; or
- an offense first committed within the policy period resulting in:
  - false arrest, false imprisonment, or wrongful detention;
  - wrongful entry or eviction;
  - malicious prosecution or humiliation; or
  - libel, slander, defamation of character, or invasion of privacy,
  to which this insurance applies. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

755       © Chubb.2016. All rights reserved. Form no. 5400042.01
                                                        10/19/18 14:25:48

*Excess Liability*
*Coverage*



## Excess Liability Coverage
(continued)

A "covered person" means:
- you or a family member;
- any person using a vehicle or watercraft covered under this part of your Masterpiece policy with permission from you or a family member with respect to their legal responsibility arising out of its use;
- any person or organization with respect to their legal responsibility for covered acts or omissions of you or a family member; or
- any combination of the above.

"Damages" means the sum that is paid or is payable to satisfy a claim settled by us or resolved by judicial procedure or by a compromise we agree to in writing.

"Personal injury" means the following injuries, and resulting death:
- bodily injury;
- false arrest, false imprisonment, or wrongful detention;
- wrongful entry or eviction;
- malicious prosecution; and
- libel, slander, defamation of character, or invasion of privacy.

"Bodily injury" means physical bodily harm, including sickness or disease that results from it, mental anguish, mental injury or shock arising out of the foregoing, and required care, loss of services and resulting death.

"Property damage" means physical injury to or destruction of tangible property and the resulting loss of its use. Tangible property includes the cost of recreating or replacing stocks, bonds, deeds, mortgages, bank deposits, and similar instruments, but does not include the value represented by such instruments.

"Registered vehicle" means any motorized land vehicle not described in "unregistered vehicle".

"Unregistered vehicle" means:
- any motorized land vehicle not designed for or required to be registered for use on public roads;
- any motorized land vehicle which is in dead storage at your residence;
- any motorized land vehicle used solely to service a residence premises shown in the Coverage Summary;
- any motorized land vehicle used to assist the disabled that is not designed for or required to be registered for use on public roads; or
- golf carts.

"Employment discrimination" means a violation of applicable employment discrimination law protecting any residential staff based on his or her race, color, religion, creed, age, sex, disability, national origin or other status according to any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico.

© Chubb.2016. All rights reserved. Form no. 5400042.01                    10/19/18 14:25:48

*Excess Liability*
*Coverage*

## *Excess Liability Coverage*
(continued)

"Employment practices crisis" means:
- an allegation of, or your discovery of, a wrongful employment act committed against any residential staff that is reasonably likely to result in a civil action against you or a family member; or
- a threat by any residential staff to disclose publicly that you or a family member committed or allegedly committed a wrongful employment act.

"Reputation management firm" means:
- a professional public relations consulting firm;
- a professional security consulting firm; or
- a professional media management consulting firm.

"Residential staff" means your or a family member's employee who is:
- employed by you or a family member, or through a firm under an agreement with you or a family member, to perform duties related only to a covered person's domestic, personal, or business pursuits covered under this part of your policy;
- compensated for labor or services directed by you or a family member; and
- employed regularly to work 15 or more hours per week.
  Residential staff includes a temporary worker. Residential staff does not include an independent contractor or any covered person.

"Temporary worker" means your or a family member's employee who is:
- employed by you or a family member, or through a firm under an agreement with you or a family member, to perform duties related only to a covered person's domestic, personal, or business pursuits covered under this part of your policy;
- compensated for labor or services directed by you or a family member; and
- employed to work 15 or more hours per week to substitute for any residential staff on leave or to meet seasonal or short-term workload demands for 30 consecutive days or longer during a 6 month period.
  Temporary worker does not include an independent contractor or any covered person.

"Wrongful employment act" means any employment discrimination, sexual harassment, or wrongful termination of any residential staff actually or allegedly committed or attempted by you or a family member, while acting in the capacity as an employer, that violates applicable employment law of any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico. "Sexual harassment" as it relates solely to a wrongful employment act means unwelcome sexual advances, requests for sexual favors, or other conduct of a sexual nature that:
- is made a condition of employment of any residential staff;
- is used as a basis for employment decisions;
- interferes with performance of any residential staff's duties; or
- creates an intimidating, hostile, or offensive working environment.

"Wrongful termination" means:
- the actual or constructive termination of employment of any residential staff by you or a family member in violation of applicable employment law; or
- breach of duty and care when you or a family member terminates an employment relationship with any residential staff.

© Chubb.2016. All rights reserved. Form no. 5400042.01
759
10/19/18 14:25:48

*Excess Liability*
*Coverage*



## Excess Liability Coverage
(continued)

### Excess uninsured/underinsured motorists protection
This coverage is in effect only if excess uninsured/underinsured motorists protection is shown in the Coverage Summary.

We cover damages for bodily injury and property damage a covered person is legally entitled to receive from the owner or operator of an uninsured/underinsured motorized land vehicle in excess of damages covered by:
- the underlying uninsured motorists protection or the Required primary underlying insurance for uninsured motorists protection, whichever is greater; and
- the underlying underinsured motorists protection or the Required primary underlying insurance for underinsured motorists protection, whichever is greater.

**Amount of coverage.** Regardless of the number of vehicles shown in the Coverage Summary, the maximum amount of coverage available for any one occurrence is the amount of coverage for Excess uninsured/underinsured motorists protection shown in the Coverage Summary. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims, vehicles or people are involved in the occurrence.

This coverage will follow form.

**Uninsured/underinsured motorists protection arbitration.** If we and a covered person disagree whether that person is legally entitled to recover damages from the owner or operator of an uninsured or underinsured motor vehicle, or do not agree as to the amount of damages, both parties may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that the arbitration be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs, and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county and state in which the covered person lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two arbitrators will be binding as to whether the covered person is legally entitled to recover damages and the amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which your covered auto is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. The demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

### Uninsured/underinsured liability coverage
We cover up to a maximum of $1 million for bodily injury and personal injury you or a family member are legally entitled to receive from an uninsured or underinsured negligent person caused by an occurrence, unless stated otherwise or an exclusion applies. We will not pay more than this amount for covered damages from any one occurrence, regardless of how many claims or people are involved in the occurrence. This coverage is excess over the total of any other collectible insurance that covers damages from the occurrence.

*Excess Liability
Coverage*

---

## *Excess Liability Coverage*
(continued)

All the exclusions under the Excess Liability Coverage are applicable to this Uninsured/underinsured liability coverage, and where used, the definition of you or a family member is extended to include negligent person.

This coverage also does not apply to damages from an occurrence arising from:
- any business activities. But, we do cover damages arising out of volunteer work for an organized charitable, religious or community group, an incidental business away from home, incidental business at home, incidental business property, incidental farming, or residence premises conditional business liability where gross revenues do not exceed $2,000 in any year;
- any activities involving the sale or transfer of property;
- the ownership, maintenance, use, loading, unloading, or towing of any motor vehicle, watercraft, or aircraft; or
- any employment related harassment, termination, demotion, breach of an oral or written employment contract or agreement or violation of any state or federal wrongful employment practices act or similar law.

We also do not cover any fines, penalties, taxes, punitive, exemplary or multiplied damages, or any claim or suit seeking non-monetary relief, including but not limited to, injunctive relief, declaratory relief or other equitable remedies.

"Negligent person" means an identifiable natural person by legal name who is not a family member or a spouse, and who is legally responsible for damages sustained by you or a family member caused by an occurrence.

**Duplication of coverage.** We will not make a duplicate payment for any portion of damages for which payment has been made by or on behalf of persons who may be legally responsible, or otherwise covered by any other collectible insurance. Nor will we pay for any portion of damages if you or a family member is entitled to receive payment for the same portion of damages under any workers' compensation law, disability benefits law or similar law.

## Employment practices liability coverage
If Employment practices liability coverage is shown in the Coverage Summary, we provide coverage for Employment practices liability and Reputational injury.

This coverage applies only if on the effective date of any policy period, the number of residential staff does not exceed twelve. However, if after the effective date of any policy period you or a family member employs more than twelve residential staff, we will cover, through the remainder of the policy period, only those twelve residential staff with the longest period of uninterrupted employment in chronological order of hiring at the time of the Employment practices liability coverage occurrence. This condition does not apply to your or a family member's employment of a temporary worker to substitute for any residential staff on leave, performing the same duties for the same or fewer number of hours. It is your duty to advise us as soon as reasonably possible if you or a family member employs more than twelve residential staff at any time during the policy period in order to reduce the possibility of being underinsured.

---

*12/11/18*
© Chubb.2016. All rights reserved. Form no. 5400042.01
**Texas** Excess Liability Coverage    *Page W-6*
10/19/18 14:25:48
760

*Excess Liability*
*Coverage*



---

## *Excess Liability Coverage*
(continued)

**Employment practices liability.** We cover damages you or a family member is legally obligated to pay any residential staff for a wrongful employment act caused by an occurrence when the claim is made or the suit is brought in the United States of America, its territories or possessions, or Puerto Rico, unless stated otherwise or an exclusion applies.

**Amount of coverage for Employment practices liability.** The maximum amount of coverage for Employment practices liability available for any one occurrence is the amount of coverage for Employment practices liability shown in the Coverage Summary. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims or people are involved in the occurrence.

The maximum annual amount of coverage for Employment practices liability shown in the Coverage Summary is the most we will pay for the sum of all covered damages during the policy period regardless of the number of claims, people, or occurrences.

**Deductible.** A deductible is that amount we will subtract from the amount of covered damages we pay. The deductible shown in the Coverage Summary for Employment practices liability applies to each Employment practices liability occurrence, unless stated otherwise.

**Reputational injury.** We cover the reasonable and necessary fees or expenses that you incur for services provided by a reputation management firm to minimize potential injury to the reputation of you or a family member solely as a result of an employment practices crisis caused by an occurrence if:
- the employment practices crisis is reported to us as soon as reasonably possible but not later than 30 days after the employment practices crisis begins; and
- you obtain approval of the reputation management firm from us before incurring any fees or expenses,
unless stated otherwise or an exclusion applies. There is no deductible for this coverage.

**Amount of coverage for Reputational injury.** The maximum amount of coverage for Reputational injury available for any one occurrence is the amount of coverage for Reputational injury shown in the Coverage Summary. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims or people are involved in the occurrence.

The maximum annual amount of coverage for Reputational injury shown in the Coverage Summary is the most we will pay for the sum of all covered damages during the policy period regardless of the number of claims, people, or occurrences.

### Defense coverages
We will defend a covered person against any suit seeking covered damages for personal injury or property damage or for covered damages under Employment practices liability, if Employment practices liability coverage is shown in the Coverage Summary, that are either:
- not covered by any underlying insurance; or
- covered by an underlying policy as each Defense coverage has been exhausted by payment of claims.



*Excess Liability*
*Coverage*

## Excess Liability Coverage
(continued)

We provide this defense at our expense, with counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate, negotiate, and settle any such claim or suit at our discretion.

As part of our investigation, defense, negotiation, or settlement we will pay:
- all premiums on appeal bonds required in any suit we defend;
- all premiums on bonds to release attachments for any amount up to the amount of coverage (but we are not obligated to apply for or furnish any bond);
- all expenses incurred by us;
- all costs taxed against a covered person;
- all interest accruing after a judgement is entered in a suit we defend on only that part of the judgement we are responsible for paying. We will not pay interest accruing after we have paid the judgement up to the amount of coverage;
- all prejudgement interest awarded against a covered person on that part of the judgement we pay or offer to pay. We will not pay any prejudgement interest based on that period of time after we make an offer to pay the amount of coverage;
- all earnings lost by each covered person at our request, up to $50,000;
- other reasonable expenses incurred by a covered person at our request; and
- the cost of bail bonds required of a covered person because of a covered loss.

These Defense coverages are limited for Employment practices liability as follows:
Our duty to defend you or a family member and our obligation to pay defense expenses ends when we have exhausted the amount of coverage per occurrence for Employment practices liability shown in the Coverage Summary by paying for covered damages from any one occurrence, or exhausted the maximum annual amount of coverage for Employment practices liability shown in the Coverage Summary by paying for covered damages, whichever occurs sooner.

In jurisdictions where we may be prevented by local law from carrying out these Defense Coverages, we will pay only those defense expenses that we agree in writing to pay and that are incurred by you.

## Exclusions

These exclusions apply to your Excess Liability Coverage, unless stated otherwise.

**Motor vehicles with less than four wheels and motor homes.** We do not cover any damages arising out of the ownership, maintenance, use, loading or unloading of any motor vehicle with less than four wheels or motor home:
- owned by you or a family member; or
- furnished to, made available or rented to you or a family member for longer than 30 consecutive days, unless the motor vehicle with less than four wheels or motor home is shown in the Coverage Summary. The coverage for motor vehicles with less than four wheels and motor homes is on a follow form basis.

© Chubb. 2016. All rights reserved. Form no. 5400042.01
763
**Texas** Excess Liability Coverage
*Page W-8*

10/19/18 14:25:48

*Excess Liability*
*Coverage*


CHUBB®

---

## Exclusions
(continued)

**Aircraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading, or towing of any aircraft that is rented to, owned by, or in the care, custody or control of a covered person, except a non-owned aircraft chartered with a professional crew by you or on your behalf.

**Large watercraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading or towing of any watercraft 26 feet or longer or with more than 50 engine rated horsepower owned or controlled, directly or indirectly, by a covered person, or which is rented by, furnished to, or made available to a covered person for longer than 30 consecutive days. However, coverage is provided on a follow form basis if the watercraft is listed in the Coverage Summary.

Coverage is also provided on a follow form basis when notice is given to us within 30 days after you acquire a watercraft. If we agree to insure it, you must pay the additional premium from the date acquired.

We do cover watercraft being stored even if not listed in the Coverage Summary, unless another exclusion applies.

**Hovercraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading or towing of any hovercraft. We do not cover any property damages to hovercraft rented to, owned by, or in the care, custody or control of a covered person.

**Owned or furnished registered vehicle.** We do not cover any damages arising out of the ownership, maintenance, use, loading or unloading of any registered vehicle owned or controlled directly or indirectly by a covered person, or furnished to or made available to a covered person for longer than 90 consecutive days. But we do provide coverage if at least one registered vehicle is shown in the Coverage Summary for Excess Liability Coverage, unless another exclusion applies.

**Vehicles used for a fee.** We do not cover any person for damages arising out of the ownership, maintenance, or use of a vehicle while it is being used:
• as a public or livery conveyance to carry people for a fee;
• as a public or livery conveyance to carry property for a fee. However, this exclusion does not apply to you or a family member unless the primary usage of the vehicle is to carry property for a fee; or
• for ride sharing in connection with a ride sharing program for a fee.

However, the above exclusion does not apply to a shared-expenses car pool, unless another exclusion applies.

"Ride sharing" means the use of any vehicle in connection with a ride sharing program during any time period when the driver is logged into an online-enabled ride sharing application or digital network as a driver, when the driver accepts a requested ride, is en route to pick up a passenger, or is transporting a passenger until the passenger departs the vehicle.

"Ride sharing program" means a transportation network, service, or any arrangement for a fee in which drivers and passengers arrange transportation services through an online-enabled ride sharing application or digital network.


763

*12/11/18*
© Chubb.2016. All rights reserved. Form no. 5400042.01

**Texas** Excess Liability Coverage
10/19/18 14:25:48

*Page W-9*

**Excess Liability**
**Coverage**

## Exclusions
(continued)

**Vehicles rented for a fee.** We do not cover any person for damages arising out of the ownership, maintenance, or use of any motorized land vehicle:

- while it is being used in connection with a personal vehicle sharing program for a fee; or
- you or a family member privately rents to another person for a fee, and the vehicle is being used by anyone other than you or a family member. However, this exclusion does not apply if you or any family member lends your covered vehicle to another for reimbursement of operating expenses only.

"Personal vehicle sharing program" means a network, service, or any arrangement for a fee to facilitate the sharing of private passenger motor vehicles for use by individuals other than the vehicle's registered owner.

**Motorized land vehicle racing or track usage.** We do not cover any damages arising out of the ownership, maintenance or use of any motorized land vehicle:

- during any instruction, practice, preparation for, or participation in, any competitive, prearranged or organized racing, speed contest, rally, gymkhana, sports event, stunting activity, or timed event of any kind; or
- on a racetrack, test track or other similar course while the vehicle is being used to engage in high performance driving.
However, this exclusion does not apply to a rally on a public road where the legal speed limit remains in effect for the duration of the rally.

**Watercraft racing.** We do not cover any damages arising out of the ownership, maintenance or use of any watercraft during any instruction, practice, preparation for, or participation in, any competitive, prearranged or organized racing, speed contest, rally, sports event, stunting activity or timed event of any kind. This exclusion does not apply to sailboat racing even if the sailboat is equipped with an auxiliary motor.

**Motorized land vehicle-related jobs.** We do not cover any damages arising out of the ownership, maintenance, or use of a motorized land vehicle by any person who is employed or otherwise engaged in the business of selling, repairing, servicing, storing, parking, testing, or delivering motorized land vehicles. This exclusion does not apply to you, a family member, or your employee or an employee of a family member for damages arising out of the ownership, maintenance or use of a motorized land vehicle owned by, rented to, or furnished to you or a family member.

**Watercraft-related jobs.** We do not cover any damages arising out of the ownership, maintenance, or use of a watercraft by any person who is engaged by or employed by, or is operating a marina, boat repair yard, shipyard, yacht club, boat sales agency, boat service station, or other similar organization. This exclusion does not apply to damages arising out of the ownership, maintenance, or use of a watercraft covered under this part of your Masterpiece policy, by you, a family member, or your captain or your full time paid crew member maintaining or using this watercraft with permission from you or a family member.

**Motorized land vehicle and watercraft loading.** We do not cover any person or organization, other than you or your employees, with respect to the loading or unloading of motorized land vehicles or watercraft.

© Chubb.2016. All rights reserved. Form no. 5400042.01
**Texas** Excess Liability Coverage            *Page W-10*

**Excess Liability
Coverage**



## Exclusions
(continued)

**Workers' compensation or disability.** We do not cover any damages a covered person is legally:
- required to provide; or
- voluntarily provides
  under any:
- workers' compensation;
- disability benefits;
- unemployment compensation; or
- other similar laws.
  But we do provide coverage in excess over any other insurance for damages a covered person is legally required to pay for bodily injury to a domestic employee of a residence shown in the Coverage Summary which are not compensable under workers' compensation, unless another exclusion applies.

**Director's liability.** We do not cover any damages for any covered person's actions or failure to act as an officer or member of a board of directors of any corporation or organization.
However, we do cover such damages if you or a family member is:
- an officer or member of a board of directors of a homeowner, condominium or cooperative association; or
- not compensated as an officer or member of a board of directors of a not-for-profit corporation or organization,
  unless another exclusion applies.

**Damage to covered person's property.** We do not cover any person for property damage to property owned by any covered person.

**Damage to property in your care.** We do not cover any person for property damage to property of others rented to, occupied by, used by, or in the care of any covered person, to the extent that the covered person is required by contract to provide insurance. But we do cover such damages for loss caused by fire, smoke, or explosion unless another exclusion applies. This exclusion does not apply to property damage to a motorized land vehicle rented to a covered person if no underlying insurance is required under this policy and no underlying insurance exists.

**Wrongful employment act.** We do not cover any damages arising out of a wrongful employment act. This exclusion does not apply to Employment practices liability coverage if Employment practices liability coverage is shown in the Coverage Summary.

**Discrimination.** We do not cover any damages arising out of discrimination due to age, race, color, sex, creed, national origin, or any other discrimination. This exclusion does not apply to Employment practices liability coverage.

**Molestation, misconduct or abuse.** We do not cover any damages arising out of any actual, alleged or threatened:
- sexual molestation;
- sexual misconduct or harassment; or
- physical or mental abuse.
  "Abuse" means an act which is committed with the intent to cause harm.

This exclusion does not apply to Employment practices liability coverage.



© Chubb.2016. All rights reserved. Form no. 5400042.01
10/19/18 14:25:48

*Excess Liability
Coverage*

## Exclusions
(continued)

**Intentional acts.** We do not cover any damages arising out of a willful, malicious, fraudulent or dishonest act or any act intended by any covered person to cause personal injury or property damage, even if the injury or damage is of a different degree or type than actually intended or expected. But we do cover such damages if the act was intended to protect people or property unless another exclusion applies. This exclusion does not apply to Employment practices liability coverage.

**Nonpermissive use.** We do not cover any person who uses a motorized land vehicle or watercraft without permission from you or a family member.

**Business pursuits.** We do not cover any damages arising out of business activities or business property in which a covered person has ownership or other interest or is conducted by or on behalf of a covered person or others, except on a follow form basis.

However, we do cover damages arising out of volunteer work for an organized charitable, religious or community group, an incidental business away from home, incidental business at home, incidental business property, incidental farming, or residence premises conditional business liability, unless another exclusion applies. We also cover damages arising out of your ownership, maintenance, or use of a private passenger motor vehicle in business activities other than selling, repairing, servicing, storing, parking, testing, or delivering motorized land vehicles.

"Incidental business away from home" is a self-employed sales activity, or a self-employed business activity normally undertaken by persons under the age of 18 such as newspaper delivery, babysitting, caddying, and lawn care. Either of these activities must:
• not yield gross revenues in excess of $15,000 in any year;
• have no employees subject to any workers' compensation, disability benefits, unemployment compensation, or other similar laws; and
• conform to local, state, and federal laws.

"Incidental business at home" is a business activity, other than farming, conducted by you in whole or in part on your residence premises which must:
• not yield gross revenues in excess of $15,000 in any year;
• have no employees subject to any workers' compensation, disability benefits, unemployment compensation, or other similar laws; and
• conform to local, state, and federal laws.

"Incidental business property" is limited to the rental or holding for rental, to be used as a residence, of a condominium or cooperative unit owned by a covered person, an apartment unit rented by a covered person, a one or two family dwelling owned by a covered person, or a three or four family dwelling owned by a covered person and occupied by you. We provide this coverage only for premises listed in the Coverage Summary unless the rental or holding for rental is for:
• a residence of yours that is occasionally rented and that is used exclusively as a residence; or
• part of a residence of yours by one or two roomers or boarders; or
• part of a residence of yours as an office, school, studio, or private garage.

"Incidental farming" is a farming activity which meets all of the following requirements:
• is incidental to your use of the premises as your residence;
• does not involve employment of others for more than 1,500 hours of farm work during the policy period;

© Chubb.2016. All rights reserved. Form no. 5400042.01
10/19/18 14:25:48
766

*Excess Liability*
*Coverage*

 CHUBB

## *Exclusions*
(continued)

- does not produce more than $25,000 in gross annual revenue from agricultural operations;
- and with respect to the raising or care of animals:
  - does not produce more than $50,000 in gross annual revenues;
  - does not involve more than 25 sales transactions during the policy period;
  - does not involve the sale of more than 50 animals during the policy period.

"Residence premises conditional business liability" is limited to business or professional activities when legally conducted by you or a family member at your residence shown in the Coverage Summary. If there is no other valid and collectible insurance, we provide coverage only for personal injury or property damage arising out of the physical condition of that residence if:

- you do not have any employees involved in your business or professional activities who are subject to any workers' compensation, disability benefits, unemployment compensation, or other similar laws; or, if you are a doctor or dentist, you do not have more than two employees subject to such laws; and
- you are a home day care provider whose annual gross revenues from this activity do not exceed $5,000.

We do not cover damages or consequences resulting from business or professional care or services performed or not performed.

**The following exclusion, Contamination, applies only to "incidental farming" as described under the exclusion, Business pursuits.**

**Contamination.** We do not cover any actual or alleged damages arising out of the discharge, dispersal, seepage, migration or release or escape of pollutants. Nor do we cover any cost or expense arising out of any request, demand or order to:
- extract pollutants from land or water;
- remove, restore or replace polluted or contaminated land or water; or
- test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants, or in any way respond to or assess the effects of pollutants.
However, we do cover damages if the discharge, dispersal, seepage, migration, release or escape is sudden and accidental.

In addition, we cover the discharge, dispersal, seepage, migration or release or escape of pollutants:
- that escape from heating and air conditioning systems and appliances (HVAC);
- that arise out of the use of common household chemicals used to maintain the residence premises; or
- that arise out of a hostile fire,
but only to the extent the dispersal, seepage, migration or release or escape of pollutants is from containers, tanks or vessels which have a total combined storage capacity of less than 100 U.S.gallons.

A "pollutant" is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke (except smoke from a hostile fire), vapor, soot, fumes, acids, alkalis, chemicals and waste. "Hostile fire" is a fire that becomes uncontrollable or expands outside its intended boundaries. A "contaminant" is an impurity resulting from the mixture of or contact of a substance with a foreign substance. "Waste" includes materials to be disposed of, recycled, reconditioned or reclaimed.



**Excess Liability**
**Coverage**

## Exclusions
(continued)

**Pursuit or holding of public office.** We do not cover any damages arising out of a covered person's pursuit or holding of an elected public office. But we do cover such damages for you or a family member if:
- the annual compensation of the office, whether accepted or not, does not exceed $20,000; and
- the hours required to perform the duties of the office do not exceed an annual average of 20 hours of work per week during the policy period.

**Financial guarantees.** We do not cover any damages for any covered person's financial guarantee of the financial performance of any covered person, other individual or organization.

**Professional services.** We do not cover any damages for any covered person's performing or failure to perform professional services, or for professional services for which any covered person is legally responsible or licensed.

**Acts of war.** We do not cover any damages caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Contractual liability.** We do not cover any assessments charged against a covered person as a member of a homeowners, condominium or cooperative association. We also do not cover any damages arising from contracts or agreements made in connection with any covered person's business. Nor do we cover any liability for unwritten contracts, or contracts in which the liability of others is assumed after a covered loss.

**Covered person's or dependent's personal injury.** We do not cover any damages for personal injury for any covered person or their dependents where the ultimate beneficiary is the offending party or defendant. We also do not cover any damages for personal injury for which you or a family member can be held legally liable, in any way, to a spouse, a family member, a person who lives with you, or a person named in the Coverage Summary. We also do not cover any damages for personal injury for which a spouse, a family member, a person who lives with you, or a person named in the Coverage Summary can be held legally liable, in any way, to you or a family member.

However, we do cover damages for bodily injury arising out of the use of a motorized land vehicle for which you or a family member can be held legally liable to a spouse, a family member, or a person named in the Coverage Summary, or for which a spouse, a family member, or a person named in the Coverage Summary can be held legally liable to you or a family member to the extent that coverage is provided under this part of your Masterpiece policy. This coverage applies only to the extent such damages are covered by primary underlying insurance and exceed the limits of insurance required for that motorized land vehicle under the required primary underlying insurance provisions of this part of your Masterpiece policy.

**Liability for dependent care.** We do not cover any damages for personal injury for which a covered person's only legal liability is by virtue of a contract or other responsibility for a dependent's care.

© Chubb.2016. All rights reserved. Form no. 5400042.01
10/19/18 14:25:48

769

*Excess Liability*
*Coverage*



## Exclusions
(continued)

**Illness.** We do not cover personal injury or property damage resulting from any illness, sickness, or disease that may be transmitted by a covered person to anyone through sexual contact, or any consequence resulting from that illness, sickness, or disease. We also do not cover any damages for personal injury resulting from the fear of contracting any illness, sickness or disease, or a consequence resulting from the fear of contracting any illness, sickness or disease through sexual contact.

**Fungi and mold.** We do not cover any actual or alleged damages arising out of mold or any consequences resulting from mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Liability for the acts of others.** We do not cover any person for damages arising from:
• any entrustment of property;
• the failure to supervise or the negligent supervision of any person; or
• any parental or ownership liability.
This exclusion applies only to damages arising out of the ownership, maintenance or use of any motorized land vehicle, watercraft 26 feet or longer or with more than 50 engine rated horsepower, aircraft, or hovercraft. But we do cover these damages on a follow form basis for the type of motorized land vehicle or watercraft involved, unless another exclusion applies. This exclusion does not apply to any other coverage provided under an exclusion in this part of your policy.

**Nuclear or radiation hazard.** We do not cover any damages caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused.

**The following exclusions, Malicious or criminal acts and Special exclusions, apply solely to Employment practices liability coverage.**

**Malicious or criminal acts.** We do not cover any damages arising out of the willful violation of a penal statute or ordinance, committed by you or a family member with the intent to cause damage. But we do cover such damages if the act was intended to protect people, unless another exclusion applies.

**Special exclusions.** We do not cover the following:
• matters which may be deemed uninsurable according to any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico under which the policy is construed;
• occurrences arising out of the breach of an actual or implied written or oral agreement related to employment;
• costs incurred to comply with any order, grant, or agreement to provide non-monetary relief; or
• occurrences arising out of any actual or alleged violation of any of the responsibilities, obligations, or duties imposed by the Consolidated Omnibus Budget Reconciliation Act, Employment Retirement Income Security Act of 1974, Fair Labor Standards Act (except the Equal Pay Act), state wage payment and collection laws, Federal Insurance Contributions Act, Immigration Reform and Control Act of 1986, National Labor Relations Act, Occupational Safety and Health Act, Social Security Act, Workers' Adjustment and Retraining Notification Act, including any amendments to these laws, promulgated rules, or regulations or any provisions of any similar federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico.


769

12/11/18
© Chubb.2016. All rights reserved. Form no. 5400042.01

**Texas** Excess Liability Coverage

*Page W-15*

10/19/18 14:25:48

# $\mathcal{M}$asterpiece®

**Policy Information Notice**



CHUBB®

You have certain rights to review and correct or amend information in your file with the producer or the insurer. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

Chubb Personal Risk Services
Attention: Chubb Customer Service Center
PO Box 1600
Whitehouse Station, NJ 08889-1600

Please include your policy number, policy period and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance:

**1-800-252-4670**

Usted tiene ciertos derechos de revisary corregir información que es mantenida por el agente de seguros o el asegurador. Si usted desea saber más sobre esto y como información puede ser divulgada sin su autorización previa, por favor escriba a:

Chubb Personal Risk Services
Atención: Chubb Customer Service Center
PO Box 1600
Whitehouse Station, NJ 08889-1600

Por favor incluya el número de su póliza de seguros, el periodo de vigencia de su póliza y el nombre y la dirección de su agenteo corridor de seguros.

Si usted necesitia reportar una reclamación y no se puede comunicar con su agente de serguros, corredor de serguros o con la Oficina local de Chubb, usted también puede llamar a siguiente teléfono para obtener asistencia:

**1-800-252-4670**

EXHIBIT

D



