**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GEORGE DODD, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-cv-03671 |
| | § | |
| CHUBB NATIONAL INSURANCE | § | |
| COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 15, 2020, Plaintiff George Dodd's Motion to Remand (Dkt. 16) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(A). *See* Dkt. 26. On April 21, 2022, Judge Edison filed a Memorandum and Recommendation recommending that Plaintiff's Motion to Remand be **GRANTED**. *See* Dkt. 29.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 29) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion to Remand (Dkt. 16) is **GRANTED**;

(3) This action, originally numbered Cause No. 2021-63392 is **REMANDED** back to the 334th Judicial District Court of Harris County, Texas, effective immediately; and

(4) A certified copy of this order will be mailed by the Clerk of this Court to the Clerk of the 334th Judicial District Court of Harris County, Texas, Texas, entitling that Court to proceed with the action according to the laws of the State of Texas.

It is so **ORDERED**.

SIGNED and ENTERED this 16th day of May 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE